UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FATHALLA MASHALI,<br>         Defendant. | No. 1:14- CR-10067 RWZ |

## AFFIDAVIT OF JOSEPH KELLER CONFIRMING MASHALI FAMILY PASSPORTS IN GOVERNMENT POSSESSION

I, Joseph Keller, being duly sworn, depose and state:

1. On June 5, 2014, at the conclusion of the release hearing, the Defendant's wife, Dr. Noha Elkadry Mashali, met with September Brown of Probation Services.

2. Dr. Noha Elkadry Mashali informed me that she provided the family's passports to Ms. Brown.

3. The receipt for these passports is attached to this affidavit.

4. These passports are the United State passports of the Mashalis four minor children and the United States passport of Noha Elkadry Mashali.

5. Dr. Noha Elkadry Mashali has stated to me that she and the children have no other passports.

6. The Egyptian Passport of Dr. Fathalla Mashali was taken by the Federal Bureau of Investigation when Dr. Mashali was arrested at Logan airport.

/s/ *Joseph G. Keller Jr.*
Joseph G. Keller Jr

PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE

# PASSPORT RECEIPT

| NAME | MASHALI, Fathalla (Wife and Children Passport) | PASSPORT NUMBER | MASHALI, Ameer #503308870 Ex: 5/22/2018<br>MASHALI, Nour #503308883 Ex: 5/22/2018<br>MASHALI, Jenna #477929198 Ex: 6/15/2016<br>MASHALI, Mira #469586838 Ex: 07/06/2015<br>ELKADRY, Noha #220011927 11/29/2016 |
|---|---|---|---|
| DATE REC'D | June 5, 2014 | COUNTRY OF ORIGIN | USA |
| | | EXPIRATION DATE | |
| DEFENDANT'S SIGNATURE | *[signature]* | | |
| OFFICER'S SIGNATURE | *[signature]* | | |

DATE RETURNED _____   REC'D BY _____

REC'D FROM _____

PURPOSE RETURNED _____

ADDRESS (if mailed) _____