# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 14CR 10067 RWZ |
| FATHALLA MASHALI, Defendant. | |

## MOTION TO AMEND CONDITIONS OF RELEASE

The Defendant, Fathalla Mashali, by and through undersigned counsel, hereby respectfully requests this court to amend the conditions of release imposed by this Court, pursuant to 18 U.S. Code §3145 (a)(2). Specifically, the Defendant requests this Court to amend the condition of home confinement to enable the Defendant to support his family's needs during specified hours in a limited and controlled area outside of the home.

As grounds therefore, the Defendant states that he poses no danger to the community and has been compliant with all terms of release to date.(See attached affidavit) As the Defendant's wife, Noha Elkadry Mashali, through her Dental Practice, has become the sole financial support of the family, a modification of the conditions of release will enable Dr. Mashali to support her as the new school year begins for the children and allow her the opportunity to expand her practice to support the financial needs of the family. This modification would also enable Dr. Mashali to transport his children to their various schools, activities, and appointments and to accomplish basic tasks necessary for his family.

The Defendant, therefore, requests this Court to amend the conditions of his release and allow him to travel outside his home, within an area defined by Pre-Trial Services and the Government, between the hours of 7 a.m. and 5 p.m.

Dated: September 23, 2014

/s/ *Joseph G Keller Jr.*
Joseph G. Keller, Jr. BBO#686689
J. A. Denner & Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.: (617) 227-2800
Fax: (617) 973-1562
jdenner@dennerlaw.com

Certificate of Service

I, Joseph G. Keller Jr. , hereby certify that on this the 23th day of Septmeber, 2014, I caused a true copy of the foregoing *Motion to Amend* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.
/s/ *Joseph G Keller Jr.* .