UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **FATHALLA MASHALI,** <br> Defendant. | No. 14CR 10067 RWZ |

## AFFIDAVIT OF JOSEPH G. KELLER JR. IN SUPPORT OF MOTION FOR RECONSIDERATION

I, Joseph G. Keller Jr., being duly sworn, depose and state:

1. On August 26, 2014, I contacted Pre-Trial Services Officer Christopher Moriarty about the feasibility of a modification to the Defendant's home confinement.

2. I specifically asked about the Defendant's request to transport his children to school and various activities and whether this would pose problems for the GPS monitoring of the Defendant.

3. Officer Moriarty indicated that Dr. Mashali has been compliant with the terms of the conditions for pre-trial release and suggested a specified curfew that would allow the Defendant to travel in a limited area during specific hours, if approved by the Court.


/s/ *Joseph G. Keller Jr.*

Joseph G. Keller Jr.