# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 14CR 10067 RWZ |
| FATHALLA MASHALI, Defendant. | |

## ASSENTED TO MOTION TO CONTINUE HEARING ON BOND

The Defendant, Fathalla Mashali, by and through undersigned counsel, and with the assent of the Assistant United States Attorney, hereby requests this Court to continue the hearing on the Defendant's Bond, scheduled for September 29, 2014, until October 16, 2014 at 2 PM.

As grounds therefore, the Defendant states that the information requested by the Court, namely, the result of the Middlesex Superior Court contempt hearing relating to the Defendant's bond package, and the sale of the foreclosed home, is not currently known. A contempt hearing is scheduled in Woburn for September 26, 2014, on the bond issues; a foreclosure auction is scheduled for October 3, 2014 for the 160 Dedham St. Dover property.

The Defendant further moves that the Court find that the period of delay will serve the ends of justice and outweigh the best interests of the public and defendant in a speedy trial and is therefore excludable pursuant to 18 U.S.C. s. 3161(h)(7)(A).

The Defendant, therefore, requests this Court to continue the hearing scheduled for September 29, 2014, until October 16, 2014 at 2 PM.

Dated: September 26, 2014  Respectfully submitted by

　　　　　　　　　　　　　　　　　　　　/s/ *Joseph G Keller Jr.*
　　　　　　　　　　　　　　　　　　　　Joseph G. Keller, Jr. BBO#686689
　　　　　　　　　　　　　　　　　　　　Jeffrey Denner & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　Four Longfellow Place, 35th Floor
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02114
　　　　　　　　　　　　　　　　　　　　Tel.:　(617) 227-2800
　　　　　　　　　　　　　　　　　　　　Fax:　(617) 973-1562
　　　　　　　　　　　　　　　　　　　　jdenner@dennerlaw.com


/s/ Kimberly P. West
Kimberly P. West
Assistant U.S. Attorney


Certificate of Service

I, Joseph G. Keller Jr. , hereby certify that on this the 26th day of September, 2014, I caused a true copy of the foregoing *Motion to Continue* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

　　　　　　　　　　　　　　　/s/ *Joseph G Keller Jr.*　　　　.