JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Category No. II  Investigating Agency  FBI, DEA, HHS

**City**  Holbrook, Worcester, Winchester  **Related Case Information:**

**County**  Norfolk, Worcester, Middlesex

Superseding Ind./ Inf.  Yes  Case No.  14-10067-RWZ
Same Defendant  Yes  New Defendant _____
Magistrate Judge Case Number  14-mj-6022-LTS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Fathalla Mashali  Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  (City & State)  Dover, MA

Birth date (Yr only): 1954  SSN (last4#): 6658  Sex M  Race: White  Nationality: Egypt

**Defense Counsel if known:**  Jeffrey Denner  Address  Four Longfellow Place, 35th Floor

**Bar Number** _____  Boston, MA 02114

**U.S. Attorney Information:**

**AUSA**  Kim West, Maxim Grinberg  Bar Number if applicable _____

**Interpreter:**  ☐ Yes  ☑ No  List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC §3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date**  02/08/2014

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at ——————  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: The Honorable Leo T. Sorokin  on  June 5, 2014

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony  23

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/16/2014  Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   14-10067-RWZ

**Name of Defendant**   Fathalla Mashali

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1347 & 2 | Health Care Fraud | 1-23 |
| Set 2 | 18 U.S.C 982(a)(7) | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**