UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
14-cr-10067-
RWZ

UNITED STATES OF AMERICA

v.

FATHALLA MASHALI

## AMENDED ORDER ON MODIFICATION OF CONDITIONS

## OF RELEASE; ON GOVERNMENT'S MOTION RE SURETY;

## AND EXCLUDABLE TIME

October 21, 2014

Kelley, U.S.M.J.

After a hearing on October 17, 2014, the Court modifies defendant's conditions of release to allow him to leave home from 7 a.m. to 7 p.m. to travel within an area set by Pretrial Services, to transport his children to school, activities, and appointments and to accomplish basic tasks for his family.

The Court further orders that defendant shall report on October 29, 2014 on whether he can provide an additional $67,000 to secure his bond.

Some of defendant's retirement funds that were originally pledged to secure his bond were subsequently found to have been attached by a party unrelated to this case. On September 29, 2014, the case was continued to October 17, 2014, so that defendant could appear in Middlesex Superior Court to resolve this matter. Then immediately before the hearing on October 17 defendant learned that the government had filed a superceding indictment. The case was thus continued at defendant's request to October 29 for arraignment and initial appearance

on the new indictment. Therefore the Court finds that the interests of justice in this case, *i.e.*, to allow defendant time to go to Middlesex Superior Court and to prepare for arraignment, outweigh the best interests of the public and defendant for a trial within seventy days of the date of the defendant's initial appearance.

Accordingly, it is hereby ORDERED that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) and Local Rule 112.2(a)(1), the Clerk of this Court enter excludable time for the period from September 29, 2014, to October 29, 2014.[1]

/s/ M. Page Kelley
M. PAGE KELLEY
United States Magistrate Judge

---

[1] The parties are hereby advised that under the provisions of Rule 2(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth herein within fourteen (14) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection thereto. The district judge, upon timely motion, shall reconsider the magistrate judge's order and set aside any portion thereof found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir. 1993).