UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FATHALLA MASHALI,<br>　　　　　Defendant. | No. 14CR 10067 RWZ |

## STATUS OF DEFENDANT'S SUPPLEMENTAL BOND PLEDGE

The Defendant, **FATHALLA MASHALI**, by and through undersigned Counsel respectfully updates the Court on the Status of his Supplemental Bond Pledge.

On July 3, 2014, the Government filed a Motion for Increased Surety (D. 78), and argued that, due to foreclosures on two of the Defendant's properties in Dover and an injunction by the Middlesex Superior Court on his retirement account, the bond package be increased.

The Defendant and the Government, with the guidance of the Court, have agreed to an increase of the bond in the amount of $68,000. The Defendant's father-in-law will be executing an additional unsecured appearance bond in the amount of $68,000. This bond will be executed and presented to the Court by November 15, 2014.

Dated: November 5, 2014

　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　FATHALLA MASHALI
　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　_/s/ Joseph G Keller Jr._
　　　　　　　　　　　　　　　　Joseph G. Keller, Jr. BBO#686689
　　　　　　　　　　　　　　　　J. A. Denner & Associates, P.C.

Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.:  (617) 227-2800
Fax:   (617) 973-1562
jkeller@dennerlaw.com

Certificate of Service

I, Joseph Keller, hereby certify that on this the 5th day of November, 2014, I caused a true copy of the foregoing *Status of Defendant's Supplemental Bond Pledge* to be served upon all necessary parties by electronically filing via the CM/ECF system

*/s/ Joseph G. Keller Jr.*
Joseph G Keller Jr.