UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FATHALLA MASHALI | Case No. 1:14-cr-10067-RWZ |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for **The Bank of Canton**.

I certify that I am admitted to practice in this court.

    Respectfully,

    */s/ Alexander G. Rheaume*
    Alexander G. Rheaume,
    BBO #667419
    Riemer & Braunstein LLP
    Three Center Plaza
Date:  November 6, 2014    Boston, Massachusetts 02108
    (617) 523-9000
    arheaume@riemerlaw.com

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>FATHALLA MASHALI | Case No. 1:14-cr-10067-RWZ |

## **CERTIFICATE OF SERVICE**

   I, Alexander G. Rheaume, Esquire, with the law firm of Riemer & Braunstein LLP, hereby certify that I caused to be served on November 5, 2014, a true and accurate copy of the **above Notice of Appearance** by electronic notification upon all interested parties.

                                                /s/ Alexander G. Rheaume
                                                Alexander G. Rheaume
                                                Riemer & Braunstein LLP
                                                Three Center Plaza
                                                Boston, Massachusetts 02108
                                                arheaume@riemerlaw.com