UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

FATHALLA MASHALI

Case No. 1:14-cr-10067-RWZ

### *ASSENTED-TO* MOTION FOR ORDER TO RELEASE INTEREST IN 120 CENTRE STREET, DOVER, MASSACHUSETTS

The Bank of Canton (the "**Bank**"), by and through its counsel, hereby moves that the Court enter an Order authorizing and directing the Clerk of the United States District Court for the District of Massachusetts (the "**Clerk**") to release any and all interest the Clerk may have in the real property known as 120 Centre Street, Dover, Massachusetts (the "**Property**") pursuant to a mortgage granted by the Defendant in favor of the Clerk, including, without limitation, any statutory right of redemption with respect to the Property.

*Counsel for the United States has assented to the relief requested herein*.

In further support of this Motion, the Bank submits as follows:

1. On or about July 20, 2005, the Defendant, Fathalla Mashali (the "**Defendant**"), and his spouse, Noha Elkadry Mashali (collectively, the "**Borrowers**") entered into a certain loan arrangement with the Bank (the "**Loan Arrangement**").

2. The Borrowers' obligations under the Loan Arrangement are secured by a perfected Commercial Mortgage, Security Agreement and Assignment of Leases and Rents dated July 20, 2005 (as amended and in effect, the "**Bank Mortgage**") granted by the Borrowers to the Bank encumbering the Property and recorded with the Norfolk County Registry of Deeds in Book 22668, Page 431.

1

3. On or about February 8, 2014, the United States commenced this criminal proceeding against the Defendant. [See Complaint, Document No. 4]

4. The Borrowers granted to the Clerk a perfected Mortgage dated June 5, 2014 (the "**U.S. Mortgage**"), encumbering the Property to secure the Defendant's personal bond in the amount of $5,000,000.00 and the Defendant's obligations under a certain Memorandum and Order on Motion for Detention dated May 6, 2014. The U.S. Mortgage was recorded with the Norfolk County Registry of Deeds at Book 32295, Page 66.

5. By letters dated June 18, 2014, the Bank provided notice to the Clerk and the United States of the Bank's intent to conduct a public auction foreclosure sale of the Property on July 18, 2014 (the "**Sale**") pursuant to M.G.L. c. 244, § 14.

6. On or about July 18, 2014, in accordance with its rights under the Bank Mortgage and state law, the Bank conducted the Sale.

7. The Property was subsequently transferred to The Bank of Canton, the high bidder at the Sale, pursuant to a Foreclosure Deed dated August 8, 2014, which deed was recorded with the Norfolk County Registry of Deeds at Book 32492, Page 251. As a result of the foreclosure of the Bank Mortgage in accordance with M.G.L. c. 244, § 14, the Property was transferred to The Bank of Canton free and clear of the U.S. Mortgage.

8. Notwithstanding the transfer of the Property free and clear of the U.S. Mortgage, the United States continues to have a statutory right of redemption with respect to the Property pursuant to 28 U.S.C. § 2410(c).

9. The Bank requests that the Court issue an order authorizing and directing the Clerk to execute and deliver to the Bank an original Release with respect to the Property in the form attached hereto as **Exhibit A**, pursuant to which the Clerk will release any right, title and

interest in the Property, including, without limitation, any statutory right of redemption with respect to the Property.

10.  ***Counsel for the United States has assented to the relief requested herein.***

WHEREFORE, the Bank requests that the Court:

(1)  Enter an order authorizing and directing the Clerk to execute and deliver to the Bank an original Release with respect to the Property in the form attached hereto as **Exhibit A**; and

(2)  Grant such other and further relief as the Court deems just and necessary.

Respectfully,

THE BANK OF CANTON

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

*/s/ Alexander G. Rheaume*
Alexander G. Rheaume,
BBO #667419
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000
arheaume@riemerlaw.com

Date:  November 6, 2014

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>FATHALLA MASHALI | Case No. 1:14-cr-10067-RWZ |

## CERTIFICATE OF SERVICE

I, Alexander G. Rheaume, Esquire, with the law firm of Riemer & Braunstein LLP, hereby certify that I caused to be served on November 3, 2014, a true and accurate copy of the **Assented to Motion for Order to Release Interest in 120 Centre Street, Dover, Massachusetts** by electronic notification upon all interested parties.

/s/ Alexander G. Rheaume
Alexander G. Rheaume
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
arheaume@riemerlaw.com