**Record and Return to:**
Alexander G. Rheaume, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

## RELEASE

The Clerk of the United States District Court for the District of Massachusetts (the "**Clerk**") hereby RELEASES all right, title and interest the Clerk may have in the real property known as 120 Centre Street, Dover, Massachusetts (the "**Property**"), including, without limitation, any right or equity of redemption with respect to the Property in connection with that certain Mortgage dated June 5, 2014 granted by Fathalla Mashali and Noha Elkadry Mashali in favor of the United States and recorded with the Norfolk County Registry of Deeds in Book 32295, Page 66.

**{remainder of page intentionally blank}**

  IN WITNESS WHEREOF, this Release has been duly executed this ___ day of _____, 201_

               _____
                Name:
                Title: Clerk, United States District Court
                    for the District of Massachusetts

<u>COMMONWEALTH OF MASSACHUSETTS</u>

_____, ss.

  On this date, _____ __, 201_, before me, the undersigned notary public, personally appeared _____, Clerk of the United States District Court for the District of Massachusetts, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document and acknowledged to me that he/she signed it voluntarily for its stated purpose.

                _____
                Notary Public
                My Commission Expires: