UNITED STATES DISTRICT COURT
                              DISTRICT OF MASSACHUSETTS


| UNITED STATES OF AMERICA | ) |                              |
|                          | ) |                              |
| v.                       | ) | Criminal No. 14-10067-RWZ    |
|                          | ) |                              |
| FATHALLA MASHALI         | ) |                              |

## JOINT INITIAL STATUS REPORT

The parties in the above-captioned matter submit this initial status report:

<u>116.5(a)</u>

1. The government produced automatic discovery.

2. The government will provide additional discovery materials if any become available.

3. The defense needs time to review the government's disclosures and reserves the right to request additional discovery.

4. No protective orders are sought at this time.

5. The defendant has not yet determined whether he will be filing any pretrial motions under Fed. R. Crim. P. 12(b).

6. If the case proceeds to trial, the government will make expert disclosures 30 days before trial, and the defense will make expert disclosures 15 days before trial.

7. All of the time has been excluded between the defendant's initial appearance through the date of the initial status conference on December 8, 2014.

8. The parties request an Interim Status Conference 30 days out.

    Respectfully submitted,

    Carmen M. Ortiz
    United States Attorney

| By: | /s/ Maxim Grinberg | /s/ Joseph Keller |
|---|---|---|
| | MAXIM GRINBERG | JOSEPH KELLER, ESQ |
| | KIMBERLY WEST | JEFFREY A. DENNER |
| | Assistant U.S. Attorneys | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Maxim Grinberg
    MAXIM GRINBERG
    Assistant United States Attorney

Date: December 5, 2014