UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 14CR 10067 RWZ |
| FATHALLA MASHALI, Defendant. | |

## ASSENTED TO MOTION TO CONTINUE INITIAL STATUS CONFERENCE

The Defendant, **Fathalla Mashali**, by and through undersigned counsel, and with the assent of the Assistant United States Attorney, hereby requests this Court to continue the Initial Status Conference scheduled for December 8, 2014.

As grounds therefore, the Defendant states that due to a scheduling conflict, Counsel for the Defendant is not available on this date.

The Defendant further moves that the Court find that the period of delay will serve the ends of justice and outweigh the best interests of the public and defendant in a speedy trial and is therefore excludable pursuant to 18 U.S.C. s. 3161(h)(7)(A).

Dated: December 5, 2014

Respectfully submitted,
FATHALLA MASHALI
By his attorneys

/s/ *Joseph G Keller Jr.*
Joseph G. Keller, Jr. BBO#686689
Jeffrey Denner & Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.:   (617) 227-2800
Fax:   (617) 973-1562
jkeller@dennerlaw.com

## Certificate of Service

I, Joseph G. Keller Jr., hereby certify that on this the 5th day of December, 2014, I caused a true copy of the foregoing *Motion to Continue* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

/s/ *Joseph G Keller Jr.*