# **DISCHARGE OF MORTGAGE**

I, ROBERT M. FARRELL, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Fathalla Mashali and Noha Elkadry Mashali to the Clerk of the United States District Court for the District of Massachusetts, for property located at 120 Center Street, Dover, Massachusetts, dated June 5, 2014, recorded in the official records book of Norfolk County Registry of Deeds in Book 32295, Page 66, acknowledge satisfaction of the same and hereby DISCHARGE said mortgage and any right to title and interest in the mortgaged property.

Witness my hand and seal 11th day of December, 2014.

ROBERT M. FARRELL
Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

On this 11th day of December, 2014, before me, the undersigned notary public, personally appeared ROBERT M. FARRELL, Clerk of Court, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document in my presence.

Notary Public
My commission expires: 9/18/20

NANCY MARIE CASHMAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 18, 2020