# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,**<br>            Defendant. | |

## MOTION TO AMEND CONDITIONS OF RELEASE

The Defendant, Fathalla Mashali, by and through undersigned counsel, hereby respectfully requests this Honorable Court to amend the conditions of release, pursuant to 18 U.S. Code §3145 (a)(2). Specifically, the Defendant requests this Court to remove restrictions that prohibit the removal of funds from the following two retirement accounts, Ameritrade IRA (Acct XXXX0501 or subsequent account) and Mutual of America Pension (Acct XXX7-I-1S). These accounts were pledged as part of a Bond Package to secure the Defendant's release from Custody pending Trial. They subsequently became the subject of an action in Middlesex Superior Court. This Court then required an additional pledge to cover the amount of these accounts.

As grounds therefor, the Defendant states his father-in-law pledged to the Court an amount equivalent to these accounts upon order of this Court. He further asserts that these funds are necessary for legal expenses required for his defense.

Wherefore, the Defendant requests this Court to amend the conditions of his release and order Ameritrade and Mutual of America, to remove the restrictions on these accounts.

Dated: February 11, 2015

                Respectfully submitted,
                FATHALLA MASHALI
                By his attorney

                /s/ *Joseph G Keller Jr.*
                Joseph G. Keller, Jr. BBO#686689
                Jeffrey Denner & Associates, P.C.
                Four Longfellow Place, 35th Floor
                Boston, Massachusetts 02114
                Tel.:   (617) 227-2800
                Fax:   (617) 973-1562
                jkeller@dennerlaw.com

<u>Certificate of Service</u>

     I, Joseph G. Keller Jr. , hereby certify that on this the 10th day of February, 2015, I caused a true copy of the foregoing *Motion to Amend* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

                /s/ *Joseph G Keller Jr.* .