UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,** Defendant. | |

AFFIDAVIT OF COUNSEL

I, Joseph G. Keller, being duly sworn, depose and state the following:

1. On June 5, 2014 the Defendant, Fathalla Mashali, pledged various properties and accounts to the Federal Court to secure his release on bond pending trial. (D- 54 )

2. This pledge included two retirement accounts: Ameritrade IRA (Acct XXXX0501 or subsequent account) and Mutual of America Pension (Acct XXX7-I-1S), with a total value of approximately $68,000.

3. On or about June 29, 2014, these accounts became the subject of a contempt action in Middlesex Superior Court.

4. As a result of the Middlesex Court action, on July 3, 2014, the Government filed a Motion to Increase the Bond in the amount of $95,000.   (D-78)

5. On October 21, 2014, this Court ordered the Defendant to file a report on his ability to pledge an additional $68,000 to cover the amount in question in the Middlesex Court. (D-103)

6. On November 17, 2014, the Defendant's father-in-law pledged an additional unsecured bond of $68,000. to the Federal Court. (D – 112)   This is in addition to a $250,000. unsecured bond pledged on June 5, 2014. (D – 55)

7. On January 5, 2015, Judge Kenneth Salinger, Justice of the Superior Court, found that Dr. Mashali and all other defendants were not in contempt of the Middlesex Superior Court injunction.   Specifically, the Court found that the pledging of assets to secure the bond to the United States District Court was an "ordinary and necessary living and business expense," and thus exempted from the injunction against Dr. Mashali.  See Exhibit 1.

8. As this asset is now essentially pledge twice, the Defendant is requesting an order releasing the retirement account.

9. These funds are required for ordinary and necessary living expenses, specifically for the Defendant's legal expenses in this case.

Dated: February 11, 2015

          Respectfully submitted,

          /s/  *Joseph G Keller Jr.*
          Joseph G. Keller, Jr. BBO#686689
          Jeffrey Denner & Associates, P.C.
          Four Longfellow Place, 35th Floor
          Boston, Massachusetts 02114
          Tel.:    (617) 227-2800
          Fax:    (617) 973-1562
          jkeller@dennerlaw.com