**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|                                         |                     |
|-----------------------------------------|---------------------|
| **UNITED STATES OF AMERICA**            |                     |
| v.                                      | No. 14CR 10067 RWZ  |
| **FATHALLA MASHALI,**  Defendant.       |                     |

## ORDER

It is hereby ordered that:

**Mutual of America**
**Westborough Office Park**
**1800 West Park Drive**
**Westborough, MA 01581-3927**

Remove all restrictions on the retirement account of Dr. Fathalla Mashali: Account XXXX7-I-1S . These restrictions were place on this account on June 5, 2014 by order of this Court.

SO ORDERED:

_____
Magistrate Judge M. Page Kelley
Date:

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,**<br>　　　　　Defendant. | |

## ORDER

It is hereby ordered that:

**TD Ameritrade**
**Account Maintenance**
**200 S 108th Ave.**
**Omaha, NE 68154**

Remove all restrictions on the retirement account of Dr. Fathalla Mashali: Account XXX2051. These restrictions were place on this account on June 5, 2014 by order of this Court.

SO ORDERED:

_____
Magistrate Judge M. Page Kelley
Date: