UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FATHALLA MASHALI,<br>            Defendant. | No. 14CR 10067 RWZ |

## ORDER

It is hereby ordered that:

**TD Ameritrade**
**Account Maintenance**
**200 S 108th Ave.**
**Omaha, NE 68154**

Remove all restrictions on the retirement account of Dr. Fathalla Mashali: Account XXX2051. These restrictions were place on this account on June 5, 2014 by order of this Court.

SO ORDERED:

_____
Magistrate Judge M. Page Kelley
Date: 2/25/15