UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 14CR 10067 RWZ |
| FATHALLA MASHALI,<br>Defendant. | |

## ORDER

It is hereby ordered that:

> Mutual of America
> Westborough Office Park
> 1800 West Park Drive
> Westborough, MA 01581-3927

Remove all restrictions on the retirement account of Dr. Fathalla Mashali: Account XXXX7-I-1S . These restrictions were place on this account on June 5, 2014 by order of this Court.

SO ORDERED:

_/s/ Page Kelley_
Magistrate Judge M. Page Kelley
Date: 2/25/15