**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| | ) | |
| FATHALLA MASHALI | ) | |
| | ) | |

# JOINT INTERIM STATUS REPORT

The parties in the above-captioned matter submit this interim status report:

116.5(b)

1. The government has provided automatic discovery.

2. The government will provide additional discovery as it obtains additional relevant information.

3. There is discovery which cannot be reproduced which is now available for inspection by the defense, which the defense will do within the next 2 weeks. And the defense will make any additional discovery requests within 30 days of the further interim status conference requested in para. (10) below.

4. At this time, the parties are not seeking any protective orders.

5. Any motion to dismiss or other substantive, evidentiary motions will be filed within 30 days of the receipt of the additional discovery, *inter alia,* per para. (3) above.

6. If the case proceeds to trial, the government will make expert disclosures 30 days before trial, and the defense will make expert disclosures 15 days before trial.

7. At this time, the defense will not be asserting defenses of insanity, public authority, or alibi.

8. All of the time has been excluded between the defendant's initial appearance on October 29, 2014 through and including the date of the interim status conference on March 6, 2015. (D.108, 117, 121).

9. The parties have not had discussions about resolving the case short of trial. The trial is likely to last approximately 3-4 weeks.

10. The parties request a further Interim Status Conference date 60 days out.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By: /s/ Maxim Grinberg			/s/ Jeffrey A. Denner
    MAXIM GRINBERG			JEFFREY A. DENNER
    KIMBERLY WEST			JOSEPH KELLER
    Assistant U.S. Attorneys		Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jeffrey A. Denner
JEFFREY A. DENNER
Counsel for Defendant

Date: March 9, 2015