%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** 1     **Investigating Agency** FBI, DEA, HHS

**City** Holbrook, Worcester, Winchester     **Related Case Information:**

**County** Norfolk, Worcester, Middlesex

Superseding Ind./ Inf.   Yes     Case No.   14-10067-RWZ
Same Defendant   Yes     New Defendant _____
Magistrate Judge Case Number   14-mj-6022-LTS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Fathalla Mashali     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Dover, MA

**Birth date (Yr only):** 1954   **SSN (last4#):** 6658   **Sex** M   **Race:** White   **Nationality:** Egypt

**Defense Counsel if known:** Jeffrey Denner     **Address** Four Longfellow Place, 35th Floor

**Bar Number** _____     Boston, MA 02114

**U.S. Attorney Information:**

**AUSA** Maxim Grinberg     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** 02/08/2014

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: The Honorable Leo T. Sorokin   on   June 5, 2014

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony   44

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** April 16, 2015     **Signature of AUSA:** _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):   14-10067-RWZ

**Name of Defendant**   Fathalla Mashali

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1347 & 2 | Health Care Fraud | 1-27 |
| Set 2 | 18 U.S.C. 1349 | Conspiracy to Commit Mail Fraud | 28 |
| Set 3 | 18 U.S.C. 1957 & 2 | Money Laundering | 29-44 |
| Set 4 | 18 USC 981-82, 28 USC 2461 | Forfeiture | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**