# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,** | |
| Defendant. | |

## ASSENTED TO MOTION TO CONTINUE FINAL STATUS CONFERENCE

The Defendant, **Fathalla Mashali**, by and through undersigned counsel, and with the assent of the Assistant United States Attorney, hereby requests this Court to continue the Status Conference scheduled for August 6, 2015 until September 8, 2015, or a thereafter date mutually agreeable to this Court and the Parties.

As grounds therefore, the Counsel for the Defendant states that the Defendant is currently in the Intensive Care Unit of Beth Israel Deaconess Hospital in Boston with apparent liver failure and thus unavailable to consult with his attorneys or attend this hearing. Defendant further moves that the Court find that the period of delay will serve the ends of justice and outweighs the interests of the public and defendant in a speedy trial and is therefore excludable pursuant to 18 U.S.C. s. 3161(h)(7)(A).

Dated: August 4, 2015

Respectfully submitted,
FATHALLA MASHALI
By his attorney

 /s/ *Jeffrey Denner*
Jeffrey Denner BBO#120520
Jeffrey Denner Associates, P.C.

Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.:   (617) 227-2800
Fax:    (617) 973-1562
jdenner@dennerlaw.com

Assented to by:

/s/ *Maxim Grinberg*
Maxim Grinberg
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3100
maxim.grinberg@usdoj.gov

Certificate of Service

I, Jeffrey Denner, hereby certify that on this the 4th day of August, 2015, I caused a true copy of the foregoing *Motion to Continue* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

 /s/ *Jeffrey Denner*