# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,** Defendant. | |

## MOTION TO AMEND CONDITIONS OF RELEASE

The Defendant, Fathalla Mashali, by and through undersigned counsel, and with the assent of the U.S. Attorney, hereby respectfully requests this court to amend the conditions of release imposed by this Court, pursuant to 18 U.S. Code §3145 (a)(2). Specifically, the Defendant requests this Court to remove the condition that that requires him to wear an electronic monitoring bracelet.

As grounds therefor, the Counsel for the Defendant states that the Defendant is currently in the intensive care unit of Beth Israel Deaconess hospital in Boston with apparent liver failure. The presence of the monitoring system is inconsistent with certain testing and treatment that may be necessary.

The Defendant, therefore, requests this Court to amend the condition of his release requiring an electronic monitoring bracelet. Upon learning of his release from the hospital or on the day of his release, whichever occurs earlier, the Defendant will notify Pre-trial Services for further monitoring. .

Dated: August 4, 2015

                                        Respectfully submitted,
                                        Fathalla Mashali
                                        By his attorney

                                        /s/ *Jeffrey Denner*
                                        Jeffrey Denner BBO#120520
                                        Jeffrey Denner Associates, P.C.
                                        Four Longfellow Place, 35th Floor
                                        Boston, Massachusetts 02114
                                        Tel.:   (617) 227-2800
                                        Fax:   (617) 973-1562
                                        jdenner@dennerlaw.com

Assented to by:

                                        /s/*Maxim Grinberg*
                                        Maxim Grinberg
                                        Assistant U.S. Attorney
                                        1 Courthouse Way
                                        Boston, MA 02210
                                        617-748-3100
                                        maxim.grinberg@usdoj.gov


<u>Certificate of Service</u>

      I, Jeffrey Denner , hereby certify that on this the 4th day August, 2015, I caused a true copy of the foregoing *Motion to Amend* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

                                        /s/ *Jeffrey Denner*