# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,**<br>            Defendant. | |

## MOTION TO AMEND RESTRAINING ORDER TO ALLOW DEFENDANT TO SELL RHODE ISLAND PROPERTY

The Defendant, Fathalla Mashali, by and through undersigned Counsel, requests this Court to permit him to sell his heavily encumbered Rhode Island Property.

As grounds therefor, the Defendant states that the sale of the property located at 28 Briarwood, Lincoln, Rhode Island, 02865, is in the best interest of the Defendant and the Government.  This property was not part of the $5 million bail pledge because of the heavily encumbered nature of the property.  (See Exhibit 1).  It was specifically not included in the bail package with the permission of the Court.   Subsequently, the Government has issued a restraining order on the Defendant's assets, which specifically includes two other properties owned by the Defendant and/or his immediate family. (D. 145 Sealed).  The restraining order does not specifically list this property, but includes language that could be read to include this property.

The Defendant further states that the sale of this property will greatly reduce the on-going monthly expenses of his family, and put them in a better position to maintain the properties that are the direct subject of the restraining order.

1

For these reasons, the Defendant requests this Court to permit the sale of the Rhode Island property.

Dated: September 10, 2015　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　FATHALLA MASHALI
　　　　　　　　　　　　　　　　　　　　　By his attorney

　　　　　　　　　　　　　　　　　　　　　 /s/  *Jeffrey A. Denner*
　　　　　　　　　　　　　　　　　　　　　Jeffrey A. Denner BBO# 120520
　　　　　　　　　　　　　　　　　　　　　Jeffrey Denner Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　Four Longfellow Place, 35th Floor
　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02114
　　　　　　　　　　　　　　　　　　　　　Tel.:　(617) 227-2800
　　　　　　　　　　　　　　　　　　　　　Fax:　(617) 973-1562
　　　　　　　　　　　　　　　　　　　　　jdenner@dennerlaw.com

Certificate of Service

I, Jeffrey A. Denner, hereby certify that on this the 10th day of September, 2015, I caused a true copy of the foregoing **MOTION TO AMEND RESTRAINING ORDER TO ALLOW DEFENDANT TO SELL RHODE ISLAND PROPERTY** to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　 /s/  *Jeffrey A. Denner*