Exhibit 1

28 Briarwood Rd., Lincoln, RI 02865

Title Search

## CERTIFICATION OF TITLE

I hereby certify to BRIARWOOD REAL ESTATE HOLDINGS, LLC, a Massachusetts limited liability company that I have examined the Records of Land Evidence for the Town of Lincoln, Rhode Island 02865 up until May 19, 2014 at 8:00 a.m. for property located at 28 Briarwood Road, Lincoln, Rhode Island.

In reliance on the records of Land Evidence for the said Town of Lincoln that as of the date and time referenced above record title to the said real property is vested in BRIARWOOD REAL ESTATE HOLDINGS, LLC subject to all encumbrances and liens that would materially affect the title which are reported in the TITLE REPORT attached hereto and incorporated herein be reference and excepting further:

1. Any defects or other encumbrances which a survey or plot plan of the subject property would reveal.

2. Matters not of record.

3. Provisions of the state and local building code and zoning ordinances.

This certification is subject to and does not include nor does it cover any matter which might have been disclosed by inquiry, examination, or investigation of the aforesaid enumerated matters.

Blais Cunningham & Crowe Chester, LLP

By _____
Roger C. Ross, Partner

The undersigned hereby acknowledges receipt of a copy of this certification.

BRIARWOOD REAL ESTATE HOLDINGS, LLC

BY : _____
, Authorized Member/Manager

Law Offices
**BLAIS CUNNINGHAM & CROWE CHESTER, LLP**
150 Main Street
P. O. Box 1325
Pawtucket, RI 02862
Telephone (401) 723-1122
FAX (401) 726-6140

REPORT ON TITLE EXAMINATION
As of May 19, 2014

Record Owner:   BRIARWOOD REAL ESTATE HOLDINGS, LLC,
                A Massachusetts Limited Liability Company

Locus:          28 Briarwood Road, Lincoln, RI 02865

We have examined the Records of Land Evidence for the Town of Lincoln Rhode Island for the captioned property and find the record title thereto good in the Record Owner by Warranty Deed of Fathalla Mashall dated November 18, 2013 and recorded December 3, 2013 in Book 1871 Page 306 (copy attached) subject to:

1. Current year's taxes assessed December 31, 2013 and not yet due and payable.

2. Past years' real estate taxes, if any.

3. Water bills and sewer bills, if any.

4. Writ of Attachment; Julie Gemma et al v. Fahtalla Mohamed Mashali Providence County Superior Court, No Case number, in the amount of $1,227,000.00 dated and recorded May 5, 2008 in Book 1526 Page 48, copy attached.

5. Mortgage to Citizens Bank of Rhode Island in the amount of $558,000.00 dated July 2, 2004, recorded July 22, 2004 in Book 1165 Page 184.

6. Mortgage to Seyfath Shaw, LLP in the amount of $60,000.00 dated October 24, 2013 and recorded October 29, 2013 in Book 1867 Page 141.

7. Notice of Lis Pendens; RSS REALTY, LLC, d/b/a PRIMARY CARE v. NEW ENGLAND PAIN CENTER, P.C., et als; Providence County Superior Court, C.A. No. P.C. 2014-1343 recorded March 14, 2014 in Book 1884 Page 132. Stephen R. White, Esq., attorney for the Plaintiff.

8. Utility easement and restrictions of record.

Title examined to: May 19, 2014 @ 8:00 a.m.

s14519TRpt.Briarwood.wpd

INST# 00001877
BK# 1526 PG# 48

Superior—Form 2
1-66

# State of Rhode Island and Providence Plantations

PROVIDENCE........................ sc.                                    SUPERIOR COURT

## WRIT OF ATTACHMENT

*To the Sheriffs of our several Counties, or to their Deputies:*

We command you to attach the goods and chattels and real estate of ..................................................

..........FATHALLA MOHAMED MASHALY..........................................................................
(Name of defendant)

of......28 BRIARWOOD ROAD, LINCOLN, RHODE ISLAND, 02865, COUNTY
(Defendant's place of residence, including town and county)
..OF PROVIDENCE..........................................................................................................

and also to attach the personal estate of the said..........................................................

..............................................................................................................................
(Name of defendant)

in the hands or possession of..................................................................................
(Name of trustee)

..............................................................................................................................

of..........................................................................................................................
(Trustee's place of residence, including town and county)

as trustee of the said..................................................................................................
(Name of defendant)

and also to attach his/her stock or shares in any banking association or incorporated company to the value of

..........$1,227,000.00..........................................................................................
(Amount of plaintiff's demand for judgment together with a reasonable allowance for interest and costs)

as demanded by..........JULIE GEMMA, ET AL..................................................................
(Name of plaintiff)

of..........................................................................................................................
(Plaintiff's place of residence, including town and county)

on..........DECEMBER 20, 2007..........................................................................................
(Date of commencement of action)

                                                    County
in the Superior Court for..........PROVIDENCE.................. Counties, and make due return of this writ
with your doings thereon.

You are also commanded to serve said defendant with a copy of this Writ of Attachment and of the return of service thereof (when summons and complaint are served upon said defendant in an action in connection with which said attachment is made.)*

                                                                    _____
                                                                              Deputy   CLERK

Dated:....5/5/08..........................                    RECEIVED FOR RECORD
                                                              LINCOLN, RI
(Seal of the Superior Court for the County).                 May 05,2008 03:16:24P
                                                              BOOK: 1526 PAGE: 48
*Matter in brackets not applicable when this is a subsequent attachment.   KAREN D. ALLEN
                                                              TOWN CLERK

S-141 (Rev. 11/99)

WARRANTY DEED          INST: 00004434
                       BK: 1871 PG: 304

FATHALLA MASHALI of Dover, County of Norfolk, Commonwealth of Massachusetts, for consideration paid, and in full consideration of less than One ($1.00) Dollar, grant all my right, title and interest to BRIARWOOD REAL ESTATE HOLDINGS, LLC, a Massachusetts limited liability company having a principal place of business at 160 Dedham Street, Dover, MA 02030.

*with Warranty Covenants,*

A certain lot of land with all the buildings and improvements thereon situated on the westerly side of Briarwood Road in the Town of Lincoln, County of Providence and State of Rhode Island, being designated as lot numbered ninety (90) on a plan entitled "EIGHTH SECTION (Lots 89-111, inclusive), Kirkbrae Country Estates in Lincoln, Rhode Island, owned by Kirkbrae Country Estates, Inc. by American Engineering Corp., Scale 1" = 60', August 1974", which plan is recorded in the Registry of Deeds in said Town of Lincoln on Plat Card 322.

Subject to a utility easement of record in Book 120 at Page 269. Subject to restrictions and covenants of record in Book 124 at Page 538.

The grantor hereby waives any and all rights of homestead in and to the property to which he may be entitled to under the laws of the State of Rhode Island and state that no other person is entitled to any homestead rights in said property.

For Grantor's title, see Deed of Feei Feei Huang, Trustee, to me, recorded in Land Evidence Records in the Town of Lincoln, Rhode Island, dated November 8, 2001, in Book 799, Page 73.

~~This transfer is to a related party and consideration is such that no documentary stamps are~~ required and no withholding is required under R.I.G.L. 44-30-71.3.

Property Address: 28 Briarwood Road, Lincoln, Rhode Island 02865

INST# 00004634
BK: 1871 PG: 307

WITNESS MY HAND AND SEAL this __18TH__ day of November, 2013.

_____
FATHALLA MASHALI

Commonwealth of Massachusetts

Norfolk, ss.                                      November _18_, 2013

On this _18th_ day of November, 2013, before me, the undersigned notary public, personally appeared FATHALLA MASHALI, proved to me through satisfactory evidence of identification, which was __MA drivers license__, to be the person whose name is signed on the preceding document and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Notary Public

My Commission Expires:

CLIFFORD J. ESHER
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 18, 2016

RECEIVED FOR RECORD
LINCOLN, RI
Dec 03, 2013 11:11A
BOOK: 1871 PAGE: 307
KAREN D. ALLEN
TOWN CLERK

16430298v.1

STATE OF RHODE ISLAND
PROVIDENCE, SC

INST# 00000466
BK: 1884 PG: 132
SUPERIOR COURT

RSS REALTY, LLC, d/b/a SOUTH SHORE
PRIMARY CARE,
        Plaintiff
v.

CA No. 2014 - 1343

NEW ENGLAND PAIN ASSOCIATES, P.C and
FATHALLA M. MASHALI a/k/a FARHALLA M. MASHALI,
and BRIARWOOD REAL ESTATE HOLDINGS, LLC
        Defendants

## LIS PENDENS

It is alleged the Conveyance of _11/18/2013 in Instrument #00004634 in BK 1871 PG 306_ regarding _28 Briarwood Road in Lincoln, RI_ from Mashali to Briarwood Real Estate Holdings LLC is a transfer of real estate assets to an entity identical with himself as an insider which was fraudulent as to Plaintiff. Further, that pursuant to RIGL 6-16-8, the Conveyance from Mashali to Briarwood is voidable as it was not a transfer to a person who took in good faith and for a reasonably equivalent value; and is voidable because it was to an insider who gave no new value to or for the benefit of Mashall as debtor; nor was it made in the ordinary course of the business of Mashall as the debtor or in a good faith effort to rehabilitate Mashall as debtor. The remedy sought pursuant to RIGL 6-16-7 and 6-16-8 is for the court to void the transfer and confirm this prejudgment Lis Pendens pending a hearing on Plaintiff's cause.

Regarding:
28 Briarwood Road
Lincoln, RI

Plaintiff, By its attorney

Stephen R. White, Esq. #2372
PO Box 427
West Kingston, Rhode Island 02892
402-732-3939
steve@srwesq.com

RECEIVED FOR RECORD
LINCOLN, RI
Mar 14,2014 10:05A
BOOK: 1884 PAGE: 132
KAREN O. ALLEN
TOWN CLERK

1