UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 14-10067-RWZ |
| ) | |
| ) | |
| FATHALLA MASHALI ) | |
| ) | |

## AMENDED JOINT INTERIM STATUS REPORT

The defendant, Fathalla Mashali ("the defendant"), by and through undersigned counsel, hereby amends the Joint Interim Status Report as follows:

1. The defendant has been transferred to Norwood Hospital and has been placed in a locked psychiatric ward but continues to receive medical/physical-therapeutic treatment.

2. Your undersigned counsel did not know this until late last evening after the initial report had been filed.

Respectfully submitted,

By: /s/ Jeffrey A. Denner
JEFFREY A. DENNER
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: September 10, 2015

                        /s/ Jeffrey A. Denner
                        JEFFREY A. DENNER
                        Counsel for Defendant