UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
14-cr-10067-
RWZ

UNITED STATES OF AMERICA

v.

FATHALLA MASHALI

### INITIAL STATUS REPORT AND

### ORDER ON EXCLUDABLE TIME

September 10, 2015

Kelley, U.S.M.J.

An interim status conference was held today, September 10, 2015. The parties report as follows:

1. The government has provided all discovery other than medical records. The parties are negotiating regarding this discovery and request an additional 60 days to finalize this discovery.

2. A final status conference is scheduled for November 10, 2015. The Court informed the parties that the Court anticipates that after the final status conference the case will be referred to the District Court.

3. The parties agree that the time between September 10 and November 10 should be excluded under the Speedy Trial Act. Accordingly, it is hereby ORDERED that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for

Implementing Them, Effective December 2008) and Local Rule 112.2(a)(1), the Clerk of this Court enter excludable time for the period from September 10 to November 10, 2015.[1]

        /s/ M. Page Kelley
M. PAGE KELLEY
United States Magistrate Judge

---

[1] The parties are hereby advised that under the provisions of Rule 2(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth herein within fourteen (14) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection thereto. The district judge, upon timely motion, shall reconsider the magistrate judge's order and set aside any portion thereof found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir. 1993).