UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITDED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-10067-RWZ |
| ) | |
| FATHALLA MASHALI ) | |

## CLAIMANT RSS REALTY, LLC's OPPOSITION TO DEFENDANT FATHALLA MASHALI'S MOTION TO AMEND RESTRAINING ORDER TO ALLOW DEFENDANT TO SELL RHODE ISLAND PROPERTY

Claimant RSS Realty, LLC ("RSS") hereby opposes Defendant Fathalla Mashali's ("Mashali") Motion to Amend Restraining Order to Allow Defendant to Sell Rhode Island Property. As grounds for this Opposition, RSS states as follows:

1. RSS is a creditor of Mashali and Briarwood Real Estate Holdings, LLC, a Massachusetts limited liability company ("Briarwood LLC").

2. Briarwood LLC is the record owner of 28 Briarwood Road, Lincoln, RI. Mashali is the record Manager of Briarwood LLC.

3. In the instant Motion, Mashali seeks permission to sell the Briarwood property.

4. On March 11, 2014, Claimant filed a Verified Complaint in Middlesex Superior Court against Mashali and Briarwood LLC, among others. Mashali and Briarwood LLC were defaulted for failure to answer. The case is pending.

5. On March 14, 2014, after allowance by the Providence County (RI) Superior Court, RSS filed a *Lis Pendens* against the Briarwood property.

6. On June 26, 2014, RSS filed in this Court a Claim against the property of Mashali and others pledged to this Court in connection Mashali's release from detention. See Docket Entry No. 75.

7. RSS does not oppose an arm's length sale of the Briarwood property but has an interest in how the sale proceeds are disbursed.

8. Mashali's instant Motion does not reveal any of the following crucial facts:

   a. Terms of any pending contract to sell the Briarwood property;

   b. Identity of purported lienholders and amounts owed; and

   c. Proposed disbursement of sale proceeds.

No offer to purchase or purchase and sale agreement is attached to the Motion as an exhibit.

9. RSS requests that the Court not allow the instant Motion unless and until Mashali provides RSS with full information concerning the proposed sale and RSS has an opportunity to be heard before this Court (or the Middlesex Superior Court, Providence County Superior Court and/or Bankruptcy Court as this Court may deem appropriate) and object to the sale if warranted.

WHEREFORE, RSS requests that the Court:

1. Order Mashali to provide RSS with full information concerning the sale of the Briarwood property.

2. Not allow the instant Motion unless and until Mashali provides RSS with full information concerning the proposed sale and RSS has an opportunity to be heard before this Court (or another court) and object to the sale if warranted.

3. Grant other such relief as the Court deems just.

RSS Realty, LLC,
By its Attorney,


_/s/ Barry M. Altman_____
Barry M. Altman, Esq., BBO #016710
ALTMAN & ALTMAN
404 Main Street, Suite 3
Wilmington, MA 01887
(978) 658-3388
Altmanlaw2@gmail.com

Dated: September 10, 2015

## CERTIFICATE OF SERVICE

I, Barry M. Altman, hereby certify that on this the 10th day of September, 2015, I caused a true copy of the within document to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.


_/s/ Barry M. Altman_____