**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-10067-RWZ |
| ) | |
| ) | |
| FATHALLA MASHALI ) | |
| ) | |

**GOVERNMENT'S ASSENT TO DEFENDANT'S MOTION**

The United States, by and through Assistant U.S. Attorney Maxim Grinberg, hereby assents to the defendant's Motion To Amend Restraining Order to Allow Defendant to Sell Rhode Island Property [D.156].

    Respectfully submitted,

    Carmen M. Ortiz
    United States Attorney

By:   /s/ Maxim Grinberg
    MAXIM GRINBERG
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Maxim Grinberg
    MAXIM GRINBERG
    Assistant United States Attorney

Date: September 15, 2015