UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 14-10067-RWZ |
| **FATHALLA MASHALI** | ) ) ) | |

## ORDER ON MOTION TO AMEND RESTRAINING ORDER TO ALLOW DEFENDANT TO SELL RHODE ISLAND PROPERTY

The matter came before the Court on Defendant Fathalla Mashali's ("Mashali") Motion to Amend Restraining Order to Allow Defendant to Sell Rhode Island Property. Claimant RSS Realty LLC ("RSS") opposed this Motion. The United States of America assented to the Motion. Upon agreement of Mashali and RSS, the Court orders as follows:

1. The government's restraining order is hereby amended to the extent necessary to exclude the real property located at 28 Briarwood Lane, Lincoln, Rhode Island ("28 Briarwood").

2. This Order does not affect in any way the existence and/or validity of any encumbrance(s) affecting 28 Briarwood – including RSS' *Lis Pendens*.

Dated: 10/22/2015          /s/ M. Page Kelley
                           M. Page Kelley, U.S.M.J.