# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-CR-10067 |
| | ) | |
| | ) | |
| FATHALLA MASHALI | ) | |

## GOVERNMENT'S RULE 116.5 FINAL STATUS REPORT

The government in the above-captioned matter submits this final status report:

### 116.5(c)(1-2)

The government moves for a pretrial status conference before the District Judge in order to resolve any outstanding pretrial matters and schedule a trial date.

### 116.5(c)(2)

(A)   Automatic discovery has been completed.  The defense has not produced reciprocal discovery.

(B)   There are no outstanding discovery requests or motions. To the extent the defense will file a motion regarding the defendant's competency to stand trial, the motion can be filed before the District Court Judge.

(C)   The defendant has not filed any Fed. R. Crim. P. 12(b) motions.

(D)   All the time has been excluded, including the period from the last status conference held on September 10, 2015 [D.159].

(E)     The government estimates the trial will last 3 weeks.

116.5(c)(3)

    The government moves the Court to set a deadline by which the defendant must file motions regarding the defendant's competency to stand trial.  "Determining competency to stand trial involves an inquiry into whether the defendant 'has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding–and whether he has a rational as well as factual understanding of the proceedings against him.'" United States v. Ahrendt, 560 F.3d 69, 74 (1st Cir. 2009), quoting Dusky v. United States, 362 U.S. 402, 402, 80 S.Ct. 788, 4 L.Ed.2d 824 (1960) (per curiam).  "A court must order a competency hearing on motion from either the defense or the government, or sua sponte, 'if there is *reasonable cause* to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.'"  Id., quoting 18 U.S.C. § 4241.

    The government moves the Court to exclude the time under the Speedy Trial Act from the date of this status conference until the next status conference in the interest of justice, given the defense's representation that the defendant has not been able to assist counsel to prepare for trial.

        Respectfully submitted,

        Carmen M. Ortiz
        United States Attorney

By:  <u>/s/ Maxim Grinberg</u>
     MAXIM GRINBERG
     Assistant U.S. Attorney


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        <u>/s/ Maxim Grinberg</u>
        MAXIM GRINBERG
        Assistant United States Attorney


Date: November 10, 2013