UNITED STATES DISTRICT
COURT DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                     ) | Criminal No. 14-10067-RWZ |
| ) | |
| ) | |
| FATHALLA MASHALI                     ) | |
| ) | |

## DEFENDANT'S STATUS REPORT

The Defendant in the above-captioned matter submits this status report

pursuant to Local Rule 116.5.

1. The Defendant continues the process of accessing patient files existing at various record databases.

2. At this time, the Defendant is not seeking any protective orders.

3. At this point, the defense does not intend to be asserting defenses of insanity, public authority, or alibi.

4. As the Court has been made aware, the Defendant's physical and mental condition have deteriorated dramatically. He was hospitalized in Beth Israel for several weeks, including an extensive stay in the Intensive Care Unit essentially on life support. His primary condition is a largely neurologically-based sarcoidosis, which contributed to his recent virtually complete liver failure. He had been transferred from Beth Israel to EpOCH Rehab in Chestnut Hill and then to the Norwood Hospital psych ward. He has recently been sent home where he receives weekly outpatient medical and psychiatric treatment both at home and at medical offices nearby. At this point, it appears that his physical condition remains very tentative and significantly deteriorated and his mental state remains confused and largely disoriented with what appears to be significant loss of cognitive function, including memory. The defense expects that it may well be filing a motion relative to the Defendant's competence (or lack thereof) to stand trial, but will not do so until the defense has a better sense of his prognosis for change after further consultation. Accordingly, the defense requests until November 30, 2015 to file such a motion or to have it deemed waived.

5. The parties have not had discussions about resolving the case short of trial. The trial is likely to last approximately 3-4 weeks.

6. We believe that all of the time that has not been excluded from his initial appearance on October 29, 2014 through November 10, 2015, should be excluded.

7. The Defendant requests a further Status Conference at some appropriate point subsequent to December 3, 2015, should November 30, 2015, be the date designated per para 4, above, for filing.

                                    Respectfully submitted,

                                    /s/ Jeffrey A. Denner
                                    JEFFREY A. DENNER
                                    Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                    /s/ Jeffrey A. Denner
                                    JEFFREY A. DENNER
                                    Counsel for Defendant

Dated: November 10, 2015