UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
14-10067-RWZ

UNITED STATES OF AMERICA

v.

FATHALLA MASHALI

**ORDER AND**
**FINAL STATUS REPORT**

**November 10, 2015**

KELLEY, M.J.

A Final Status Conference was held before this court pursuant to the provisions of Local Rule 116.5(A) on November 10, 2015.  Defense counsel represented that his client is sick and cannot assist in the preparation of the case and may be incompetent to stand trial.  The parties filed status reports prior to the hearing (##171 and 172).  Based on that conference, this court enters the following report and orders.

1. Defense counsel does not know whether a trial will be necessary in this case.

2. The discovery to be provided before the Initial Pretrial Conference is complete.

3. No motions to sever, dismiss or suppress are anticipated.  Defense counsel may file a motion asking the Court to determine whether the defendant is competent to stand trial.  Defense counsel must file this motion on or before November 30, 2015.

4. With the agreement of the parties, this court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(8) that the interests of justice, i.e., allowing the defense time to prepare for the initial pretrial conference

before the District Court, outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment.

Accordingly, it is hereby ordered that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7) and Section 6(b)(8) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective July 1, 1980), the Clerk of this Court enter excludable time for the period **November 10, 2015, through the date of the initial pretrial conference before the District Court.**

5. The defendant <u>does not</u> at this time anticipate raising a defense of insanity. He does not intend to raise a defense of public authority.

6. If a trial takes place, it will take approximately three to four weeks.

7. As of **the date of the initial pretrial conference,** no unexcluded time will have elapsed since the arraignment, thus seventy (70) days remain under the Speedy Trial Act before trial must commence.

　　　　　　　　　　　　　　　   / s / Page Kelley
　　　　　　　　　　　　　　　M. PAGE KELLEY
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE