## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | |
| **v.** | | **No. 14CR 10067 RWZ** |
| **FATHALLA MASHALI,** | | |
| Defendant. | | |

## ASSENTED TO MOTION TO EXTEND FILING DATE FOR MOTION TO DETERMINE COMPETENCY PURSUANT, INTER ALIA, TO 18 U.S. CODE § 4241

The Defendant, **Fathalla Mashali**, by and through undersigned counsel, and with the assent

of Counsel for the Government, AUSA Maxim Grinberg, herein, hereby requests that the period in

which to file the above-captioned motion be extended from Monday, November 30, 2015, to

Wednesday, December 2, 2015.

Dated:  November 25, 2015

Respectfully submitted,
FATHALLA MASHALI
By his attorney

 /s/  *Jeffrey Denner*
Jeffrey Denner BBO#120520
Jeffrey Denner Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.:    (617) 227-2800
Fax:     (617) 973-1562
jdenner@dennerlaw.com

Assented to by:

/s/ *Maxim Grinberg*
Maxim Grinberg
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3100
maxim.grinberg@usdoj.gov

## Certificate of Service

I, Jeffrey Denner, hereby certify that on this the 25th November 2015, I caused a true copy of the foregoing *Motion to Extend* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

/s/ *Jeffrey Denner*