UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| **FATHALLA MASHALI** | ) | |

**JOINT MOTION FOR ORDER GRANTING ENDS-OF-JUSTICE CONTINUANCE
AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT
FROM NOVEMBER 10, 2015 THROUGH JANUARY 13, 2016**

The parties jointly move this Court for an order continuing the time within which the trial must commence and excluding the time from November 10, 2015 (the last date until which the time has been excluded [D. 159, 173]) through and including January 13, 2016 on the ground that the requested continuance and exclusion are necessary to ensure that the defendant and his counsel have "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(7)(B)(iv) and Section 5(B)(7)(c)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.  In particular, the continuance and the excludable delay are necessary because the defense requested, and the Court allowed, a competency hearing that has been scheduled on January 13, 2016.  The parties are in the process of identifying an expert who will conduct a competency hearing and collecting the defendant's pertinent medical and mental health records.

1

```
                                        Respectfully submitted,

FATHALLA MASHALI                        CARMEN M. ORTIZ
By his attorney,                        United States Attorney


/s/ Jeffrey A. Denner              By: /s/ Maxim Grinberg
JEFFREY A. DENNER                       MAXIM GRINBERG
Assistant U.S. Attorney
```

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

```
                                   By:  /s/ Maxim Grinberg
                                        MAXIM GRINBERG
                                        Assistant U.S. Attorney
```

Date: December 16, 2015