UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| **FATHALLA MASHALI** | ) | |

### ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

ZOBEL, RYA W., J.

Upon consideration of the parties' joint motion seeking an order of excludable delay from November 10, 2015 through and including January 13, 2016, the Court grants a continuance of the time within which the trial of the charged offenses must commence and grants the parties' request for the entry of an order of excludable delay from November 10, 2015 through and including January 13, 2016 on the ground that the requested continuance and exclusion are necessary to ensure that the defendant and his counsel have "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(7)(B)(iv) and Section 5(B)(7)(c)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.  In particular, the Court concludes that the continuance and the excludable delay are necessary because the defense requested, and the Court allowed, a competency hearing that has been scheduled on January 13, 2016.  The parties are in the

process of identifying an expert who will conduct a competency hearing and collecting the defendant's pertinent medical and mental health records.

Accordingly, the Court hereby grants the parties' *Joint Motion for Order Clarifying Ends-of-Justice Continuance, and Exclusion of Time, Under the Speedy Trial Act.*

_____
**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**