**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| FATHALLA MASHALI | ) | |

**MOTION FOR AN ORDER COMPELLING PRODUCTION OF**
**DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS**

The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, moves the Court for an order compelling health care providers listed in this motion to produce the defendant's medical, mental health, and psychiatric records in order to evaluate the defendant for competency to stand trial under 18 U.S.C. § 4241.

On December 2, 2015, the defendant filed a motion seeking a competency hearing under 18 U.S.C. § 4241.  In the motion, defense counsel indicated that the defendant suffered from "significant and deteriorating cognitive deficit and underlying psychopathology in conjunction with a severe and progressively debilitating medical illness – non-pulmonary sarcoidosis, all of which collectively have ravaged his mind (and body) to a point of incompetency to stand trial."  [D.179 at 1-2].  The Court allowed the motion and scheduled a competency hearing on January 13, 2016, allowing counsel for the government and defense to agree upon an expert to conduct a competency

1

evaluation of the defendant.

It is imperative for a competency expert to analyze the defendant's underlying relevant medical, mental health, and psychiatric records in order to properly evaluate the defendant for competency to stand trial and determine if there is evidence of malingering.  At the pretrial status conference held on December 3, 2015, defense counsel assented to the production of the defendant's medical, mental health, and psychiatric records for the purpose of evaluating the defendant for competency to stand trial.

On December 11, 2015, the defendant disclosed to the government a preliminary list of medical and mental health care providers who possess the defendant's medical, mental health, and psychiatric records and evaluations.  These health care providers are listed as follows:

Dr. John Baldwin
105 Chestnut Street
Needham, MA

Beth Israel Deaconess Medical Center
330 Brookline Avenue
Boston, MA 02215

Brigham and Women's Hospital
Medical Records
75 Francis Street
Boston, MA 02115 USA

Dr. Keith Ablow
36 Water Street
Newburyport, MA

```
                    Norwood Hospital
                    Medical Records
                 Attention: Robin Andrews
                  800 Washington Street
                    Norwood, MA 02062

              Massachusetts General Hospital
                Release of Information Unit
              121 Innerbelt Road, Room 240
                 Somerville, MA 02143-4453


           EPOCH Senior Healthcare of Chestnut Hill
                       615 Heath St.
                  Chestnut Hill, MA 02467
```

In addition to the above-listed health care providers, the government identified Guardian Life Insurance Company of America ("GLICA") as an entity in possession of the defendant's medical and mental health records.  According to GLICA, in 2013 the defendant filed a disability claim with GLICA based on his alleged medical and mental health problems.  As a result, GLICA obtained the defendant's various medical and mental health records and had their own experts, including a psychiatrist and a neuropsychologist, evaluate the defendant's disability claim for malingering.  Thus, the government requests the defendant's medical and mental health records from:

```
           Guardian Life Insurance Company of America
                         700 South St.
                      Pittsfield, MA 01201
```

Finally, the government requests the defendant's medical, mental health, and psychiatric records from Plymouth House of Corrections, where the defendant was detained pretrial and received medical care:

Plymouth County Sheriff's Department
Attn: Patrick Lee
26 Long Pond Rd.
Plymouth, MA 02360

WHEREFORE, the government requests the Court to issue orders (proposed orders attached hereto), directing the above-listed health care providers to provide the government with complete copies of the defendant's medical, mental health, and psychiatric records, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist.  The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations ("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

Upon receipt of these records, the government will provide a copy of each record to the competency expert designated by the Court and to the defendant.

If the designated competency expert determines that he or she needs another medical professional's assistance to evaluate the defendant's competency, the government also requests the Court's

4

permission to disclose said records to such a medical professional for the sole purpose of assisting with the defendant's competency evaluation.

Unless expressly provided by the proposed order, the government will not disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Maxim Grinberg
    MAXIM GRINBERG
    Assistant U.S. Attorney
    Maxim.Grinberg@usdoj.gov
    617-748-3287

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By:  /s/ Maxim Grinberg
     MAXIM GRINBERG
     Assistant U.S. Attorney

Date: December 18, 2015