## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| FATHALLA MASHALI | ) | |

## ORDER COMPELLING PRODUCTION OF
## DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Compelling Production of Defendant's Medical, Mental Health, and Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate the defendant's competency to stand trial, and with the assent of the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED** as follows:

1. Dr. John Baldwin, 105 Chestnut Street, Needham, MA is **ORDERED** to provide the government with complete copies of medical, mental health, and psychiatric records of Fathalla Mashali, date of birth xx/xx/1954, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist. The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations ("FBI"), Health and Human Services,

2

Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

_____
**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**
**DISTRICT OF MASSACHUSETTS**


**DATED:**_____

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 14-10067-RWZ
)
FATHALLA MASHALI )

ORDER COMPELLING PRODUCTION OF
DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Compelling Production of Defendant's Medical, Mental Health, and Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate the defendant's competency to stand trial, and with the assent of the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED** as follows:

1. Beth Israel Deaconess Medical Center, 330 Brookline Avenue, Boston, MA 02215 is **ORDERED** to provide the government with complete copies of medical, mental health, and psychiatric records of Fathalla Mashali, date of birth xx/xx/1954, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist. The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations

2

("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

_____
**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**
**DISTRICT OF MASSACHUSETTS**


**DATED:**_____

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| FATHALLA MASHALI | ) | |

ORDER COMPELLING PRODUCTION OF
DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order
Compelling Production of Defendant's Medical, Mental Health, and
Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate
the defendant's competency to stand trial, and with the assent of
the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED**
as follows:

1. Brigham and Women's Hospital, Medical Records, 75 Francis
Street, Boston, MA 02115 is **ORDERED** to provide the government with
complete copies of medical, mental health, and psychiatric records
of Fathalla Mashali, date of birth xx/xx/1954, including any notes,
charts, evaluations, reports, test results, and memorializations of
observations of the defendant and conversations between the defendant
and the health care provider, even if that provider is a psychiatrist
or a psychologist.  The term "government" includes members,
employees, and contractors of the Federal Bureau of Investigations

2

("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

_____
**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**
**DISTRICT OF MASSACHUSETTS**


**DATED:**_____

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
v.                                )          Criminal No. 14-10067-RWZ
                                  )
FATHALLA MASHALI                  )


ORDER COMPELLING PRODUCTION OF
DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Compelling Production of Defendant's Medical, Mental Health, and Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate the defendant's competency to stand trial, and with the assent of the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED** as follows:

1. Dr. Keith Ablow, 36 Water Street, Newburyport, MA is **ORDERED** to provide the government with complete copies of medical, mental health, and psychiatric records of Fathalla Mashali, date of birth xx/xx/1954, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist. The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations ("FBI"), Health and Human Services,

2

Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

_____
**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**
**DISTRICT OF MASSACHUSETTS**

**DATED:**_____

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
v.                          )        Criminal No. 14-10067-RWZ
                            )
FATHALLA MASHALI            )

ORDER COMPELLING PRODUCTION OF
DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Compelling Production of Defendant's Medical, Mental Health, and Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate the defendant's competency to stand trial, and with the assent of the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED** as follows:

1. Norwood Hospital, Medical Records, Attention: Robin Andrews, 800 Washington Street, Norwood, MA 02062 is **ORDERED** to provide the government with complete copies of medical, mental health, and psychiatric records of Fathalla Mashali, date of birth xx/xx/1954, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist. The term "government" includes members, employees, and contractors of the

2

Federal Bureau of Investigations ("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

_____

**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**
**DISTRICT OF MASSACHUSETTS**


**DATED:**_____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 14-10067-RWZ** |
| | ) | |
| **FATHALLA MASHALI** | ) | |

### ORDER COMPELLING PRODUCTION OF
### DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Compelling Production of Defendant's Medical, Mental Health, and Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate the defendant's competency to stand trial, and with the assent of the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED** as follows:

1. Massachusetts General Hospital, Release of Information Unit, 121 Innerbelt Road, Room 240, Somerville, MA 02143-4453 is **ORDERED** to provide the government with complete copies of medical, mental health, and psychiatric records of Fathalla Mashali, date of birth xx/xx/1954, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist. The term "government" includes members, employees, and contractors of the

2

Federal Bureau of Investigations ("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

_____

**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**
**DISTRICT OF MASSACHUSETTS**


**DATED:**_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
v.                            )      Criminal No. 14-10067-RWZ
                              )
FATHALLA MASHALI              )

ORDER COMPELLING PRODUCTION OF
DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Compelling Production of Defendant's Medical, Mental Health, and Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate the defendant's competency to stand trial, and with the assent of the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED** as follows:

1. EPOCH Senior Healthcare of Chestnut Hill, 615 Heath St., Chestnut Hill, MA 02467 is **ORDERED** to provide the government with complete copies of medical, mental health, and psychiatric records of Fathalla Mashali, date of birth xx/xx/1954, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist. The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations

2

("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

_____
**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**
**DISTRICT OF MASSACHUSETTS**


**DATED:**_____

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
v.                                  )        Criminal No. 14-10067-RWZ
                                    )
FATHALLA MASHALI                    )

### ORDER COMPELLING PRODUCTION OF
### DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Compelling Production of Defendant's Medical, Mental Health, and Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate the defendant's competency to stand trial, and with the assent of the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED** as follows:

1. Guardian Life Insurance Company of America, 700 South St., Pittsfield, MA 01201 is **ORDERED** to provide the government with complete copies of medical, mental health, and psychiatric records of Fathalla Mashali, date of birth xx/xx/1954, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist. The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations

2

("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

_____
**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**
**DISTRICT OF MASSACHUSETTS**


**DATED:**_____

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )
v.                               )     Criminal No. 14-10067-RWZ
                                 )
FATHALLA MASHALI                 )

## ORDER COMPELLING PRODUCTION OF
## DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Compelling Production of Defendant's Medical, Mental Health, and Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate the defendant's competency to stand trial, and with the assent of the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED** as follows:

1. Plymouth County Sheriff's Department, Attn: Patrick Lee, 26 Long Pond Rd., Plymouth, MA 02360 is **ORDERED** to provide the government with complete copies of medical, mental health, and psychiatric records of Fathalla Mashali, date of birth xx/xx/1954, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist.  The term "government" includes members, employees, and contractors of the Federal Bureau

2

of Investigations ("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

3

_____

**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**
**DISTRICT OF MASSACHUSETTS**


**DATED:**_____