**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| FATHALLA MASHALI | ) | |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE**
**STATUS CONFERENCE**

The United States of America, with the assent of the defendant, moves the Honorable Court to continue the status conference scheduled on January 13, 2016 to the afternoon of February 17 or 18, 2016.  The Court scheduled the status conference to determine the parties' progress in connection with retaining an agreed-upon expert and preparing for the defendant's competency hearing.

Since December 3, 2015, the date on which the Court set the status conference for January 13, 2016, the government collected from defense counsel the names of the defendant's health care providers and subsequently submitted a motion for, and obtained, a number of court orders directed at these providers to release the defendant's psychiatric and medical records.  While the government received some of the defendant's records, most of the records are still outstanding, with the expectation that the government will receive the balance in the next seven to ten days.  In the meantime, the government and the defense jointly interviewed, and agreed upon, a forensic psychiatrist to conduct the defendant's evaluation for competency to stand trial.  The parties are still in the process of agreeing upon a neuropsychologist (with the parties' motion to the Court to follow, seeking the appointment of such a neuropsychologist), who will assist the forensic

psychiatrist. To estimate the cost of retaining these experts, the parties first have to provide the experts with the defendant's pertinent medical and psychiatric records. Based on the foregoing information, the parties request that the Court continue the status conference until the afternoon of February 17 or 18, 2016, by which time the parties expect to have provided the experts with all the necessary medical records and set the mental competency evaluation in motion.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By: /s/ Maxim Grinberg
MAXIM GRINBERG
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Maxim Grinberg
Maxim Grinberg
Assistant United States Attorney

Date: January 12, 2016