UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS


**UNITED STATES OF AMERICA**    )
                                )
**v.**                          )    Criminal No. 14-10067-RWZ
                                )
**FATHALLA MASHALI**            )


               SUPPLEMENTAL ASSENTED-TO MOTION FOR AN ORDER
                         COMPELLING PRODUCTION OF
          <u>DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS</u>

   The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, with the assent of the defendant, Fathalla Mashali, moves the Court for an order compelling the health care provider listed in this motion to produce the defendant's medical, mental health, and psychiatric records in order to evaluate the defendant for competency to stand trial under 18 U.S.C. § 4241.

   The Court allowed the government's original motion for orders compelling the production of the defendant's medical records on December 28, 2015. [D.183]  The government reviewed the responses by provided by the health care providers and identified

                    Partners Healthcare at Home
                    Attn: Medical Records
                    281 Winter Street, Suite 240
                    Waltham, MA  02451

as an entity providing home healthcare services to the defendant.

   WHEREFORE, consistent with its original motion, which the Court allowed, the government requests the Court to issue an order (proposed

                                    1

order attached hereto), directing the above-listed health care provider to provide the government, by February 10, 2016, with complete copies of the defendant's medical, mental health, and psychiatric records, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist. The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations ("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

Upon receipt of these records, the government will provide a copy of each record to the competency expert designated by the Court and to the defendant.

If the designated competency expert determines that he or she needs another medical professional's assistance to evaluate the defendant's competency, the government also requests the Court's permission to disclose said records to such a medical professional for the sole purpose of assisting with the defendant's competency evaluation.

Unless expressly provided by the proposed order, the government

will not disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Maxim Grinberg
MAXIM GRINBERG
Assistant U.S. Attorney
Maxim.Grinberg@usdoj.gov
617-748-3287

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: /s/ Maxim Grinberg
MAXIM GRINBERG
Assistant U.S. Attorney

Date: January 27, 2016