UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 14CR 10067 RWZ |
| FATHALLA MASHALI, Defendant. | |

### ASSENTED TO MOTION TO AMEND CONDITIONS OF RELEASE
### TO ALLOW RETURN OF DEFENDANT'S SON'S PASSPORT

The Defendant, Fathalla Mashali, by and through undersigned counsel, and with the assent of Assistant U.S. Attorney, Maxim Grinberg, hereby respectfully requests this Court to amend the conditions of release imposed by this Court, pursuant to 18 U.S. Code §3145 (a)(2). Specifically, the Defendant requests this Court to amend the condition requiring that Pre-Trial Services possess and retain the U.S. Passport of the Defendant's son, N.M.

As grounds therefor, the Defendant avers that his eldest son, N.M., will be 18 years old on January 29, 2016, and wishes to travel to the Bahamas with classmates on a Senior trip on March 13, 2016, for 5 days, and to China for a school sponsored educational trip on May 26, 2016, for 14 days. As N.M. is a U.S. citizen, is not the subject of the instant indictment, and will have reached the age of majority, the Defendant requests the pledge of his passport by the Defendant to this Court be rescinded to allow for his son's free travel or in the alternative returned to him for the two specified trips.

*Allowed*
*(Rya W. Zobel, J.)*
*1/28/16*