UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 14-10067-RWZ |
| ) | |
| **FATHALLA MASHALI** ) | |

**ORDER COMPELLING PRODUCTION OF**
**DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS**

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Compelling Production of Defendant's Medical, Mental Health, and Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate the defendant's competency to stand trial, and with the assent of the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED** as follows:

1. Partners Healthcare at Home, 281 Winter Street, Suite 240, Waltham, MA 02451, is **ORDERED** to provide the government, by February 10, 2016, with complete copies of medical, mental health, and psychiatric records of Fathalla Mashali, date of birth xx/xx/1954, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist. The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations ("FBI"), Health and Human Services, Office of

Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

_____
RYA W. ZOBEL
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF MASSACHUSETTS

DATED: January 28, 2016

3