**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| FATHALLA MASHALI | ) | |
| | ) | |

## GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE FROM FEBRUARY 17, 2016 TO AND INCLUDING MARCH 8, 2016

The United States of America, with the assent of the defendant, moves the Honorable Court to continue the status conference scheduled on February 17, 2016 to March 8, 2016.

As the basis thereof, the government states that defense counsel communicated to the government that counsel had been involved in an accident requiring immediate medical attention, resulting in counsel's inability to participate in the status conference on February 17, 2016, or in the next few weeks.  The rescheduling of the status conference will not adversely affect the ongoing process of evaluating the defendant for mental competency to stand trial.  As of today, the parties have turned over to the court-appointed expert (forensic psychiatrist) over 7,000 pages concerning the defendant's medical records.  The expert is scheduled to meet with the defendant on March 7, 2016, although the expert may elect to have additional meetings with the defendant, if necessary.  In addition, the parties have almost settled on a neuropsychologist who will assist the forensic psychiatrist in the defendant's competency evaluation, and planned to interview the neuropsychologist today but for the unforeseen circumstance of counsel's accident.  The parties expect to interview the same neuropsychologist within the next two to three weeks, and are likely to agree on this neuropsychologist's participation in the defendant's competency evaluation.

Wherefore, the government respectfully requests that the Court continue the status conference until March 8, 2016.

        Respectfully submitted,

        Carmen M. Ortiz
        United States Attorney

By: /s/ Maxim Grinberg
        MAXIM GRINBERG
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Maxim Grinberg
        Maxim Grinberg
        Assistant United States Attorney

Date: February 16, 2016