UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 14-CR-10067 |
| | ) |
| FATHALLA MASHALI | ) |

## MOTION TO SEAL

The United States, by and through Assistant U.S. Attorney Maxim Grinberg, hereby moves to seal the Government's Status Report Re Defendant's Competency Evaluation. As grounds therefor, the government states that the sealed document contains sensitive information that pertains to the defendant's mental and physical health.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Maxim Grinberg
MAXIM GRINBERG
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served on counsel for the defendant, Fathalla Mashali.

MAXIM GRINBERG
Assistant United States Attorney

Date: March 8, 2016