**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-CR-10067 |
| ) | |
| FATHALLA MASHALI ) | |

### MOTION TO SEAL

The United States, by and through Assistant U.S. Attorney Maxim Grinberg, hereby moves to seal the Government's Supplemental Memorandum to the Government's Motion For a Hearing Re Status of Defendant's Competency Evaluation.  As grounds therefor, the government states that the sealed document contains sensitive information that pertains to the defendant's mental and physical health.

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney

By:  /s/ Maxim Grinberg
       MAXIM GRINBERG
       Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served on counsel for the defendant, Fathalla Mashali.

                                              /s/ Maxim Grinberg
                                              MAXIM GRINBERG
                                              Assistant United States Attorney

Date: March 22, 2016