UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-10067-RWZ |
| ) | |
| FATHALLA MASHALI ) | |

## ORDER AUTHORIZING DR. ALISON FIFE TO ACCESS DEFENDANT'S MEDICAL AND PSYCHIATRIC INFORMATION

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Authorizing Dr. Alison Fife To Access Defendant's Medical and Psychiatric Information ("Motion") to evaluate Fathalla Mashali's (date of birth xx/xx/1954) competency to stand trial under 18 U.S.C. § 4241, the Court **FINDS** that:

1. On December 2, 2015, the defendant filed a motion seeking a competency hearing under 18 U.S.C. § 4241.

2. The Court allowed the motion and appointed Dr. Alison Fife as a forensic psychiatrist to evaluate the defendant for competency to stand trial.

3. On March 9, 2016, the Court adopted the parties' recommendation that the defendant voluntarily self-commit to an appropriate medical and psychiatric facility with a locked psychiatric ward, with the additional condition of release that the defendant cannot voluntarily leave the facility without providing the Court and the government with a one-week notice. The parties

further agreed, and the Court accepted the proposal, that:

    a. the defendant obtain Dr. Fife's approval of the facility where he intends to self-commit;

    b. the defendant or the government make available to said facility all of the defendant's medical and psychiatric records obtained thus far pursuant to the Court's orders; and

    c. the defendant make available all medical and psychiatric records from such a facility to Dr. Fife for examination.

4. The federal regulations authorize the disclosure of "protected health information" "to the extent such use or disclosure is required by law and the use or disclosure complies with and is limited to the relevant requirements of such law." 45 C.F.R. § 164.512(a). Specifically, the disclosure is authorized "in the course of any judicial or administrative proceeding" "[i]n response to an order of a court or administrative tribunal, provided that the covered entity discloses only the protected health information expressly authorized by such order." *Id.* § 164.512(e)(1).

5. To comply with her mandate to evaluate the defendant's mental competency to stand trial under 18 U.S.C. § 4241, Dr. Fife requires access to all of the defendant's medical and psychiatric information at Beth Israel Deaconess Medical Center.

WHEREFORE, the Court **DIRECTS AND ORDERS** as follows:

1. Dr. Alison Fife is authorized to access medical and psychiatric "protected health information" of the defendant, Fathalla Mashali, at Beth Israel Deaconess Medical Center under 45

3

C.F.R. § 164.512(e)(1).

2. Dr. Alison Fife is authorized to share that information with the government's personnel assigned to the defendant's criminal matter, specifically, members, employees, and contractors of the Federal Bureau of Investigations ("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO").

3. If Dr. Fife determines that he or she needs another medical professional's assistance to evaluate the defendant's competency, the government also requests the Court's permission to disclose said information to such a medical professional for the sole purpose of assisting with the defendant's competency evaluation.

4. Unless expressly provided by the proposed order, the government will not disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

_____
RYA W. ZOBEL
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF MASSACHUSETTS

DATED: March 24, 2016

4