**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA      )
                                 )
v.                              )     Criminal No. 14-CR-10067
                                 )
FATHALLA MASHALI            )

**GOVERNMENT'S STATUS REPORT RE PROGRESS OF**
**DEFENDANT'S COMPETENCY EVALUATION**

The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, hereby apprises the Honorable Court of the status of the defendant's mental competency evaluation.

On March 22, 2016, the government filed a motion seeking a hearing on whether committing the defendant into the custody of the Attorney General was appropriate under 18 U.S.C. §§ 4241 and 4247(b) because the defendant did not enter an appropriate medical and psychiatric facility with a locked psychiatric ward in a timely manner. [D. 210]. Subsequently, the government learned that the defendant was voluntarily committed to such a facility, Massachusetts General Hospital ("MGH"), and requested that the Court hold the government's motion in abeyance. The defendant remains at MGH.

Dr. Alison Fife, the court-appointed forensic psychiatrist, and the defendant's treating psychiatrist at MGH have informed the government that the defendant has refused, and continues to

1

refuse, adequate medical treatment and nutrition.   From these communications the government understands that MGH is equipped to handle, at least in the short term, a situation where a patient who refuses treatment and nutrition is deemed a danger to himself.[1]   The government also learned from Dr. Fife that the defendant appears to have invalidated the neuropsychological test (presumably by not being truthful and/or lacking in effort during the test), the very test that defense counsel requested to be conducted in addition to the examination by Dr. Fife.[2]

Dr. Fife already disclosed to the government and defense counsel her initial impressions of the defendant's competency to stand trial.   Dr. Fife is in the process of writing an interim report with her conclusions, which she will provide to the Court.

The government continues to evaluate on a daily basis whether committing the defendant into the custody of the Attorney General is appropriate.   If the government determines that the defendant continues to undermine the efforts of MGH medical staff, or that MGH is somehow precluded from providing

_____

[1] Dr. Fife's email to the government and defense counsel is included under seal.

[2] If this information is confirmed, the government will object to any future neuropsychological evaluation of the defendant at the government's expense.

proper nutrition and medical treatment to the defendant, the government reserves the right either (1) to seek commitment and evaluation of the defendant under 18 U.S.C. § 4247(b) or (2) if sufficient information about the defendant's competency to stand trial emerges from the defendant's stay at MGH and Dr. Fife's report, to seek a hearing where the Court will rule on the defendant's competency to stand trial, and potentially set a trial date.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By: /s/ Maxim Grinberg
MAXIM GRINBERG
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Maxim Grinberg
MAXIM GRINBERG
Assistant United States Attorney

Date: April 6, 2016