**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-CR-10067 |
| ) | |
| FATHALLA MASHALI ) | |

**MOTION TO SEAL**

The United States, by and through Assistant U.S. Attorney Maxim Grinberg, hereby moves to seal an email from Dr. Alison Fife, the court-appointed forensic psychiatrist, to the government and defense counsel.  As grounds therefor, the government states that the sealed document contains sensitive information that pertains to the defendant's mental and physical health.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Maxim Grinberg
      MAXIM GRINBERG
      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Maxim Grinberg
                                          MAXIM GRINBERG
                                          Assistant United States Attorney

Date: April 6, 2016