UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 14-10067-RWZ |
| ) | |
| **FATHALLA MASHALI** ) | |

### ORDER COMPELLING PRODUCTION OF
### DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

ZOBEL, RYA W., J.

Upon consideration of the government's Motion for an Order Compelling Production of Defendant's Medical, Mental Health, and Psychiatric Records ("Motion") under 18 U.S.C. § 4241 to evaluate the defendant's competency to stand trial, and with the assent of the defendant, Fathalla Mashali, it is hereby **ORDERED AND DIRECTED** as follows:

1. Beth Israel Deaconess Hospital – Needham, Health Information Management Department, 73 Chestnut Street, Needham, MA 02492, is **ORDERED** to provide the government, by April 18, 2016, with complete copies of medical, mental health, and psychiatric records of Fathalla Mashali, date of birth xx/xx/1954, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist. The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations

("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

2. Upon receipt of these records, the government is **ORDERED** provide a copy of each record to the competency expert designated by the Court and to Fathalla Mashali;

3. If the competency expert designated by the Court determines that he or she needs assistance of another medical professional in evaluating Fathalla Mashali's competency to stand trial, the Court **ALLOWS** the government and the expert designated by the Court to disclose said records to such a medical professional for the sole purpose of assisting with Fathalla Mashali's evaluation for competency to stand trial.

4. Unless expressly provided by this ORDER, the government is **ORDERED** not to disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

                                        _____
                                        **RYA W. ZOBEL**
                                        **UNITED STATES DISTRICT COURT JUDGE**
                                        **DISTRICT OF MASSACHUSETTS**

                                        **DATED:**_____