UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| FATHALLA MASHALI, | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO SEAL

The United States of America, by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby moves, pursuant to Local Rule 7.2, that the following documents be filed under seal except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, and employees, contract employees, and agents of the Internal Revenue Service, and impounded until further order of the Court:

1. this Motion to Seal;

2. United States' *Ex Parte* Application For Restraining Order;

3. United States' Memorandum In Support of *Ex Parte* Application For Post-Indictment Restraining Order, and Exhibit A, attached thereto;

4. Proposed Restraining Order; and

5. any Restraining Order issued by the Court

(collectively, the "Documents").

As required by Local Rule 7.2, this request is supported by good cause, as detailed in the United States' *Ex Parte* Application, to prevent the Defendant and all other persons with notice of this Restraining Order from removing, transferring, dissipating, alienating, encumbering, or otherwise disposing of the following properties:

a. all funds on deposit in CollegeCounts 529 Fund account number 352-921-154, held in the name of Noha Elkadry Mashali, up to $20,000;

b. all funds on deposit in CollegeCounts 529 Fund account number 352-921-155, held in the name of Noha Elkadry Mashali, up to $20,000;

c. all funds on deposit in CollegeCounts 529 Fund account number 352-921-156, held in the name of Noha Elkadry Mashali, up to $20,000; and

d. all funds on deposit in CollegeCounts 529 Fund account number 352-921-157, held in the name of Noha Elkadry Mashali, up to $20,000

(collectively, the "Accounts").

The United States requests that any such Order not preclude disclosure of such Documents by employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts and of the Internal Revenue Service, as necessary to comply with Orders of this Court, and to serve the Restraining Order on the appropriate financial institution.

Premature disclosure of the Documents before the endorsed Restraining Order is served on the appropriate financial institution could lead to efforts by the owners of the subject Accounts or third parties alleging interests in the Accounts to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the Accounts.

The requested impoundment is intended only to preserve the *status quo* until the Court has had an opportunity to review and rule on the Documents, and until the United States is able to serve any endorsed Restraining Order, thereby restraining the Accounts until this Court adjudicates the forfeitability of the Accounts. The United States, therefore, requests that the instant Motion and the Documents be placed under seal for a brief period of time, until the United States can obtain the Court endorsed Restraining Order and serve the Restraining Order on the appropriate financial institution.

Additionally, pursuant to General Order 06-05 of the United States District Court for the District of Massachusetts, the United States respectfully moves the Court for an Order allowing the United States to be provided with copies of all documents, transcripts, and other record of information filed in this sealed matter.

WHEREFORE, the United States respectfully requests that this Motion and the Documents remain filed under seal until further Order of the Court.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Doreen M. Rachal
DOREEN M. RACHAL, B.B.O. #667837
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Doreen.Rachal@usdoj.gov

Date: April 14, 2016

So Ordered:

_____
RYA W. ZOBEL
United States District Judge

Date: _____