UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| FATHALLA MASHALI, | ) | |
| Defendant. | ) | |

## UNITED STATES' *EX PARTE* APPLICATION FOR POST-INDICTMENT RESTRAINING ORDER

On April 16, 2015, a federal grand jury returned a forty-four-count Second Superseding Indictment, charging Fathalla Mashali ("Mashali") with Health Care Fraud, in violation of 18 U.S.C. §§ 1347 and 2 (Counts One through Twenty-Seven), Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. §§ 1349 (Count 28), and Money Laundering, in violation 18 U.S.C. §§ 1957 and 2 (Counts Twenty-Nine through Forty-Four).

The United States of America, by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, respectfully requests that this Court, pursuant to 18 U.S.C. § 982(a)(1) and (a)(7), and 21 U.S.C. § 853(e), incorporated by 18 U.S.C. § 982(b), endorse a post-indictment Restraining Order against the Defendant, his agents, servants, employees, attorneys, family members, all other persons in active concert or participation with him, and all persons in possession or control of the following properties:

    a.    all funds on deposit in CollegeCounts 529 Fund account number 352-921-154, held in the name of Noha Elkadry Mashali, up to $20,000;

    b.    all funds on deposit in CollegeCounts 529 Fund account number 352-921-155, held in the name of Noha Elkadry Mashali, up to $20,000;

    c.    all funds on deposit in CollegeCounts 529 Fund account number 352-921-156, held in the name of Noha Elkadry Mashali, up to $20,000; and

      d.      all funds on deposit in CollegeCounts 529 Fund account number 352-921-157, held in the name of Noha Elkadry Mashali, up to $20,000

(collectively, the "Accounts").

The proposed Restraining Order, submitted herewith, would restrain all such persons with notice of the Restraining Order from transferring, encumbering, hypothecating, spending, disposing of, alienating, concealing, dissipating or completing any action that would affect or diminish the marketability or value of the Accounts without prior approval of this Court upon notice to the United States, and an opportunity for the United States to be heard.

As set forth in the memorandum of law submitted herewith, the United States is entitled to a restraining order to preserve the *status quo* and to secure the continued availability of the Accounts for forfeiture upon the Defendant's conviction. If the Accounts are not restrained, there is a substantial risk that they will be transferred, encumbered, dissipated, or otherwise made unavailable for forfeiture at the conclusion of this case.

WHEREFORE, for these reasons and the reasons set forth in the United States' Memorandum in Support of its *Ex Parte* Motion for Post-Indictment Restraining Order, the United States requests that this Court enter a restraining order in the form submitted herewith.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Doreen M. Rachal
DOREEN M. RACHAL, B.B.O. #667837
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Doreen.Rachal@usdoj.gov

Date: April 14, 2016