**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,** | |
| Defendant. | |

## MOTION TO AMEND CONDITIONS OF RELEASE
## TO REMOVE RESTRAINTS ON DEFENDANT'S SON'S COLLEGE FUND

The Defendant, Fathalla Mashali, by and through undersigned counsel, respectfully requests this Court to amend the conditions of release imposed by this Court, pursuant to 18 U.S. Code §3145 (a)(2). Specifically, the Defendant requests this Court to amend the condition requiring the restraint of the College Fund of the Defendant's oldest child, N.M.

As grounds therefor, the Defendant avers that his oldest child, N.M., will graduate from high school this Spring and plan to attend College this Fall.  The Defendant requests that his son's 529 College Fund with "College Counts," with an approximate value of $50,000, be made available for college tuition and expenses.  In order to accomplish this, the prior restraint issued by this Court would need to be removed.

Furthermore, the Defendant asserts that the children's funds, though pledged as part of the Bail package, are not specifically listed items in the forfeiture provision.  This is an ordinary and anticipated expense, and Mrs. Mashali, at all times material hereto, has been gainfully employed as a dentist and earns significantly income independent of her husband.  The source of these funds was her banks accounts at Middlesex Savings Bank and Bank of America.

Wherefore, the Defendant requests this Court to amend the conditions of his release by rescinding the restraint on his son's 529 College Account.

Dated: April 26, 2016

        Respectfully submitted,

        FATHALLA MASHALI
        By his attorney,

        /s/  *Joseph G Keller Jr.*
        Joseph G. Keller, Jr. BBO#686689
        Jeffrey Denner Associates, P.C.
        Four Longfellow Place, 35th Floor
        Boston, Massachusetts 02114
        Tel.:   (617) 227-2800
        Fax:   (617) 973-1562
        jkeller@dennerlaw.com

Certificate of Service

I, Joseph G. Keller Jr. , hereby certify that on this the 26th day April, 2016, I caused a true copy of the foregoing *Motion to Amend Conditions of Release* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

        /s/  *Joseph G Keller Jr.*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,**<br>　　　　　　Defendant. | |

## ORDER OF THE COURT TO REMOVE RESTRAINT ON N.M.'S 529 COLLEGE ACCOUNT

It is hereby ordered that:

**College Counts**
**6811 S. 27th St.**
**Lincoln, NE 68512**

remove all restrictions on the 529 College Account of N.M., Account #XXXXX1157.

These restrictions were placed on this Account on June 17, 2014 by order of this Court.

　　　　　　　　　　　　　　　　　　　　　SO ORDERED:

DATE: _____　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　Hon. Rya W. Zobel