**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,** | |
| Defendant. | |

### MOTION TO AMEND CONDITIONS OF RELEASE
### TO ALLOW RETURN OF DEFENDANT'S CHILDREN'S PASSPORT

The Defendant, Fathalla Mashali, by and through undersigned counsel, hereby respectfully requests this Court to amend the conditions of release imposed by this Court, pursuant to 18 U.S. Code §3145 (a)(2). Specifically, the Defendant requests this Court to amend the condition requiring that Pre-Trial Services possess and retain the U.S. Passports of three of the Defendant's children, J.M., M.M., and A.M.

As grounds therefor, the Defendant avers that the extended litigation necessitated by his on-going illness has disadvantaged his children from travelling abroad on both educational and personal trips. His physical and mental condition makes the Defendant virtually no flight risk. The return of the children's passports so they could travel abroad would in no way affect the flight risk calculus for this Defendant and his Wife would still be unable to travel. As American citizens, who only know this country as home, the denial of their ability to travel is unnecessarily punitive.

The Defendant therefore, requests this Court to amend the conditions of his release and order the return of his children's passports.

.

Dated: April 26, 2016                      Respectfully submitted,
FATHALLA MASHALI
By his attorney

/s/  *Joseph G Keller Jr.*
Joseph G. Keller, Jr. BBO#686689
J. A. Denner & Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.:    (617) 227-2800
Fax:    (617) 973-1562
jkeller@dennerlaw.com

## Certificate of Service

I, Joseph G. Keller Jr. , hereby certify that on this the 26th day April, 2016, I caused a true copy of the foregoing *Motion to Amend Conditions of Release to Allow Return of Defendant's Children's Passport* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

                                   /s/  *Joseph G Keller Jr.*           .

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,** Defendant. | |

## ORDER OF THE COURT TO RETURN CHILDREN'S PASSPORTS

It is hereby ordered that the Department of Pretrial Services return the passports of the three children of the Defendant to their mother, Dr. Noha Elkadry Mashali

SO ORDERED:

DATE: _____         _____
                                                                Hon. Rya W. Zobel