**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO: 14-CR-10067 |
| ) | |
| FATHALLA MASHALI ) | |

## MOTION FOR PRETRIAL DETENTION

The United States of America hereby moves to detain the defendant, Fathalla Mashali ("Mashali"), under 18 U.S.C. § 3142(f)(2)(A) pending trial. As grounds for this motion, the government states that there is a preponderance of the evidence that by intentionally refusing proper nutrition and medical treatment Mashali poses and will continue to pose a significant suicide risk. Consequently, there is no condition or combination of conditions that will reasonably assure his appearance for trial. The government's Memorandum in Support of the Motion for Pretrial Detention and the corresponding exhibits are filed separately under seal.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Maxim Grinberg
MAXIM GRINBERG
Assistant U.S. Attorney
617-748-3287

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Maxim Grinberg
        MAXIM GRINBERG
        Assistant United States Attorney

Date: April 27, 2016