**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-CR-10067 |
| ) | |
| FATHALLA MASHALI ) | |

## MOTION TO SEAL

The United States, by and through Assistant U.S. Attorney Maxim Grinberg, hereby moves to seal its Memorandum in Support of the Motion for Pretrial Detention and the corresponding exhibits. As grounds therefor, the government states that the sealed documents contain sensitive information that pertains to the defendant's mental and physical health.

          Respectfully submitted,

          CARMEN M. ORTIZ
          United States Attorney

By: /s/ Maxim Grinberg
      MAXIM GRINBERG
      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ Maxim Grinberg
                                        MAXIM GRINBERG
                                        Assistant United States Attorney

Date: April 27, 2016