UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FATHALLA MASHALI,<br>     Defendant. | No. 14CR 10067 RWZ |

### ORDER OF THE COURT TO REMOVE RESTRAINT ON N.M.'S 529 COLLEGE ACCOUNT

It is hereby ordered that:

  College Counts
  6811 S. 27th St.
  Lincoln, NE 68512

remove all restrictions on the 529 College Account of N.M., Account #XXXXX1157.

These restrictions were placed on this Account on June 17, 2014 by order of this Court.

SO ORDERED:

DATE: 4/27/16

_____
Hon. Rya W. Zobel