UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 14CR 10067 RWZ |
| FATHALLA MASHALI, Defendant. | |

## ORDER OF THE COURT TO RETURN CHILDREN'S PASSPORTS

It is hereby ordered that the Department of Pretrial Services return the passports of the three children of the Defendant to their mother, Dr. Noha Elkadry Mashali

DATE: 4/27/16

SO ORDERED:

_____
Hon. Rya W. Zobel