**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO: 14-CR-10067 |
| ) | |
| FATHALLA MASHALI         ) | |

## EMERGENCY MOTION TO RESCIND THE COURT'S ORDERS
## UNDER DOCKET NUMBERS 234 and 235

The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, hereby moves the Court to rescind its Orders docketed as 234 and 235 granting the defendant's motions docketed as 225 (requesting that the Court remove restraints on the defendant's son's college funds) and 226 (seeking the return of the defendant's children's passports). The defense filed the above-cited motions on April 26, 2016. Under Local Rule 7.1(B)(2), the government had 14 days to respond. On April 28, 2016, the Court allowed the defendant's motions before the expiry of the 14-day period and before the government had an opportunity to respond. The government objects to the defendant's motions on the merit and seeks time to respond to these motions within the time constraints provided under Rule 7.1 or by a different date set by the Court if the Court prefers an expedited response from the government. Moreover, the allowance of the defendant's motion docketed as 225 will irrevocably prejudice the government as the money released by

the allowance of that motion constitutes proceeds of the defendant's criminal activity charged in the indictment. Therefore, the government respectfully requests that the Court rescind its Orders docketed as 234 and 235.

                                      Respectfully submitted,

                                      CARMEN M. ORTIZ
                                    United States Attorney

                           By:  /s/ Maxim Grinberg
                                 MAXIM GRINBERG
                                 Assistant U.S. Attorney
                                 617-748-3287

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                    /s/ Maxim Grinberg
                                    MAXIM GRINBERG
                                    Assistant United States Attorney

Date: April 28, 2016