# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-10067-RWZ |
| ) | |
| ) | |
| FATHALLA MASHALI ) | |
| ) | |

## GOVERNMENT'S MOTION TO EXCLUDE TIME FROM MARCH 8, 2016 UNTIL MAY 10, 2016

The United States of America moves the Honorable Court for an order continuing the time within which the trial must commence and excluding the time from March 8, 2016 (the last date until which the time has been excluded [D.204]) through and including the date of the next status conference scheduled on May 10, 2016 on the ground that the requested continuance and exclusion are the result of the "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant" to stand trial, 18 U.S.C. § 3161(h)(1)(A), and because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," § 3161(h)(7)(A).[1]

---

[1] "[I]t has been held that the section 3161(h)(1)(A) exclusion itself begins when a motion to determine competency is filed." United States v. Noone, 913 F.2d 20, 25 (1st Cir. 1990), citing United States v. Howell, 719 F.2d 1258, 1262 (5th Cir. 1983), cert. denied, 467

In particular, the continuance and excludable delay are necessary because on December 2, 2015 the defense requested, and on December 3, 2015, the Court allowed, a hearing on the defendant's mental competency to stand trial. [D. 179, 180].  Since December 3, 2015, the government obtained the defendant's voluminous medical records and provided them to the court-appointed forensic psychiatrist, Dr. Alison Fife, who filed her report with the Court on April 26, 2016 finding the defendant competent to stand trial.[2]

Wherefore, the government moves for the exclusion of time under the Speedy Trial Act until and including May 10, 2016, as the additional time has been utilized to prepare for the defendant's competency hearing.

Respectfully submitted,

Carmen M. Ortiz
United States Attorney

By:  /s/ Maxim Grinberg
     MAXIM GRINBERG
     Assistant U.S. Attorney

---

U.S. 1228, 104 S.Ct. 2683, 81 L.Ed.2d 878 (1984) and Committee on the Administration of the Criminal Law, Judicial Conference of the United States, Guidelines to the Administration of the Speedy Trial Act of 1974, as Amended ["STA Guidelines"], at 30.

[2] The government has provided the Court with status updates regarding the competency evaluation.  [D. 209 (status conference on March 8, 2016); 210-11 (request for a hearing); 217 (status report); 230-31 (motion for detention)].

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Maxim Grinberg
Maxim Grinberg
Assistant United States Attorney

Date: May 5, 2016