UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| **FATHALLA MASHALI** | ) | |

### SUPPLEMENTAL MOTION FOR AN ORDER COMPELLING PRODUCTION OF DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, with the assent of the defendant, Fathalla Mashali, moves the Court for an order compelling the health care provider listed in this motion to produce the defendant's medical, mental health, and psychiatric records in order to evaluate the defendant for competency to stand trial under 18 U.S.C. § 4241. At the status conference on May 10, 2016, defense counsel informed the Court that over the weekend Mashali had been taken, unresponsive, to Norwood Hospital, which, according to counsel, intended to confine Mashali involuntarily. Information from Mashali's hospitalization at Norwood Hospital is material to the determination of Mashali's competency to stand trial and Dr. Fife's conclusion that Mashali has been malingering by declining proper nutrition and treatment and that he presents a suicide risk.

WHEREFORE, the government requests the Court to issue an order

1

(proposed order attached hereto), directing

Norwood Hospital
800 Washington Street,
Norwood, MA 02062

to provide the government, by May 23, 2016, with complete copies of the defendant's medical, mental health, and psychiatric records, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist, for the time period from May 1, 2016 to the present. The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations ("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

Upon receipt of these records, the government will provide a copy of each record to the competency expert designated by the Court and to the defendant.

If the designated competency expert determines that he or she needs another medical professional's assistance to evaluate the defendant's competency, the government also requests the Court's permission to disclose said records to such a medical professional

for the sole purpose of assisting with the defendant's competency evaluation.

Unless expressly provided by the proposed order, the government will not disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

                                Respectfully submitted,

                                CARMEN M. ORTIZ
                                United States Attorney

                        By: /s/ Maxim Grinberg
                                MAXIM GRINBERG
                                Assistant U.S. Attorney
                                Maxim.Grinberg@usdoj.gov
                                617-748-3287

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                        By:   /s/ Maxim Grinberg
                                MAXIM GRINBERG
                                Assistant U.S. Attorney

Date: May 18, 2016