**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 14-CR-10067 |
| ) | |
| FATHALLA MASHALI        ) | |

## MOTION TO SEAL

The United States, by and through Assistant U.S. Attorney Maxim Grinberg, hereby moves to seal the attached materials. As grounds therefor, the government states that the sealed documents contain sensitive information that pertain to the defendant's mental and physical health.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Maxim Grinberg
    MAXIM GRINBERG
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Maxim Grinberg
MAXIM GRINBERG
Assistant United States Attorney

Date: May 23, 2016