UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


**UNITED STATES OF AMERICA**     )
                                 )
**v.**                           )    Criminal No. 14-10067-RWZ
                                 )
**FATHALLA MASHALI**             )


              SUPPLEMENTAL MOTION FOR AN ORDER
                    COMPELLING PRODUCTION OF
     DEFENDANT'S MEDICAL, MENTAL HEALTH, AND PSYCHIATRIC RECORDS

   The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, with the assent of the defendant, Fathalla Mashali, moves the Court for an order compelling the health care provider listed in this motion to produce the defendant's medical, mental health, and psychiatric records in order to evaluate the defendant for competency to stand trial under 18 U.S.C. § 4241. On March 24, 2016, Mashali voluntarily committed himself to the locked psychiatric ward at Massachusetts General Hospital, per the Court's order. On April 14, 2016, MGH discharged Mashali. The government seeks MGH records from March 1, 2016, to the present.

   According to the discharge note from MGH, which is the only MGH document the government has from this hospitalization, Mashali invalidated cognitive assessment and neuropsychiatric testing administered by MGH. The government, however, has no MGH documentation underlying this assessment. Thus, information from

                                1

Mashali's hospitalization at Massachusetts General Hospital is material to the determination of Mashali's competency to stand trial and Dr. Fife's conclusion that Mashali has been malingering by declining proper nutrition and treatment and that he presents a suicide risk.

   WHEREFORE, the government requests the Court to issue an order (proposed order attached hereto), directing

          Massachusetts General Hospital
                MGH Main Campus
                  55 Fruit St
              Boston, MA, 02114-2621

to provide the government, by June 20, 2016, with complete copies of the defendant's medical, mental health, and psychiatric records, including any notes, charts, evaluations, reports, test results, and memorializations of observations of the defendant and conversations between the defendant and the health care provider, even if that provider is a psychiatrist or a psychologist, for the time period from March 1, 2016, to the present.  The term "government" includes members, employees, and contractors of the Federal Bureau of Investigations ("FBI"), Health and Human Services, Office of Inspector General ("HHS-OIG"), the Internal Revenue Service, Criminal Investigation ("IRS-CI"), Massachusetts Insurance Fraud Bureau, and the United States Attorney's Office/Boston ("USAO"), assigned to this matter.

Upon receipt of these records, the government will provide a copy of each record to the competency expert designated by the Court and to the defendant.

If the designated competency expert determines that he or she needs another medical professional's assistance to evaluate the defendant's competency, the government also requests the Court's permission to disclose said records to such a medical professional for the sole purpose of assisting with the defendant's competency evaluation.

Unless expressly provided by the proposed order, the government will not disclose Fathalla Mashali's medical, mental health, and psychiatric records to any third party not a member, employee, or contractor of the FBI, HHS-OIG, IRS-CI, IFB, or USAO assigned to the above-captioned matter.

                                      Respectfully submitted,

                                      CARMEN M. ORTIZ
                                      United States Attorney

                                 By: /s/ Maxim Grinberg
                                      MAXIM GRINBERG
                                      Assistant U.S. Attorney
                                      Maxim.Grinberg@usdoj.gov
                                      617-748-3287

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By:  /s/ Maxim Grinberg
     MAXIM GRINBERG
     Assistant U.S. Attorney


Date: June 10, 2016