UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10067-RWZ |
| | ) | |
| **FATHALLA MASHALI** | ) | |

## MOTION FOR A RULE 17 SUBPOENA FOR STUART E. BECK, M.D.

The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, moves the Court for the authorization to issue a Rule 17 subpoena for Stuart E. Beck, MD, Massachusetts General Hospital, Main Campus, 55 Fruit St, Boston, MA, 02114-2621. *See* Fed. R. Crim. P. 17. *See also* 45 CFR 164.512(f)(1)(ii)((A)-(B)) (permitting a covered entity to disclose protected health information in compliance with a subpoena or summons issued by a judicial officer).

On March 24, 2016, Mashali voluntarily committed himself to the locked psychiatric ward at Massachusetts General Hospital ("MGH"), per the Court's order. On April 14, 2016, MGH discharged Mashali. Dr. Beck acted as the admitting and attending provider during Mashali's treatment at the MGH psychiatric ward. According to the discharge summary from Dr. Beck, Mashali invalidated cognitive assessment and neuropsychiatric testing administered by MGH. Dr.

1

Beck noted that Mashali appeared to be malingering to avoid judicial proceedings, citing Mashali's inconsistent presentation, intermittent or minimal compliance with medical recommendations, elaboration of medical problems, and overt disdain for the legal process. Dr. Beck can provide a first-hand account of recently observing Mashali for a two-week period, something virtually no other provider experienced with Mashali, and also explain the mechanics of invalidating cognitive testing and the basis of his opinion. Thus, Dr. Beck's insight into Mashali's hospitalization at MGH is material to the determination of Mashali's competency to stand trial and Dr. Fife's conclusion that Mashali has been malingering by declining proper nutrition and treatment and that he presents a suicide risk.

    Because there is currently no set location for the competency hearing, the government will seek Dr. Beck's attendance at a location to be designated by the Court and will convey that information to Dr. Beck in a timely manner.

                                    Respectfully submitted,

                                    CARMEN M. ORTIZ
                                    United States Attorney

                             By:/s/ Maxim Grinberg
                                MAXIM GRINBERG
                                Assistant U.S. Attorney
                                Maxim.Grinberg@usdoj.gov
                                617-748-3287

**Certificate of Service**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

           By: /s/ Maxim Grinberg
              MAXIM GRINBERG
              Assistant U.S. Attorney

Date: June 13, 2016