**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR-10067-RWZ |
| **FATHALLA MASHALI,** | |
| Defendant. | |

**DEFENDANT'S ASSENTED TO MOTION TO ENLARGE TIME WITHIN WHICH TO FILE POST HEARING MEMORANDUM, REQUESTED FILINGS OF FACT & RULINGS OF LAW, AND REMAINING EXHIBITS**

The Defendant, Fathalla Mashali, by and through undersigned counsel, respectfully requests that this Honorable Court enlarge the time within which to file the within Defendant's Assented to Motion from Friday, July 15, to Friday, July 22, 2016, and for reasons therefore states that personal and professional events have occurred which render it virtually impossible for your undersigned defense counsel to complete the foregoing by July 15, 2016.  Should this Honorable Court grant the requested enlargement of time, the Government, by its counsel, AUSA Maxim Grinberg, requests that the formal Government response due date be extended from Friday, July 29, to Friday, August 5, 2016.

The relief requested herein is assented-to by the Government, (AUSA Maxim Grinberg) and where applicable, by your undersigned defense counsel, (Jeffrey Denner).

Dated: July 13, 2016                                Respectfully submitted,
                                                    FATHALLA MASHALI
                                                    By and through his attorneys,

                                                    /s/ *Jeffrey A. Denner*
                                                    Jeffrey A. Denner BBO#120520
                                                    Jeffrey Denner Associates, P.C.
                                                    Four Longfellow Place, 35th Floor
                                                    Boston, Massachusetts 02114
                                                    Tel.:   (617) 227-2800
                                                    Fax:    (617) 973-1562
                                                    jdenner@dennerlaw.com

Assented to by:

                                                    /s/ *Maxim Grinberg*
                                                    Maxim Grinberg
                                                    Assistant U.S. Attorney
                                                    1 Courthouse Way
                                                    Boston, MA 02210
                                                    617-748-3100
                                                    maxim.grinberg@usdoj.gov

**Certificate of Service**

I, Jeffrey A. Denner, hereby certify that on this the 13th of July 2016, I caused a true copy of the foregoing *Defendant's Assented to Motion to Enlarge Time Within Which to File Post Hearing Memorandum, Requested Filings of Fact & Rulings of Law, and Remaining Exhibits* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

                                                    /s/ *Jeffrey A. Denner*