## AFFIDAVIT OF JEFFREY A. DENNER

I, Jeffrey A. Denner, being duly sworn, do depose and say that :

1. I am the Attorney of Record for the Defendant, Fathalla Mashali;

2. I have spent significant time with the Defendant, at the jail at first; in court; at my offices, at the Defendant's home, and over the phone, during the past several years;

3. I have noted that his capacity to assist in his defense has diminished appreciably if not shockingly, over this period of time, particularly with regard to cognitive processes related to memory function, and overall general mental acuity and reasoning;

4. More specifically, over the approximately past 6-8 months, even prior to his most recent critical medical issues and hospitalization in various hospitals (4 weeks in Beth Israel – Deaconess which included a week in the Intensive Care Unit as a result of total liver failure largely on life support systems, followed by 7-10 days in EPOCH, a rehabilitation facility, and a week in a locked psychiatric ward at the Norwood Hospital) his ability to remember (shorter and longer term), reason, express himself clearly, focus, if not even stay awake, has and continues to, precipitously decline. He sleeps the vast majority of the time, sometimes for two days at a time; is awakened and is given much coffee, usually to be transported to a scheduled outpatient medical appointments; appears often confused if not disoriented; and, is no longer able to walk unaided by a wheelchair or walker.



5. He is virtually unable to recall the subject conduct which serves as the basis for the indictments pending against him. According to his wife, Dr. Elkadry Mashali, he often cannot even remember a conversation he has had only moments earlier. His general weaknesses and malaise, also makes it difficult to do anything at home but sleep/rest, and exceedingly difficult, if not meaningless to attempt to question him about the predicate acts of his criminal charges. Dr. Elkadry Mashali has corroborated that his primary, seminal condition is non-pulmonary sarcoidosis first diagnosed in approximately 2002, which is an auto-immune disorder which is ravaging his body and mind. He has lost probably 40% of his body weight and recently has experienced several serious falls simply trying to move around short distances. All relevant medical and psychological records will be obtained and presented at any hearing held in connection herewith;

6. Since the August/September 2015 hospitalizations, his condition and overall strength and cognitive capacity has worsened, leaving him more confused and disoriented. His wife is considering seeking a probate court to appoint a guardian or conservator to manage the Defendant's affairs, presumably herself;

7. At this point, I am not of the opinion that the Defendant has the capacity, and therefore the ability to adequately assist in his defense;

8. It is your Affiant's expectation that should the Court grant this motion for an evidentiary hearing to determine competence, the Defendant will be further examined/tested by a neuropsychologist consulting with the defense to speak to the present extent of his neurocognitive deficits, his other medical issues, his overall prognosis, and the interface of the foregoing with lack of the ability to adequately, and

meaningfully, assist his defense. It would be my expectation that either the Government, or the Court on its own initiative, might seek such expert involvement as well for use of any competency hearing.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 2nd DAY OF DECEMBER, 2015.

_____
Jeffrey A. Denner

Affidavit of Noha Elkadry Mashali, DMD

I Noha Elkadry Mashali do say under oath;

1. I am the wife of the defendant Fathalla Mashali MD, having been married since December 31, 1992. We reside at 153 Pine Street, Dover, Massachusetts, as husband and wife with our four children.
2. It is now clear to me that my husband's mental state, including his memory, his ability to understand information, and his ability to make good judgments, have been compromised for the past several years and has been deteriorating more rapidly the last couple of years.
3. More particularly, in the past 12 months, his memory and ability to process information accurately (as well as recall it) has even more dramatically declined to the point that over the last 6 months, along with this, he has become increasingly more confused and disoriented and has difficulty with his long term memory, as well as what has just been said to him.
4. Along with this, he has become increasingly more confused and disoriented and has acted strangely and has bizarre thoughts which he has shared with me.
5. In July of this year, his liver shut down completely and was he was rushed to Beth Israel Hospital, where he was placed on life support. He stayed in the intensive care unit for a week. At first, I did not think he was going to survive. After the ICU, he spent an additional 3 weeks at Beth Israel Hospital and an additional 10 days to 2 weeks in a rehabilitation hospital. He was then transferred to a locked ward in the psychiatry unit of another hospital for an additional two weeks. Upon his return home, he spends the vast majority of his time asleep. When he is awake he is often withdrawn and distant. He spends a good deal of his waking time being transported to outpatient medical and psychological medical appointments, and receiving physical and occupational therapy at home.
6. He cannot walk without the help of a walker, because he has fallen many times and often uses a wheelchair, when he is on his own, for fear of falling when I am not with him. He seems to be getting progressively weaker as well. He is unable to manage his own affairs and I am looking into making an application to the court to be appointed to be his guardian or conservator, to manage his affairs.
7. He has been diagnosed with non-pulmonary Sarcodosis for some time now. It is an autoimmune disease, which is increasingly taking a more severe toll on his physical and mental health. He has great difficulty staying awake and even when awake he has difficulty focusing, which includes anything just said to him. His mother was diagnosed with Alzheimer's disease in her sixties and his father developed dementia within a few months before they both passed away in their early seventies.

8. He has become generally withdrawn. Where he previously enjoyed a close relationship with the kids, he has become distant. This situation on all levels

seems to be getting worse not better despite all the medical appointments and rehabilitation appointments he has been going to.

Signed under penalties of perjury on 29 November 2015.

Noha Elkadry-Mashali

| NOTICE OF HEARING ON PETITION(S) FOR MENTAL HEALTH COMMITMENT AND/OR MEDICAL TREATMENT | DOCKET NO. 2016 MH 63 | Trial Court of Massachusetts Boston Municipal Court Department County of Suffolk |
|---|---|---|

**IN THE MATTER OF** — NAME OF RESPONDENT: **FATHALLA MASHALI**

**PETITIONER'S NAME:** JEFFREY HUFFMAN, M.D.

**PETITIONER'S TITLE:** MED DIR, INPATIENT PSYCH

**NAME & ADDRESS OF PETITIONING FACILITY:** MASS GENERAL HOSPITAL, BLAKE BLDG, 11TH FL, 55 FRUIT STREET, BOSTON

TO THE PETITIONER, THE RESPONDENT, AND THE COMMITTEE FOR PUBLIC COUNSEL SERVICES:

You are hereby notified that, as indicated below,

1. ☑ A PETITION FOR INVOLUNTARY COMMITMENT has been filed by the petitioner for the commitment of the respondent to the petitioning facility for a period of ☐ six months ☐ one year pursuant to G.L. c. 123, ☑ §§ 7 and 8 ☐ § 15(e) ☐ § 16(b) ☐ § 16(c) ☐ § 18(a).

2. ☑ A PETITION FOR AUTHORIZATION TO ADMINISTER MEDICAL TREATMENT for mental illness to respondent has been filed under G.L. c. 123, § 8B by the petitioner named above.

    Note that a petition under G.L. c. 123, § 8B may be considered only if there has first been an order of commitment.

3. A HEARING on the petition(s) listed above will be held:

    ☐ at this court  ☑ at the facility listed above  on **APRIL 13, 2016** at **2:00 pm**

**DATE:** 4/7/2016

CLERK-MAGISTRATE / ASST. CLERK: [signature]

INSTRUCTIONS TO CLERK-MAGISTRATE
[illegible faded text about sending copies to respondent, Mental Health Litigation Unit, Committee for Public Counsel Services, 44 Bromfield Street, Boston, MA 02108, Fax number 617-...]
(rev. 07/07 swf)

Dr. Mashali has the means to take care of himself and the ability to accept medical care in the hospital and at home. However, he is refusing to do so. He requests palliative care and long-term placement, both of which are not indicated and not commensurate with his medical problems. He has stopped grooming himself, refuses to get out of bed, and declines to eat solid food. He needs ongoing medical and nursing care to maintain his basic needs.

There is no less restrictive alternative to hospitalization appropriate for the Respondent.

The records indicate that the nearest relative or guardian of the Respondent is:

Noha Mashali (wife)
153 PINE ST
DOVER MA 02030
Cell 617-429-9201

An Attorney or Interpreter fluent in a foreign language is not needed.

Date: April 7, 2016

Jeff Huffman, M.D.
Medical Director, Blake 11
MGH Inpatient Psychiatry Service

Stuart Beck, M.D.
Attending Physician

Original to Clerk-Magistrate
Copies to Respondent's Counsel, and Petitioner's Counsel

## I. FACTORS SUPPORTING FINDING OF INCOMPETENCY

In support of the request for determination of incompetence, the following factors are alleged:

Dr. Mashall has been refusing to eat and drink adequately based on his belief that he is dying. He thinks that he will be more comfortable if he weighs 80 pounds and does not ingest food, which is medically unsafe and inaccurate. Although he is aware that he is depressed, he is refusing to ingest enough food and fluids in order to respond to oral medications. He is refusing ECT and any parenteral nutrition based upon his wish to die. At this point, his ability to reason and his decision-making capacity appear to be profoundly influenced by his mental disorder and worsening malnutrition.

## II. FACTORS IN SUPPORT OF SUBSTITUTE JUDGMENT FINDING

1. Patient is currently refusing select medications and treatment.
2. There are religious convictions that affect his treatment choices.
3. Family members are involved in patient's treatment.
4. Patient is at standard risk for adverse side effects from medication.
5. Prognosis with treatment is good.
6. Prognosis without treatment is poor.

Date: April 7, 2016

Jeff Huffman, M.D.
Medical Director, Blake 11
MGH Inpatient Psychiatry Service

Stuart Beck, M.D.
Attending Physician

Original to Clerk-Magistrate
Copies to Respondent's Counsel, and Petitioner's Counsel

Fathalla Mashali - 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 2/7 Consultative Examination Report (CE); Src: RICHARD STELLAR ED.D.

05-29-'15 08:47 FROM- MRC/ADMIN          16176547433          T-984 P0002/0007 F-275

Boston
BRANCH OFFICE LOCATION

MASSACHUSETTS REHABILITATION COMMISSION
DISABILITY DETERMINATION SERVICES

TRANSCRIPTION OF TELERECORDED MESSAGE

REPORTED BY:
RICHARD STELLAR, ED.D., P.C.
486 WASHINGTON ST
WELLESLEY MA  02482-5907

DATE: 05-21-15/16:27
RE  : MASHALI, FATHALLA
SSN : 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
D.E.: TREVOR ROCHE

CONSULTATIVE EXAMINATION REPORT

DATE/PLACE:  MAY 21, 2015 / WELLESLEY, MASSACHUSETTS

Dr. Fathalla Mashali is a 60-year-old married male referred for a brief organic assessment by the Massachusetts Rehabilitation Commission Disability Determination Services. Dr. Mashali was driven to my office by his father-in-law for the claimant's scheduled appointment on May 21, 2015.

BACKGROUND INFORMATION:
Dr. Mashali was born in Egypt and came to the United States about thirty years ago. He has been married for 25 years and lives with his wife and their four children. Generally, he gets along with the family, but one report I have suggests that there are some tensions at home because of all the problems Dr. Mashali is experiencing. The claimant is the oldest in a sibship of four and his three siblings remain in Egypt. His parents are deceased, both dying from early Alzheimer's disease.

The claimant came to the United States to do his residency in anesthesiology and critical care and then moved to Boston where he has remained.

EDUCATIONAL BACKGROUND:
The claimant graduated high school in Egypt but does not remember the year, nor does he remember the year he graduated college, and he actually was in a combined bachelor's M.D. program and completed this program in seven years. His specialty is anesthesiology and critical care.

VOCATIONAL HISTORY:
The claimant last worked in 2013, stopping because of his increasing problems with memory, depression, and general

CONTINUED

Case 1:14-cr-10067-RWZ Document 263-1 Filed 07/23/16 Page 10 of 18

Fathalla Mashali - 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 3/7 Consultative Examination Report (CE); Src: RICHARD STELLAR ED.D.

05-29-'15 08:48 FROM- MRC/ADMIN          16176547433          T-984  P0003/0007  F-275

RICHARD STELLAR, ED.D., P.C./MASHALI, FATHALLA/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/Page 2

functioning. One of his issues is that he is always tired, he sleeps excessively, and he realized he was falling asleep with patients. Also, he has just been feeling very poorly and all his symptoms getting worse according to his report.

The claimant worked over many years in his own office. Part of his practice included pain management.

CURRENT FUNCTIONING:
When I ask Dr. Mashali how he spends his time, he replies, "I do a lot of sleeping." He does not feel well, he is always tired, and he says, "I just fall asleep."

In addition to being so sleepy, he is in various degrees of pain, experiencing discomfort in his joints and muscles. He tries to read a little, he has no interest in television, and he is not social. He stays to himself. During the day, he is home alone because his wife works.

He no longer cooks because he was forgetting to shut the stove off. He may get himself very simple things to eat. He does no other chores around the house. He indicates that in a 24-hour period he is generally sleeping twenty hours.

The claimant tells me that he does not have much of an appetite. He feels sick much of the time, and then also finds that at times he does not remember if he did eat or did not eat. He has lost a good deal of weight, according to his report, going from 180 to 140, his current weight.

He tells memory is very poor. He cannot remember names; he forgets things he has to do, and he feels confused a lot. With his fatigue and feeling poorly, he says he cannot concentrate at all.

SUBSTANCE ABUSE HISTORY:
According to Dr. Mashali, he has never smoked cigarettes, never used alcohol or drugs, and there is no history of substance abuse.

MEDICAL HISTORY:
According to Dr. Mashali, he was in good health until 2002. He was feeling poorly and after going through many doctors, he was diagnosed with sarcoidosis. He has been on large doses of Prednisone and it could be that the other conditions he has are from the sarcoidosis and/or the Prednisone, according to his report.

In any case, he has a good deal of aches and pains, he has joint and muscle pain, he has polyneuropathy, diabetes, and afibrillation. Again, these may all be related to his primary diagnosis. He also reports having gastroesophageal reflux disease.

.CONTINUED

Fathalla Mashali - 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 4/7 Consultative Examination Report (CE); Src: RICHARD STELLAR ED.D.

05-29-'15 08:49 FROM- MRC/ADMIN          16176547433       T-984  P0004/0007  F-275

RICHARD STELLAR, ED.D., P.C./MASHALI, FATHALLA/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/Page 3

The claimant denies head trauma. Every day he feels tired, just wants to sleep, falls asleep even if he does not want to, and functions very poorly. The claimant also reports having pernicious anemia as well as iron deficiency anemia and osteoporosis.

CURRENT MEDICATIONS:
The claimant's current medications are Metformin, Prednisone, Cyanocobalamin, Viibryd, Ferr Sequels, Metoprolol, Atorvastatin, Calcium.

MENTAL HEALTH HISTORY:
The claimant is very depressed at this time. As he says, "Who wouldn't be depressed with all these problems." The claimant is not suicidal but again he functions very poorly. He sleeps excessively and how much of this is depression and how much is physical is something I am unable to determine.

He certainly has neurovegetative signs of depression and does very little most days. Dr. Mashali denies any problems with hallucinations or delusions and denies any history of abuse. He does worry about his physical condition because he does not know what the outcome will be, and I think given the fact that both his parents had early Alzheimer's concerns him because his function is very poor, both in terms of memory, inability to concentrate, and feeling confused.

BEHAVIOR AND MENTAL STATUS:
Dr. Fathalla Mashali is a thin, neatly dressed man with adequate grooming arriving late for his appointment because his father-in-law was late in picking him up.

He comes into the office using a walker and walking very slowly. He is sixty but looks older. He is feeling poorly today as he does most days. In fact, at one point during the interview he excuses himself to go to the bathroom because he is nauseous. He does throw up and then he comes back into the office.

He has little energy, has trouble following some instructions, and certainly given his estimated intelligence and that he has completed medical school, he is functioning at a much lower level cognitively than one would expect.

His mentation is slow. Again, he finds it hard to stay focused. He notes how hard things are for him and is apologetic for not doing better.

He is approximately oriented. He knows the month but not the day of the month, nor does he know the day of the week. He knows the year and he knows the town we are in. He is able to provide his home address including ZIP code.

On counting backwards from twenty to one, there is excessive

CONTINUED

Fathalla Mashall - 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 5/7 Consultative Examination Report (CE); Src: RICHARD STELLAR ED.D.

05-29-'15 08:50 FROM- MRC/ADMIN          16176547433          T-984  P0005/0007  F-275

RICHARD STELLAR, ED.D., P.C./MASHALI, FATHALLA/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/Page 4

hesitation between numbers, but he does complete the task without error. On counting serially by threes, I have to repeatedly go over the instructions, he keeps making errors, and finally just says he is unable to do the task. There are impairments in abstract thinking and he has a small fund of general knowledge, in fact much smaller than one would expect. Judgment is fair.

He can repeat three numbers forward and only two in reverse. Slowly, he can do simple arithmetic problems, but he tells me his wife manages all the finances at home because he is not capable of doing so, although he once did.

Dr. Mashali is clearly depressed. He has neurovegetative signs of depression, but again teasing how much is due to depression and how much is due to his physical condition is very difficult. He denies being suicidal.

Again, he reiterates than anyone would be depressed in his position. He went from functioning as a successful physician to being at home and sleeping most of the time. His self-esteem and self-confidence are low. He does not feel able to do very much and in fact does not do very much.

He does not display evidence of psychotic thought process and there is no pressure of speech or flight of ideas, but there is tangential thinking along with the slowed mentation.

The claimant does not present as particularly anxious but clearly is worried about his health status and not only how this impacts him but how it impacts on his family. He is slow to do tasks, he appears very tired and lethargic, and not only his mentation is slow but physically things are done slowly and he moves slowly.

TESTS:
A brief organic assessment was requested and the following tests were administered: Wechsler Memory Scale - III, Bender-Gestalt Test, and the Trailmaking Test - Part A and Part B.

WECHSLER MEMORY SCALE - III:
The results of the Wechsler Memory Scale - III are as follows:

|  | SUMS OF SCALED SCORES | INDEX SCORES | PERCENTILES |
|---|---|---|---|
| Auditory Immediate | 4 | 53 | 0.1 |
| Visual Immediate | 2 | 45 | < 0.1 |
| Immediate Memory | 6 | 45 | < 0.1 |
| Auditory Delayed | 7 | 61 | 0.5 |
| Visual Delayed | 2 | 45 | < 0.1 |
| Auditory Recognition Delayed | 6 |  |  |
| General Memory | 10 | 45 | < 0.1 |
| Working Memory | 6 | 63 | 1 |

Dr. Mashali functions extremely poorly on all aspects of the Wechsler Memory Scale. After hearing a story, he remembers one

CONTINUED

**Fathalla Mashall - 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 6/7** Consultative Examination Report (CE); Src: RICHARD STELLAR ED.D.

05-29-'15 08:51 FROM- MRC/ADMIN          16176547433          T-984  P0006/0007  F-275

RICHARD STELLAR, ED.D., P.C./MASHALI, FATHALLA/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/Page 5

detail on the first story and two details on the second. He has no idea of the overall story line. On Verbal Paired Associates, he gets no items correct, either on immediate and delayed recall. His auditory delayed recall is extremely poor and his auditory recognition delayed score is very poor, as well.

Many times his answer to questions is "I don't know." On Letter-Number Sequencing, he has a hard time understanding the task, once he does he can do a few simple items, but then they are beyond his ability. On spatial span, he also functions very poorly.

TRAILMAKING TEST PART A AND PART B:
Dr. Mashali works very slowly on the Trailmaking Test and needs assistance on Part A and Part B. It takes him 100 seconds to complete Part A, which places him between the 10th and 25th percentile for his age and he has an elevated pathology rating of 5.

On Part B, he again has an elevated pathology rating of 5 and functions below the 10th percentile and it takes him over five minutes to complete this task, which is excessive. He really finds the task difficult, if not a bit overwhelming.

BENDER-GESTALT TEST:
On copying the designs of the Bender-Gestalt Test, the claimant does reasonably well. His designs are neatly drawn and the basic gestalt of each design is maintained. The configuration for order is fair.

On the other hand, on immediate recall, he remembers none of the designs and says he has no recollection of what he had just drawn.

SUMMARY:
Dr. Fathalla Mashali is a 60-year-old, married male seen for a brief organic assessment on May 21, 2015 on referral by the Massachusetts Rehabilitation Commission Disability Determination Services.

Dr. Mashali was raised in Egypt and came to the United States to do his residency in anesthesiology and critical care. He then remained in the United States and lives with his wife and their four children. His siblings live in Egypt and both parents died from early onset Alzheimer's.

The claimant has never used drugs, alcohol, or cigarettes. Health was good until 2002 when he was diagnosed with sarcoidosis and either from that disease itself or from Prednisone, he has multiple medical conditions noted above as are his medications. He sleeps on average 20 of 24 hours a day. He is tired, feels poorly, cannot remember, cannot concentrate, and feels confused at times.

CONTINUED

Fathalla Mashall - 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 7/7 Consultative Examination Report (CE); Src: RICHARD STELLAR ED.D.

05-29-'15 08:52 FROM- MRC/ADMIN            16176547463           T-984   P0007/0007  F-275

RICHARD STELLAR, ED.D., P.C./MASHALL, FATHALLA/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/Page 6

He is depressed and he worries about his health. He knows he is functioning poorly and as a physician had functioned well having his own practice and apparently being happy in his work.

At this time, his functioning is poor and he does really no chores at home, interacts very little with family or others, and his overall function is significantly impaired.

On presentation today, he is tired-looking man who feels poorly. He looks sickly, he walks slowly using a walker. He is depressed and anxious.

Test results indicate major memory impairment in all aspects of testing. It is difficult to know how much of the issues are due to depression, how much is due to cognitive decline, etc. In any case, he is functioning poorly, certainly not capable of working. He sleeps excessively and does very little else.

He is dealing with many significant medical ailments on top of his depression.

The claimant is not capable of managing funds.

DIAGNOSTIC IMPRESSIONS:

Axis I:   Rule out Dysthymic Disorder versus Major Depression.
          Rule out Adjustment Disorder with Anxiety versus
           Generalized Anxiety Disorder.
          Cognitive Disorder.

Axis II:  No diagnosis.

Axis III: Multiple medical problems.

Axis IV:  Unable to work at this time.
          Very poor functioning.
          Lack of peer group support network.
          Question some impairment in family relationships
           based on written report that I have in his
           materials.

Axis V:   GAF 48.

Thank you for referring Dr. Mashall to me.

_____
RICHARD STELLAR, ED.D., P.C.

RS/519
MedScripts/6402D/250

THIS TRANSCRIPTION WAS MADE FROM A RECORDING OF THE VOICE OF
  RICHARD STELLAR, ED.D., P.C. on 05-22-15.
A COPY OF THIS REPORT HAS BEEN FORWARDED TO THE AUTHOR
FOR REVIEW AND SIGNATURE ON 05-22-15.

Fax to: Re: FM 10/17
attorney Mark Brastein
From:
J. Baldwin, Ph.D.

**BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA**
700 South Street, Pittsfield, MA 01201
A wholly owned stock subsidiary of and administrator for
The Guardian Life Insurance Company of America, New York, NY

Progress Report | For Assistance, Call Toll Free 1-888-275-7473

| File No. | Date of Birth |
|---|---|
| 71084 | 11/14/54 |

**Medical Condition/Limitations and Restrictions**

(a) Current Diagnosis(es): Major depression

(b) Objective Findings: Vegetative signs, memory deficits

(c) Subjective Symptoms: Tired, slowed, reduced energy, pain

(d) Dates of treatment (please list all dates since last report and place of service): Interrupted by hospitalization, Rehab.

(e) Date and time of next visit: 10/20/15

(f) Please describe any changes in the patient's medical condition since the last report given: Declining mobility, decreased vomiting. Reduced stamina.

(g) Restrictions (Identify the risk associated with specific activities):

(h) Limitations (What are your patient's specific functional deficits?): Walking, endurance

(i) If functional deficits are asserted, what evidence supports these deficits?
    Subjective:            Objective:

(j) Is the patient still under your care? ☒ Yes ☐ No If No, please provide discharge date _____

(k) Do you have a return-to-work plan and/or a plan for increasing patient's work activities? ☐ Yes ☒ No
If yes, please describe. If no, please explain. Medically compromised by chronic illness

(l) Are you advising the patient to not work at all? ☐ Yes ☐ No If no, are you advising the patient to reduce work activities? ☐ Yes ☐ No If yes to either, please indicate the time period for which you have advised to reduce or stop work activity and why. _____

**Other**

(a) Have you referred this patient for evaluation or treatment to any other medical care professional or facilities?
☒ Yes ☐ No If yes, please provide name and address: Psychiatry

(b) Is the patient competent to endorse checks and direct the use and proceeds thereof? ☐ Yes ☐ No

(c) Remarks: Wife controls finances.

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statements of claim containing any materially, false information, or conceals for purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and may also be subject to civil penalties, or denial of insurance benefits.

Psychologist

| Physician's Name (please print) | Specialty(ies) | Telephone No. |
|---|---|---|
| John Baldwin | Psychology | (781) 449-2695 |

Address – Street, City or Town, State or Province, Zip Code

| Signature | Date |
|---|---|
| John A Baldwin, PhD | 10/16/15 |

AA1779 (03/2011)

800
LAWRENCE-KISTLER
BALDWIN-USAO-000010

```
         Beth Israel Deaconess Medical Center/Consult Service
                              Psychiatry
                  330 Brookline Avenue, Boston, MA 02215
                         INITIAL NOTE            Page 6
Date: 03/17/16    Signed: 03/17/16 at 2:22 pm
                         BIRTHDATE: 11/19/1954  AGE 61
MASHALI, FATHALLA                     UNIT #    2838336
```

tremulousness, witnessed to have a GTC at BIDMC Needham with a later period of decreased responsiveness and persistent lethargy, presumably post-ictal, also with a more chronic history of depression over the past 2 years, cognitive decline, and reported hallucinations/dreams with which the patient interacts that occur when he is lying down with his eyes closed.

His hallucinations could be a manifestation of a REM sleep disorder or could be hypnopompic/hypnogogic hallucinations of narcolepsy, as pt. has been noted to nod off, but no reports of cataplexy. The nature of them is not consistent with a primary psychotic disorder; they occur when his eyes are closed and are likened to a video, with auditory and visual components. A sleep study is recommended.

The patient is depressed, which could be related to his sarcoidosis, but he also describes long periods of depression and hypomania, with excessive energy and spending. He has had poor responses to multiple antidepressants, and bipolar II disorder should be considered. Collateral information will be helpful in more clearly defining this mood disorder. Pt also reports that he was referred for ECT but did not make it to the appointments.

The patient's cognitive decline seems to have been happening over the past 5 years, and he was seen by behavioral neurology at MGH, who recommended neuropsychiatric testing, scheduled for May 2016. Cognitive deficits secondary to depression should also be considered.
&#8206;&#8206;&#8206;
DSM-5 DIAGNOSES: unspecified depression (possible 2/2 general medical condition - sarcoidosis), r/o bipolar I disorder, consider bipolar II disorder; unspecified cognitive disorder, r/o 'pseudodementia'; r/o narcolepsy, consider REM sleep disorder
&#8206;&#8206;&#8206;
RECOMMENDATIONS:
-A sleep study may help to illuminate the cause of his hallucinations  &#8206;&#8206;
&#8206;&#8206;&#8206;&#8206;-Recommend neuropsych testing (already scheduled) to investigate cognitive deficits; although, pt. seems to have a hard time getting to appointments, which may be related to his memory or depression.
-Get B12 and folate levels

[x]  Discussed with medical team
&#8206;&#8206;
Consultant Name:  Erin Valenti, MD PGY3  p37568 (p31220 on nights and weekends)


                          ERIN S. VALENTI, MD
[SOURCE: OMR]

```
Beth Israel Deaconess Medical Center        2838336    Page 1
Discharge Worksheet                         MASHALI,FATHALLA
Admit Date: 03/15/16                        Sex: M  Date of Birth: 11/19/1954
Discharge Date: 03/24/16
Attending Physician: RONTHAL,MICHAEL
PCP: TELLO,JORGE F. 617-728-6000
```

*** PERMANENT MEDICAL RECORD COPY ***

```
Health Care Proxy:   VERIFIED ON:  03/16/2016
Proxy name: noha mashali
Relationship: Wife     Phone: 617-429-9201

Proxy form in chart?: will bring copy
```

** Discharge Questions

Discharge To:
  Extended Care Facility:MGH Psych Unit

Discharge Instructions:
  Dear Dr. Mashali,

  You were admitted for seizure and intermittent hallucinations and vivid dreams. Your MRI was negative for acute stroke or other abnormality. CSF showed only 3 WBC. Your EEG was negative for seizure. Psychiatry came to see you and recommended inpatient psychiatry.

  You will need an outpatient sleep study given your vivid dreams.

  It was a pleasure taking care of you, and we wish you the best!

  Sincerely,
  Your BIDMC Team

Final Diagnosis:
  Seizure, severe depression

Recommended Follow-up:
  Please follow up with Dr. Grace Ho and Dr. Sam Frank in the neurology department in the next 2-3 months. Please call 617-667-3090 to make this appointment.

  Department: HEMATOLOGY/ONCOLOGY
  When: THURSDAY MAR 31,2016 at 10:45 AM
  With: MICHAEL S. KENT, MD 617-667-1901
  Building: Shapiro Clinical Center 9th Floor
  Campus: EAST      Best Parking: Shapiro Garage

  Department: RHEUMATOLOGY    Continued on next page

```
Beth Israel Deaconess Medical Center           283833
Discharge Worksheet                            MASHAL
Admit Date: 03/15/16                           Sex: M
Discharge Date: 03/24/16
Attending Physician: RONTHAL,MICHAEL
PCP: TELLO,JORGE F. 617-728-6000
```

### *** PERMANENT MEDICAL RECORD CC

```
When: MONDAY APR 04,2016 at 4:00 PM
With: JONATHAN S. HAUSMANN, MD 617-632-8658
Building: Lowry Building (110 Francis St) 4th Floor
Campus: WEST    Best Parking: Lowry Garage

Department: DIV. OF GASTROENTEROLOGY
When: MONDAY JUL 11,2016 at 11:30 AM
With: SUNIL G. SHETH, MD 617-667-2135
Building: Rabb Building (Feldberg/Reisman Complex) 1st Floor
Campus: EAST    Best Parking: Feldberg Garage
```

**Pending Results at Discharge:**
  Currently no pending results

**Key Information for Outpatient Providers:**
  Dr. Mashali is a 61 year old gentleman with a diagnosis of sarcoidosis, severe depression with intermittent hallucinations and delusions vs vivid dreams who presented with persistent lethargy and decreased responsiveness after a first-time seizure and continues to at times have altered mental status (tangential thought, unusual thought content, referring to "visions"). MRI without evidence of acute stroke or other abnormality, CSF with 3 WBC. Subclinical or partial seizures are also on the differential for patient's vivid "visions" of his parents, etc. However, patient reports he had these visions during EEG, and EEG without evidence of electrographic seizure or epileptiform activity. From patient's own history he may be asleep during these which could represent a sleep disorder (such as REM behavior disorder, narcolepsy).

**Major Surgical or Invasive procedures:**
  None

**Diet:**
  Regular

**Danger Signs:**
  Fever greater than 101
  Chills
  Any other symptoms that concern you
  Dizziness or lightheadedness
  Numbness or tingling
  Change in vision
  Confusion
  Headache    Continued on next page