**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO: 14-CR-10067 |
| | ) | |
| FATHALLA MASHALI | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXTEND THE DEADLINE TO FILE ITS RESPONSE TO THE DEFENDANT'S SUPPLEMENTAL BRIEF**

The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, with the assent of the defendant, hereby moves the Honorable Court to extend the government's deadline from August 5, 2016 to August 17, 2016, to file its response to the defendant's supplemental post-hearing brief addressing competency issues.[1]

As the reason therefore, the undersigned counsel states that since the competency hearing, held on June 30, 2016, the government had to respond to three petitions under 28 U.S.C. § 2255 seeking resentencing in reliance on *Johnson v. United States*, 135 S. Ct. 2551 (2015), which struck the "residual clause" of the Armed Career Criminal Act, 18 U.S.C. § 924(e).

---

[1] On July 14, 2016, the Court allowed the defendant's assented-to motion for a week-long extension of time to file his brief. [D. 260].

```
                         Respectfully submitted,

                         CARMEN M. ORTIZ
                         United States Attorney

                    By:  /s/ Maxim Grinberg
                         MAXIM GRINBERG
                         Assistant U.S. Attorney
                         617-748-3287
```

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                         /s/ Maxim Grinberg
                         MAXIM GRINBERG
                         Assistant United States Attorney
```

Date: August 4, 2016