```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
vs.                          )    NO. 14-10067-RWZ
                             )
FATHALLA MASHALI             )
```

## MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

The United States, by and through Assistant U.S. Attorney Maxim Grinberg, hereby moves the Court for leave to file a memorandum in excess of 20 pages. See Local Rule 7.1(b)(4). As the reasons thereof, the government states that the competency evaluation process, including the defendant's numerous hospitalizations, most of which are pertinent to the competency determination, has lasted close to six months, and the medical records are voluminous. Moreover, the memorandum addresses a question of law not decidedly resolved by the First Circuit.

```
                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                    By:       /s/ Maxim Grinberg
                              MAXIM GRINBERG (667521)
                              Assistant U.S. Attorney
```

1

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Maxim Grinberg
MAXIM GRINBERG
Assistant U.S. Attorney

August 16, 2016