```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | NO. 14-10067-RWZ |
| ) | |
| **FATHALLA MASHALI** ) | |

### AMENDMENT TO THE GOVERNMENT'S MEMORANDUM, DOCKET 267

The United States, by and through Assistant U.S. Attorney Maxim Grinberg, hereby amends its memorandum filed as Docket 267 by attaching Dr. Stuart Beck's CV (Attachment 6). Attachments 1-5 (medical records) will be submitted to the Clerk's Office in hard copy form.

>     Respectfully submitted,
>
>     CARMEN M. ORTIZ
>     United States Attorney
>
> By: /s/ Maxim Grinberg
>     MAXIM GRINBERG (667521)
>     Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>     /s/ Maxim Grinberg
>     MAXIM GRINBERG
>     Assistant U.S. Attorney

August 16, 2016

1