CURRICULUM VITAE

**Stuart E. Beck, M.D.**

Massachusetts General Hospital
55 Fruit Street
Boston, MA 02114

## EDUCATION

| | |
|---|---|
| Lewis and Clark College<br>B.S. in Chemistry | 1980-1983 |
| University of Athens, Greece<br>General Studies | 1983-1985 |
| Oregon Health Sciences University<br>M.D., Cum Laude | 1985-1989 |
| University of California, San Francisco<br>Residency in Psychiatry | 1989-1993 |

## EMPLOYMENT

Massachusetts General Hospital
    Attending, Adult Inpatient Service — 2012-

St. Elizabeth's Medical Center – Caritas Health Care
    Director, Adult Inpatient Service — 2011-2012
    Associate Director, Residency Training — 2011-2012

Cambridge Health Alliance
    Director, Adult Inpatient Services — 2002-2010
    Acting Director, Child Assessment Unit
        & Adolescent Assessment Unit — 2009-2010
    Director, Adult Partial Hospital Program — 2006-2009
    Director, Transition Service — 2009-2010

Kaiser - Southern California Permanente Medical Group
    Assistant Chief, Valley Service Area — 2001-2002
    Full Partnership — 2000-2002
    Attending, Intensive Outpatient Program — 1998-2002
    Outpatient Urgent Care Psychiatrist — 1998-2002
    Attending, Partial Hospital Program — 1999-2001
    Staff Psychiatrist at Northridge Hospital — 1997-1998

Veterans Affairs Medical Center, San Francisco
    Chief, Psychiatric Consultation Unit — 1995-1997
    Chief, Psychiatric Intensive Care Unit — 1993-1995

## ACADEMIC APPOINTMENT

Harvard Medical School
Clinical Instructor                                                2002-2010
                                                                   2012-

Tufts Medical School                                               2010-2012

University of California, San Francisco
Assistant Clinical Professor                                       1995-1997
Clinical Instructor                                                1993-1995

## AWARDS

Who's Who Among Students in
American Universities and Colleges                                 1988

Alpha Omega Alpha Medical Honor Society                            1988

Lange Medical Publications Award                                   1989

LPPI-UCSF Alumni-Faculty Association
Interdisciplinary Achievement Award                                1993

Langley Porter Psychiatric Institute
Alexander Simon Award for Excellence in Teaching                   1993

Langley Porter Psychiatric Institute
Behavioral Neuroscience Acute Care Unit
Award for Outstanding Administrative,
    Teaching and Clinical Skills                                   1993

Kaiser Permanente
Physician Recognition Award                                        1999

Harvard Medical School
Excellence in Teaching                                             2004

APA Irma Bland Award
Excellence in Teaching Residents                                   2008

Harvard Medical School
Principal Clinical Experience (PCE) Teaching Award                 2013

Harvard Medical School
Cynthia N. Kettyle Teaching Award                                  2013

Harvard Medical School
Principal Clinical Experience (PCE) Teaching Award                 2014

Harvard Medical School
Principal Clinical Experience (PCE) Teaching Award                 2015

Harvard Medical School
Principal Clinical Experience (PCE) Teaching Award        2016


## MEMBERSHIPS

American Medical Association                        1985-
Alpha Omega Alpha Medical Honor Society             1988-
American Psychiatric Association                    1989-
California Medical Association                      1989-2002
California Psychiatric Association                  1989-2002
Academy of Psychosomatic Medicine                   1996-1997
Massachusetts Medical Society                       2002-
Massachusetts Psychiatric Society                   2002-


## LICENSURE

National Board of Medical Examiners
    Diplomate                                   1990
Medical Board of California
    Physician's and Surgeon's Certificate       1991-2004
American Board of Psychiatry and Neurology
    Board Certified                             1995
    Board Recertification                       2005
    Board Recertification                       2015
Massachusetts Board of Registration in Medicine
    Full License                                2002-


## SERVICE

UCSF-Langley Porter, Adult Inpatient Units
    Senior Resident                             1992-1993

UCSF-Langley Porter, Medical Staff Committee
    Resident Representative                     Fall 1992

UCSF-Langley Porter, Utilization Review
    Physician Advisor                           1991-1992
    Physician Advisor Training                  Fall 1992

UCSF-Langley Porter, Electroconvulsive Therapy
    Privileged Attending                        1992-1995

UCSF, Residency Training Program
    Associate Director at the
    VAMC-SF Psychiatry Service                  1995-1997

UCSF-Langley Porter, Resident Selection Committee
    Resident Representative                     1992-1993
    Interviewer                                 1993-1997
    Faculty Representative                      1995-1997

| | |
|---|---|
| UCSF-Langley Porter, <u>PGY2 Residency Evaluation Committee</u> Member | 1995-1997 |
| UCSF-Langley Porter, <u>PGY3 Residency Evaluation Committee</u> Chair | 1995-1997 |
| UCSF-Langley Porter, <u>Integrated Residency Committee</u> Member | 1995-1997 |
| UCSF-Langley Porter, <u>Residency Awards Committee</u> Chair | 1996-1997 |
| VAMC-SF, <u>Professional Assault Response Training</u> (P.A.R.T.) Certified Trainer | 1993-1996 |
| VAMC-SF, <u>Medical Student Education</u> Director | 1994-1995 |
| VAMC-SF, Psychiatry Service, <u>Quality Improvement</u> Committee Chair | 1994-1997 |
| VAMC-SF, Medical Center, <u>Quality Management</u> Co-Chair, Executive Quality Review Board | 1995-1996 |
| Cambridge Hospital, <u>Ethics Committee</u> Member | 2003-2010 |
| Cambridge Health Alliance, Department of Psychiatry Co-Chair, <u>Complex Case Review Committee</u> | 2003-2010 |
| Cambrdige Health Alliance, Department of Psychiatry <u>Residency Selection Committee</u> | 2003-2010 |
| Cambridge Health Alliance, Physicians Organization <u>Psychiatry Physician Trustee</u> | 2009-2010 |
| Cambridge Health Alliance, ECT Program <u>ECT Attending</u> | 2009-2010 |

<u>TEACHING</u>

Medical Student Teaching
- Langley Porter: Psych 110 Core Clerkship  1992-1993
- VAMC-SF: Psych 110 Core Clerkships  1994-1997
- Harvard Medical School: Psychiatry 500 Clerkship
  at Cambridge Hospital  2002-2006
- Harvard Medical School: Psychiatry 700M.J
  Cambridge Hospital Small Group Leader  2003-2005
- Harvard Medical School: Cambridge Integrated Clerkship
  Psychiatry Tutorial Coordinator  2004-2007
- Harvard Medical School: Psychiatry 700M.J
  Cambridge Hospital Site Co-Director  2006-2010

Resident Teaching

| | |
|---|---|
| Langley Porter: Inpatient Rotation | 1992-1993 |
| Langley Porter: Family and Dynamic Inpatient Module | 1992-1993 |
| Langley Porter: Off-Unit Inpatient Supervision | 1993-1997 |
| Langley Porter: Psychotherapy Supervisor | 1995-1997 |
| Langley Porter: Intern Clinic | 1994-1997 |
| VAMC-SF: Psychiatric Consultation Unit | 1995-1997 |
| Northridge Hospital: Family Practice Psychiatry Course | 1997-1998 |
| Cambridge Health Alliance: Inpatient Psychiatry Training Coordinator | 2002-2010 |
| Cambridge Health Alliance: Summer Intensive Course Director | 2003-2009 |
| Cambridge Health Alliance: Psychotherapy / Chief Resident Supervisor | 2003-2010 |
| Cambridge Health Alliance: PGY2 Psychopathology Course Director | 2006-2010 |

PUBLICATIONS

**Beck SE** and Tong LT, "Psychiatry in the Primary Care Setting: Managing Chronic Illness: Psychiatric Issues", <u>Biopsychosocial Approaches in Primary Care</u>, edited by Hoyle Leigh, MD, Plenum Press, 1997.

Donald A, Good B, Forstein M, **Beck S**, "First-Episode Psychosis: Influences of Culture and Medical Comorbidity", Harvard Review of Psychiatry 2004; Volume 12, Number 5, 279-292.

Gören J, **Beck S**, Mills B, Shtasel D, Dufresne R, "Development and Delivery of a Quality Improvement Program to Reduce Antipsychotic Polytherapy", J Manag Care Pharm 2010;16(6).