CURRICULUM VITAE

**Stuart E. Beck, M.D.**

Massachusetts General Hospital
55 Fruit Street
Boston, MA 02114

## EDUCATION

| | |
|---|---|
| Lewis and Clark College<br>B.S. in Chemistry | 1980-1983 |
| University of Athens, Greece<br>General Studies | 1983-1985 |
| Oregon Health Sciences University<br>M.D., Cum Laude | 1985-1989 |
| University of California, San Francisco<br>Residency in Psychiatry | 1989-1993 |

## EMPLOYMENT

Massachusetts General Hospital
    Attending, Adult Inpatient Service — 2012-

St. Elizabeth's Medical Center – Caritas Health Care
    Director, Adult Inpatient Service — 2011-2012
    Associate Director, Residency Training — 2011-2012

Cambridge Health Alliance
    Director, Adult Inpatient Services — 2002-2010
    Acting Director, Child Assessment Unit
        & Adolescent Assessment Unit — 2009-2010
    Director, Adult Partial Hospital Program — 2006-2009
    Director, Transition Service — 2009-2010

Kaiser - Southern California Permanente Medical Group
    Assistant Chief, Valley Service Area — 2001-2002
    Full Partnership — 2000-2002
    Attending, Intensive Outpatient Program — 1998-2002
    Outpatient Urgent Care Psychiatrist — 1998-2002
    Attending, Partial Hospital Program — 1999-2001
    Staff Psychiatrist at Northridge Hospital — 1997-1998

Veterans Affairs Medical Center, San Francisco
    Chief, Psychiatric Consultation Unit — 1995-1997
    Chief, Psychiatric Intensive Care Unit — 1993-1995

## ACADEMIC APPOINTMENT

Harvard Medical School
    Clinical Instructor      2002-2010
                                             2012-

Tufts Medical School      2010-2012

University of California, San Francisco
    Assistant Clinical Professor      1995-1997
    Clinical Instructor      1993-1995

## AWARDS

| Award | Year |
|---|---|
| Who's Who Among Students in American Universities and Colleges | 1988 |
| Alpha Omega Alpha Medical Honor Society | 1988 |
| Lange Medical Publications Award | 1989 |
| LPPI-UCSF Alumni-Faculty Association Interdisciplinary Achievement Award | 1993 |
| Langley Porter Psychiatric Institute Alexander Simon Award for Excellence in Teaching | 1993 |
| Langley Porter Psychiatric Institute Behavioral Neuroscience Acute Care Unit Award for Outstanding Administrative, Teaching and Clinical Skills | 1993 |
| Kaiser Permanente Physician Recognition Award | 1999 |
| Harvard Medical School Excellence in Teaching | 2004 |
| APA Irma Bland Award Excellence in Teaching Residents | 2008 |
| Harvard Medical School Principal Clinical Experience (PCE) Teaching Award | 2013 |
| Harvard Medical School Cynthia N. Kettyle Teaching Award | 2013 |
| Harvard Medical School Principal Clinical Experience (PCE) Teaching Award | 2014 |
| Harvard Medical School Principal Clinical Experience (PCE) Teaching Award | 2015 |

Harvard Medical School
Principal Clinical Experience (PCE) Teaching Award           2016

## MEMBERSHIPS

| | |
|---|---|
| American Medical Association | 1985- |
| Alpha Omega Alpha Medical Honor Society | 1988- |
| American Psychiatric Association | 1989- |
| California Medical Association | 1989-2002 |
| California Psychiatric Association | 1989-2002 |
| Academy of Psychosomatic Medicine | 1996-1997 |
| Massachusetts Medical Society | 2002- |
| Massachusetts Psychiatric Society | 2002- |

## LICENSURE

National Board of Medical Examiners
    Diplomate           1990
Medical Board of California
    Physician's and Surgeon's Certificate           1991-2004
American Board of Psychiatry and Neurology
    Board Certified           1995
    Board Recertification           2005
    Board Recertification           2015
Massachusetts Board of Registration in Medicine
    Full License           2002-

## SERVICE

UCSF-Langley Porter, Adult Inpatient Units
    Senior Resident           1992-1993

UCSF-Langley Porter, Medical Staff Committee
    Resident Representative           Fall 1992

UCSF-Langley Porter, Utilization Review
    Physician Advisor           1991-1992
    Physician Advisor Training           Fall 1992

UCSF-Langley Porter, Electroconvulsive Therapy
    Privileged Attending           1992-1995

UCSF, Residency Training Program
    Associate Director at the
    VAMC-SF Psychiatry Service           1995-1997

UCSF-Langley Porter, Resident Selection Committee
    Resident Representative           1992-1993
    Interviewer           1993-1997
    Faculty Representative           1995-1997

| | |
|---|---|
| UCSF-Langley Porter, <u>PGY2 Residency Evaluation Committee</u><br>    Member | 1995-1997 |
| UCSF-Langley Porter, <u>PGY3 Residency Evaluation Committee</u><br>    Chair | 1995-1997 |
| UCSF-Langley Porter, <u>Integrated Residency Committee</u><br>    Member | 1995-1997 |
| UCSF-Langley Porter, <u>Residency Awards Committee</u><br>    Chair | 1996-1997 |
| VAMC-SF, <u>Professional Assault Response Training</u> (P.A.R.T.)<br>    Certified Trainer | 1993-1996 |
| VAMC-SF, <u>Medical Student Education</u><br>    Director | 1994-1995 |
| VAMC-SF, Psychiatry Service, <u>Quality Improvement</u><br>    Committee Chair | 1994-1997 |
| VAMC-SF, Medical Center, <u>Quality Management</u><br>    Co-Chair, Executive Quality Review Board | 1995-1996 |
| Cambridge Hospital, <u>Ethics Committee</u><br>    Member | 2003-2010 |
| Cambridge Health Alliance, Department of Psychiatry<br>    Co-Chair, <u>Complex Case Review Committee</u> | 2003-2010 |
| Cambrdige Health Alliance, Department of Psychiatry<br>    <u>Residency Selection Committee</u> | 2003-2010 |
| Cambridge Health Alliance, Physicians Organization<br>    <u>Psychiatry Physician Trustee</u> | 2009-2010 |
| Cambridge Health Alliance, ECT Program<br>    <u>ECT Attending</u> | 2009-2010 |

<u>TEACHING</u>

Medical Student Teaching
- Langley Porter: Psych 110 Core Clerkship — 1992-1993
- VAMC-SF: Psych 110 Core Clerkships — 1994-1997
- Harvard Medical School: Psychiatry 500 Clerkship
    at Cambridge Hospital — 2002-2006
- Harvard Medical School: Psychiatry 700M.J
    Cambridge Hospital Small Group Leader — 2003-2005
- Harvard Medical School: Cambridge Integrated Clerkship
    Psychiatry Tutorial Coordinator — 2004-2007
- Harvard Medical School: Psychiatry 700M.J
    Cambridge Hospital Site Co-Director — 2006-2010

Resident Teaching

| | |
|---|---|
| Langley Porter: Inpatient Rotation | 1992-1993 |
| Langley Porter: Family and Dynamic Inpatient Module | 1992-1993 |
| Langley Porter: Off-Unit Inpatient Supervision | 1993-1997 |
| Langley Porter: Psychotherapy Supervisor | 1995-1997 |
| Langley Porter: Intern Clinic | 1994-1997 |
| VAMC-SF: Psychiatric Consultation Unit | 1995-1997 |
| Northridge Hospital: Family Practice Psychiatry Course | 1997-1998 |
| Cambridge Health Alliance: Inpatient Psychiatry Training Coordinator | 2002-2010 |
| Cambridge Health Alliance: Summer Intensive Course Director | 2003-2009 |
| Cambridge Health Alliance: Psychotherapy / Chief Resident Supervisor | 2003-2010 |
| Cambridge Health Alliance: PGY2 Psychopathology Course Director | 2006-2010 |

PUBLICATIONS

**Beck SE** and Tong LT, "Psychiatry in the Primary Care Setting: Managing Chronic Illness: Psychiatric Issues", <u>Biopsychosocial Approaches in Primary Care</u>, edited by Hoyle Leigh, MD, Plenum Press, 1997.

Donald A, Good B, Forstein M, **Beck S**, "First-Episode Psychosis: Influences of Culture and Medical Comorbidity", Harvard Review of Psychiatry 2004; Volume 12, Number 5, 279-292.

Gören J, **Beck S**, Mills B, Shtasel D, Dufresne R, "Development and Delivery of a Quality Improvement Program to Reduce Antipsychotic Polytherapy", J Manag Care Pharm 2010;16(6).