```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                               )
vs.                            )   NO. 14-10067-RWZ
                               )
FATHALLA MASHALI               )
```

**ATTACHMENTS 1-5 TO THE GOVERNMENT'S MEMORANDUM, DOCKET 267**

The United States, by and through Assistant U.S. Attorney Maxim Grinberg, hereby submits in hard copy Attachments 1-5 that comprise the defendant's medical records references as Attachments 1-5 in the government's memorandum filed as Docket 267. These documents contain the defendant's medical records.

```
                               Respectfully submitted,

                               CARMEN M. ORTIZ
                               United States Attorney

                    By:        /s/ Maxim Grinberg
                               MAXIM GRINBERG (667521)
                               Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that this document and the referenced attachments will be sent by email to the defendant's counsel of record.

```
                               /s/ Maxim Grinberg
                               MAXIM GRINBERG
                               Assistant U.S. Attorney
```

August 16, 2016

1