UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,** | |
| Defendant. | |

**DEFENDANT'S ASSENTED-TO MOTION FOR PERMISSION TO FILE BRIEF RESPONSE TO GOVERNMENT'S OPPOSITION BRIEF**

The Defendant, **Fathalla Mashali**, by and through undersigned counsel, and with the assent of Counsel for the Government, AUSA Maxim Grinberg, hereby requests that he be permitted to submit a short brief, of no more than three pages, to the Opposition Brief filed by the Government, within one week from today.  It is respectfully suggested that certain factual contentions contained in the Government's Opposition Brief need to be clarified.

Dated: August 23, 2016

Respectfully submitted,
FATHALLA MASHALI
By his attorney

*/s/ Jeffrey A. Denner*
Jeffrey A. Denner BBO#120520
Jeffrey Denner Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.:   (617) 227-2800
Fax:   (617) 973-1562
jad@dennerlaw.com

Assented to by:

/s/ *Maxim Grinberg*
Maxim Grinberg
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3100
maxim.grinberg@usdoj.gov

**Certificate of Service**

    I, Jeffrey A. Denner, hereby certify that on this the 23rd day of August 2016, I caused a true copy of the foregoing *Defendant's Assented-To Motion for Permission to File Brief Response to Government's Opposition Brief* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

                                                 /s/ *Jeffrey A. Denner*
                                                 Jeffrey A. Denner