**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal No. 14-10067-RWZ |
| ) | |
| ) | |
| FATHALLA MASHALI         ) | |
| ) | |

**ASSENTED-TO GOVERNMENT'S MOTION TO EXCLUDE TIME FROM**
**MAY 10, 2016 UNTIL AUGUST 25, 2016**

The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, hereby moves the Honorable Court for an order continuing the time within which the trial must commence and excluding the time from May 10, 2016 (the last date until which the time has been excluded [D.241]) through August 25, 2016 on the ground that the requested continuance and exclusion are the result of the "delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant" to stand trial, 18 U.S.C. § 3161(h)(1)(A), and because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," § 3161(h)(7)(A).[1]  Specifically, the defendant's motion for a

---

[1] "[I]t has been held that the section 3161(h)(1)(A) exclusion itself begins when a motion to determine competency is filed." United States v. Noone, 913 F.2d 20, 25 (1st Cir. 1990), citing United States v. Howell, 719 F.2d 1258, 1262 (5th Cir. 1983), cert. denied, 467

competency hearing and his intervening hospitalizations resulted in volumes of medical files examined by the court-appointed competency expert, culminating both in her testimony and the testimony of the defendant's treating physician at Massachusetts General Hospital on June 30, 2016. [D.258]. The Court ordered the defense to file a supplemental brief by July 29, 2016, and the government to file its reply brief by August 4, 2016. [D.259]. The parties agreed that the Court will rule on the briefs, without a further oral argument from the parties. At this point, the parties filed their respective briefs. [D.263, 267].

Therefore, the government requests the exclusion of time under the Speedy Trial Act from May 10, 2016 through August 25, 2016.

                Respectfully submitted,

                Carmen M. Ortiz
                United States Attorney

By:  /s/ Maxim Grinberg
     MAXIM GRINBERG
     Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

---

U.S. 1228, 104 S.Ct. 2683, 81 L.Ed.2d 878 (1984) and Committee on the Administration of the Criminal Law, Judicial Conference of the United States, Guidelines to the Administration of the Speedy Trial Act of 1974, as Amended ["STA Guidelines"], at 30.

/s/ Maxim Grinberg
Maxim Grinberg
Assistant United States Attorney

Date: August 25, 2016