# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|                              |                        |
|---|---|
| **UNITED STATES OF AMERICA** |                        |
| v.                           | No. 14CR-10067-RWZ    |
| **FATHALLA MASHALI,**        |                        |
|          Defendant.          |                        |

## DEFENDANT'S NOTICE OF INTENT TO ASSERT A DEFENSE OF INSANITY AND INTRODUCE EXPERT EVIDENCE RELATING TO MENTAL DISEASE OR DEFECT

The Defendant, Fathalla Mashali, by and through undersigned Counsel, pursuant to Federal Rule of Criminal Procedure 12.2, hereby notifies the Government of his intent to assert a defense of insanity at the time of the alleged offense.  He also hereby notifies the Government of his intent to introduce expert evidence relating to his mental disease or defect.

Dated: September 20, 2016            Respectfully submitted,
                                     FATHALLA MASHALI
                                     By his attorney,

                                      /s/  *Jeffrey A. Denner*
                                     Jeffrey A. Denner, BBO #120520
                                     Jeffrey Denner Associates, P.C.
                                     Four Longfellow Place, 35th Floor
                                     Boston, Massachusetts 02114
                                     Tel.:   (617) 227-2800
                                     Fax:    (617) 973-1562
                                     jad@dennerlaw.com

**Certificate of Service**

      I, Jeffrey A. Denner , hereby certify that on this the 20th day September, 2016, I caused a true copy of the foregoing *Defendant's Notice of Intent to Assert a Defense of Insanity and Introduce Expert Evidence* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

                                                                                /s/ *Jeffrey A. Denner*