**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA      )
                              )
           v.                 )      CRIMINAL NO: 14-CR-10067
                              )
  FATHALLA MASHALI            )
                              )

### ASSENTED-TO MOTION TO DISCLOSE MASHALI'S MEDICAL RECORDS

The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, hereby moves the Court to allow the government to disclose Fathalla Mashali's previously obtained medical records to the government's expert employed to evaluate Mashali in connection with Mashali's Notice of Intent to Assert a Defense of Insanity and Introduce Expert Evidence Relating to Mental Disease or Defect. [*See* D.278]. As the Court is aware, the government has obtained these records, pursuant to this Court's orders, in connection with Mashali's claim that he was incompetent to stand trial. The disclosure of these materials to the government's expert is a prerequisite to the expert's evaluation of Mashali and Mashali's claim of insanity at the time of the charged offenses. The government will instruct the government's expert not to disclose Mashali's medical records to third parties unless the expert determines, in his or her professional medical judgment, that such disclosure will facilitate the expert's

evaluation of Mashali's medical records and Mashali's claim of insanity.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Maxim Grinberg
MAXIM GRINBERG
Assistant U.S. Attorney
617-748-3287

Date: September 30, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Maxim Grinberg
MAXIM GRINBERG
Assistant United States Attorney