**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO: 14-CR-10067 |
| | ) | |
| FATHALLA MASHALI | ) | |
| | ) | |

**ASSENTED-TO MOTION TO SET THE SCHEDULE FOR THE**
**EVALUATION OF THE DEFENDANT AND PRODUCTION OF EXPERT REPORTS**

The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, and with the assent of defendant Fathalla Mashali, moves the Court for an order scheduling the disclosure of expert reports relating to the defendant's claim of insanity under Rule 12.2(b):

1. By December 1, 2016, the defense will provide the government the defense's expert report relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt;

2. By January 31, 2017, the government will provide the defense with the government's expert report bearing on the defendant's alleged mental disease or defect or any other alleged mental condition of the defendant bearing on the issue of guilt.  The defendant will make himself reasonably available for the evaluation by the government's expert at the time, and for the duration of time, deemed adequate in the government expert's professional medical judgment.

The proposed order is attached to this motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Maxim Grinberg
MAXIM GRINBERG
Assistant U.S. Attorney
617-748-3287

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing (NEF).

/s/ Maxim Grinberg
MAXIM GRINBERG
Assistant United States Attorney

Date: October 3, 2016