UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 14-10067-RWZ |
| ) | |
| **FATHALLA MASHALI** ) | |

**ORDER SETTING THE SCHEDULE FOR THE EVALUATION OF THE DEFENDANT AND PRODUCTION OF EXPERT REPORTS**

ZOBEL, RYA W., J.

Upon consideration of the government's Assented-To Motion to Set the Schedule for the Evaluation of the Defendant and Production of Expert Reports under Rule 12.2(b), it is hereby **ORDERED AND DIRECTED** as follows:

1. By December 1, 2016, the defense will provide the government the defense's expert report relating to a mental disease or defect or any other mental condition of the defendant bearing on the issue of guilt;

2. By January 31, 2017, the government will provide the defense with the government's expert report bearing on the defendant's alleged mental disease or defect or any other alleged mental condition of the defendant bearing on the issue of guilt. The defendant will make himself reasonably available for the evaluation by the government's expert at the time, and for the duration of

2

time, deemed adequate in the government expert's professional medical judgment.

                                            _____
**RYA W. ZOBEL**
**UNITED STATES DISTRICT COURT JUDGE**
**DISTRICT OF MASSACHUSETTS**

**DATED:**_____