**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO: 14-CR-10067 |
| ) | |
| FATHALLA MASHALI  ) | |
| ) | |

**ASSENTED-TO MOTION FOR ORDER GRANTING**
**ENDS-OF-JUSTICE CONTINUANCE**
**AND EXCLUSION OF TIME**
**UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through Assistant U.S. Attorney Maxim Grinberg, and with the assent of the defendant, moves this Court for an order continuing the time within which the trial must commence and excluding the time from August 25, 2016 through and including February 27, 2017 on the ground that the requested continuance and exclusion are necessary to ensure that the defendant and his counsel have "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."   18   U.S.C.   § 3161(h)(7)(B)(iv)   and   Section 5(B)(7)(c)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.  In particular, the continuance and the excludable delay are necessary to ensure that the defendant and his counsel have the reasonable time necessary to evaluate the defendant with

1

respect to his claim of insanity as well as to review the government's expert's report, to be issued by January 31, 2017, bearing on the defendant's claim of insanity.  The continuance and excludable delay are also necessary to allow the defense to review and evaluate pertinent trial evidence and to prepare for trial.

                         Respectfully submitted,

                         CARMEN M. ORTIZ
                         United States Attorney

                    By:/s/ Maxim Grinberg
                      MAXIM GRINBERG
                      Assistant U.S. Attorney

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                  By:  /s/ Maxim Grinberg
                      MAXIM GRINBERG
                      Assistant U.S. Attorney

Date: October 3, 2016