UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14-CR-10067-RWZ |
| v. ) | |
| ) | |
| FATHALLA MASHALI ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned case as co-counsel for the United States.

                                            Respectfully submitted,

                                            CARMEN M. ORTIZ
                                            UNITED STATES ATTORNEY

Dated: October 25, 2016          */s/ Abraham R. George*
                                            ABRAHAM R. GEORGE, BBO No. 668949
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            John Joseph Moakley Courthouse
                                            One Courthouse Way, Suite 9200
                                            Boston, Massachusetts 02210
                                            Tel: (617) 748-3152
                                            abraham.george@usdoj.gov

## **CERTIFICATE OF SERVICE**

       This document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.


Dated:  October 25, 2016                          */s/ Abraham George*
                                                      Assistant U.S. Attorney