UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>MOUSTAFA MOATAZ ABOSHADY  ) | Crim. No. 16-10278-NMG |
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>FATHALLA MASHALI      ) | Crim. No. 14-10067-RWZ |

**ORDER REGARDING GOVERNMENT'S MOTION FOR
ALTERNATIVE VICTIM NOTIFICATION**

The United States of America has moved this Court, pursuant to Title 18, United States Code, Section 3771(d)(2), for authorization to employ alternative victim notification procedures in lieu of those prescribed by section 3771(a), (b), and (c), on the grounds that the number of potential victims in this case makes it impracticable to accord all of the potential victims the rights described in Section 3771(a).

For good cause shown, the Court hereby GRANTS that motion and ORDERS that the following alternative victim notification procedures be employed by the United States in this case:

1.     The Government will issue a press release informing individuals and insurance companies that they may be victims in this matter.

2.     Potential victims will be directed to a website maintained by the Justice Department, http://justice.gov/largecases/. A listing for the above-captioned matters will appear on this website, which potential victims can access for more information concerning potential restitution.

IT IS SO ORDERED

_____
NATHANIEL M. GORTON
UNITED STATES DISTRICT COURT JUDGE

_____
RYA W. ZOBEL
UNITED STATES DISTRICT COURT JUDGE