**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,** Defendant. | |

**ASSENTED TO MOTION TO EXTEND DATE FOR**
**PRODUCTION OF DEFENDANT'S EXPERT REPORT**

The Defendant, **Fathalla Mashali**, by and through undersigned counsel, and with the assent of the Assistant United States Attorney, hereby requests this Court to extend the date for the production of the Defendant's Expert Report relating to a mental disease or defect or any other mental condition of the Defendant bearing in the issue of guilt, from December 1, 2016, to December 9, 2016.

As grounds therefore, the Counsel for the Defendant states that Defense expert has been out of the Country and has not had adequate time to prepare the report.  The Defendant therefore is requesting an additional 8 days to prepare and submit the report to the Government.

Defendant further moves that the Court find that the period of delay will serve the ends of justice and should not alter the current trial schedule.

Wherefore, the Defendant requests this short extension from December 1, 2016, until December 9, 2016, to provide the government with the expert report.

Dated: November 29, 2016                                    Respectfully submitted,
                                                             FATHALLA MASHALI

                          By his attorney

                          /s/ *Jeffrey Denner*
                          Jeffrey Denner BBO#120520
                          Jeffrey Denner Associates, P.C.
                          Four Longfellow Place, 35th Floor
                          Boston, Massachusetts 02114
                          Tel.:   (617) 227-2800
                          Fax:   (617) 973-1562
                          jdenner@dennerlaw.com

Assented to by:

                          /s/ *Maxim Grinberg*
                          Maxim Grinberg
                          Assistant U.S. Attorney
                          1 Courthouse Way
                          Boston, MA 02210
                          617-748-3100
                          maxim.grinberg@usdoj.gov

                        Certificate of Service

I, Jeffrey Denner. , hereby certify that on this the 29th day of November, 2016, I caused a true copy of the foregoing ***ASSENTED TO MOTION TO EXTEND DATE FOR PRODUCTION OF DEFENDANT'S EXPERT REPORT***  to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

                          /s/ *Jeffrey Denner*              .