UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FATHALLA MASHALI,<br>　　　　　Defendant. | No. 14-cr-10067 |

## MOTION TO SEAL

The Defendant, Dr. Fathalla Mashali, by and through undersigned Counsel, hereby moves to seal a report from Dr. Roger Gray, the Defendant's forensic psychologist. As grounds therefor, the Defendant states that the sealed document contains sensitive information relating to the Defendant's mental health.

Dated: December 9, 2016

Respectfully submitted,
FATHALLA MASHALI
By and through his attorney,

/s/ Joseph G. Keller Jr.
Joseph G. Keller Jr. BBO# 686689
Jeffrey Denner BBO# 120520
Jeffrey Denner Associates. P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.: (617) 227-2800
Fax: (617) 973-1562
jkeller@dennerlaw.com

Certificate of Service

I, Joseph Keller, hereby certify that on this the 9th day of December, 2016, I caused a true copy of the foregoing *Motion to Seal* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

/s/ Joseph Keller
Joseph Keller