UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 14-CR-10067-RWZ |
| | ) | |
| FATHALLA MASHALI | ) | |

### GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, with the assent of the defendant, moves the Court to continue the time within which the trial must commence and exclude the time from February 27, 2017 through and including March 20, 2017, the first scheduled date of trial, on the ground that the requested continuance and exclusion of time are necessary to ensure that the defendant and his counsel have "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv) and Section 5(B)(7)(c)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts. In particular, the continuance and excludable delay are necessary because the government is in the process of providing the defense with trial exhibits and the list of potential witnesses, and the parties are actively discussing possible stipulations to streamline the case for trial.

Respectfully submitted,

William D. Weinreb

Acting United States Attorney

*/s/ Abraham R. George*
Abraham R. George, BBO# 668949
Maxim Grinberg, BBO# 667521
Assistant U.S. Attorneys
U.S. ATTORNEY'S OFFICE
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02110
(617) 748-3152
(617) 748-3287
abraham.george@usdoj.gov
maxim.grinberg@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Maxim Grinberg*
MAXIM GRINBERG
Assistant United States Attorney

Date: January 30, 2017