**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,** | |
| Defendant. | |

## MOTION TO AMEND CONDITIONS OF RELEASE
## TO ALLOW FOR THE SALE OR LEASE OF FLORIDA CONDOMINIUM

The Defendant, Fathalla Mashali, by and through undersigned counsel, hereby respectfully requests this Court to amend the conditions of release imposed by this Court, pursuant to 18 U.S. Code §3145 (a)(2). Specifically, the Defendant requests this Court to amend the conditions relating to the Defendant's family's condominium at 2011 North Ocean Boulevard, Unit 1401, Fort Lauderdale, Florida, 33305, and allow for the sale or lease (of up to one year) of this property.

As grounds therefor, the Defendant states that his family lacks the funds necessary to maintain the property on an on-going basis absent the sale or lease of the property. Without income from the property or the sale of the property, the Defendant will be unable to meet ongoing obligations on the property, including mortgage, condominium fees, taxes, and insurance.

The Defendant therefore, requests this Court to amend the conditions of his release and allow for the sale or lease of the property.

Dated: February 10, 2017

Respectfully submitted,
FATHALLA MASHALI
By and though his attorney,

 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner, BBO #120520
Jeffrey Denner Associates, P.C.
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.:   (617) 227-2800
Fax:   (617) 973-1562
jad@dennerlaw.com

### Certificate of Service

I, Jeffrey A. Denner, hereby certify that on this the 10th Day of February 2017, I caused a true copy of the foregoing *Motion to Amend Conditions of Release to Allow the Sale or Lease of Florida Condominium* to be served upon all necessary parties by virtue of electronically filing the same via the CM/ECF system.

 /s/ *Jeffrey A. Denner*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 14CR 10067 RWZ |
| FATHALLA MASHALI,<br>　　　　　Defendant. | |

# ORDER OF THE COURT TO AMEND CONDITIONS OF RELEASE TO ALLOW SALE OR LEASE OF FLORIDA PROPERTY

It is hereby ordered that the Conditions of Release of Fathalla Mashali are amended to allow for the sale or the lease (up to one year) of the Defendant's property, 2011 North Ocean Blvd., Fort Lauderdale, FL 33305, Unit 1401.

SO ORDERED:

DATE: _____  _____

Hon. Rya W. Zobel