_____
                                                      )
**UNITED STATES OF AMERICA**           )
                                                      )
**v.**                                                )          **Criminal No. 14-10067-RWZ**
                                                      )
**FATHALLA MASHALI**                      )
_____)

**CLAIMANT'S OPPOSITION TO MOTION TO**
**AMEND CONDITIONS OF RELEASE TO ALLOW FOR**
**THE SALE OR LEASE OF FLORIDA CONDOMINIUM**

Claimant RSS Realty, LLC ("Claimant") hereby opposes Defendant Fathalla Mashali's Motion to Amend Conditions of Release To Allow For The Sale Or Lease Of Florida Condominium.

As grounds for this Claim, Claimant states as follows:

1.      Defendant Mashali and New England Pain Associates, P.C. ("New England Pain") defaulted on various leases with Claimant.

2.      On March 11, 2014, Claimant filed a Verified Complaint in Middlesex Superior Court against Defendant Mashali and New England Pain.  The Complaint was later amended to join as a party Noha Elkadry Mashali, Trustee of the Dover Realty Trust.

3.      On March 11, 2014, the Superior Court (Liebensperger, J.) issued a Writ of Attachment, *ex parte*, in the amount of $600,000.00 against the goods and estate of Defendant Mashali.

4.      On April 3, 2014, after hearing attended by counsel for Defendant Mashali, the Superior Court (Liebensperger, J.) issued a Preliminary Injunction against Defendant Mashali and New England Pain directing them not to dissipate their assets.

5.      On June 26, 2014, Claimant filed in this Court Claim Against Property of Fathalla Mashali a/k/a Farhalla Mashali; Noha Elkadry Mashali, Individually and As Trustee of The Dover Pines Revocable Trust; New England Pain Associates, P.C.; and Briarwood Real Estate Holdings, LLC, Document #75.

6.      On or about February 10, 2014, Defendant Mashali was arrested by the FBI.

7.      On February 11, 2014, Defendant Mashali transferred his interest in the real property located at 2011 North Ocean Boulevard, 1401E, Fort Lauderdale, FL 33305 to "Noha A. Elkadry Mashali, a married woman, of 152 Pine Street, Dover, Norfolk County, Massachusetts, Trustee of the Dover Realty Trust, under Declaration of Trust dated February 11, 2014." The stated consideration for the subject property was $10.00.

8.      Title 28 U.S.C. § 2042 provides:

> No money deposited under section 2041 of this title shall be withdrawn except by order of court.
>
> In every case in which the right to withdraw money deposited in court under section 2041 has been adjudicated or is not in dispute and such money has remained so deposited for at least five years unclaimed by the person entitled thereto, such court shall cause such money to be deposited in the Treasury in the name and to the credit of the United States. Any claimant entitled to any such money may, on petition to the court and upon notice to the United States attorney and full proof of the right thereto, obtain an order directing payment to him.

9.      Claimant opposes sale of the property unless the sale is arms length and the proceeds are deposited into the registry of this Court.

10.      Claimant also opposes rental of the property unless the rental is for no more than one year and on market terms.

WHEREFORE, Claimant opposes the instant Motion except as set forth herein.

<div align="center">

**REQUEST FOR HEARING**

</div>

Claimant hereby requests oral argument.

<div style="margin-left: 40%;">

RSS Realty, LLC,
By its Attorney,


____/s/ Barry M. Altman_____
Barry M. Altman, Esq., BBO #016710
ALTMAN & ALTMAN
404 Main Street, Suite 3
Wilmington, MA 01887
(978) 658-3388
Altmanlaw2@gmail.com

</div>

Dated: February 14, 2017

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

I hereby certify that on February 14, 2017, I served a copy of the within document

electronically upon all counsel of record.

<div style="margin-left: 40%;">

_____/s/ Barry M. Altman_____
Barry M. Altman, Esq., BBO #016710
ALTMAN & ALTMAN
404 Main Street, Suite 3
Wilmington, MA 01887
(978) 658-3388
Altmanlaw2@gmail.com

</div>