# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 14-CR-10067-RWZ |
| | ) | |
| FATHALLA MASHALI | ) | |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL THE EXPERT REPORT OF DR. MARTIN KELLY, FORENSIC PSYCHIATRIST

The United States of America, by and through Assistant U.S. Attorneys Maxim Grinberg and Abraham R. George, hereby moves the Court to allow the government to file under seal, until the commencement of the trial, the expert report of Dr. Martin Kelly, the forensic psychiatrist who examined the defendant in connection with the defendant's Rule 12.2 notice to introduce evidence of mental disease or defect bearing on the issue of guilt. As grounds therefore, the government states that the report includes the defendant's statements pertinent to his mental health. If the case advances to trial (and sentencing), the government expects to rely on Dr. Martin Kelly's testimony and report to establish that the defendant did not suffer from a mental decease or defect that rendered him incapable of forming the requisite intent to defraud under 18 U.S.C. §§ 1347 and 1349 during the time period charged in the indictment.

    Respectfully submitted,

    William D. Weinreb
    Acting United States Attorney

    */s/ Abraham R. George*
    Abraham R. George, BBO# 668949
    Maxim Grinberg, BBO# 667521
    Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            */s/ Maxim Grinberg*
                                            MAXIM GRINBERG
                                            Assistant United States Attorney

Date: February 16, 2017