# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| |
|---|
| **UNITED STATES OF AMERICA** |
| v.      No. 14CR 10067 RWZ |
| **FATHALLA MASHALI,** |
|          Defendant. |

## ASSENTED TO MOTION TO FILE AFFIDAVIT OF DEFENDANT UNDER SEAL

The Defendant, Fathalla Mashali, by and through undersigned counsel, and with the assent of Counsel for the Government, AUSA Maxim Grinberg, moves this Court to enter an order sealing the Affidavit of Fathalla Mashali submitted to the Court by the Government on February 15, 2017.

As grounds therefore, the Defendant states that the Affidavit contains a sensitive waiver relating to Counsel that is unrelated to subject matter of the instant indictment.

WHEREFORE, the Defendant respectfully asks the Court to allow this motion and enter an order sealing the Affidavit.

Dated: February 16, 2017          Respectfully submitted,
                                            FATHALLA MASHALI
                                            By and through his attorney,

                                            /s/ *Jeffrey A. Denner*
                                            Jeffrey A. Denner, BBO#120520
                                            Jeffrey Denner Associates, P.C.
                                            Four Longfellow Place, 35th Floor
                                            Boston, Massachusetts 02114
                                            Tel.: (617) 227-2800
                                            Fax: (617) 973-1562
                                            jad@dennerlaw.com

Assented to by:

                                 /s/ *Maxim Grinberg*
                                 Maxim Grinberg
                                 Assistant U.S. Attorney
                                 1 Courthouse Way
                                 Boston, MA 02210
                                 617-748-3100
                                 maxim.grinberg@usdoj.gov

## **Certificate of Service**

I, Jeffrey A. Denner, hereby certify that on this the 16th day of February 2017, I caused a true copy of the foregoing Assented to Motion to File Affidavit Under Seal to be served upon all necessary parties by virtue of electronically filing the same via CM/ECF system.

                                 /s/ *Jeffrey A. Denner*
                                 Jeffrey A. Denner