UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 14-10067-RWZ

UNITED STATES OF AMERICA

v.

FATHALLA MASHALI

ORDER

July 26, 2017

ZOBEL, S.D.J.

AND NOW, this 26th day of July 2017, upon motion of both parties, it is hereby ORDERED pursuant to 18 U.S.C. § 4241, that the defendant, Fathalla Mashali, is committed to a Bureau of Prisons facility or institution to undergo a complete mental evaluation. A report of the evaluation shall be prepared by the Examiner and filed with the court within 30 days of the date of his arrival at the institution designated or within any period of extension granted by the court.

It is further ORDERED that this Order is effective and the defendant be transported to the institution designated for such evaluation upon the designation thereof.

The court requests that the Bureau of Prisons designate the nearest institution, FMC-Devens, to conduct this evaluation.

| July 26, 2017 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |