UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 14-10067-RWZ

UNITED STATES OF AMERICA

v.

FATHALLA MASHALI

AMENDED ORDER

July 28, 2017

ZOBEL, S.D.J.

Upon motion by both parties, the court finds that there is reasonable cause to believe that the defendant Fathalla Mashali may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, as provided at 18 U.S.C. § 4241, the court finds it necessary to order the defendant be examined to determine mental competency and that a report be provided to the court concerning whether the defendant understands the nature and consequence of the proceedings against him and can assist properly in his defense.

IT IS ORDERED that the defendant Fathalla Mashali be examined by a qualified and impartial psychologist or psychiatrist to determine:

(1) whether the defendant is competent to understand the nature and consequences of the proceedings pending against him; and

(2) whether the defendant is competent to assist properly in his defense.

IT IS FURTHER ORDERED that the psychologist or psychiatrist prepare a report pursuant to 18 U.S.C. § 4247(c) and provide the report to the court within 30 days of his arrival of the institution designated or within any period of extension granted by the court. Copies of the report shall be provided by the psychologist or psychiatrist to the attorney for the defendant and to the United States Attorney.

As required by 18 U.S.C. § 4247(c), the report shall include:

(1) the defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and,

(4) the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his own defense.

IT IS FURTHER ORDERED that the order of release previously imposed is hereby revoked and that the defendant be committed to a Bureau of Prisons facility or institution to undergo this examination.

IT IS FURTHER ORDERED that such examination be at the expense of the United States Department of Justice.

The court requests that the Bureau of Prisons designate the nearest institution, FMC-Devens, to conduct this examination.

IT IS FURTHER ORDERED that this Order is effective and the defendant be transported to the institution designated for such examination upon the designation thereof.

SO ORDERED.

| July 28, 2017 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |