

# Memorandum

To: The Honorable Rya W. Zobel
Senior United States District Judge

From: Jessica Turkington
United States Probation Officer

CC: Jeffrey A. Denner, Esq.
Joseph G. Keller, Jr., Esq.
Maxim Grinberg, AUSA
Abraham R. George, AUSA

Date: July 28, 2017

Re: **MASHALI, Fathalla**
Docket #: 1:14-cr-10067
**Status update**

---

As Your Honor will recall at the recent hearing held on July 26, 2017, Mr. Mashali was believed to have significant physical health issues such as the need to be fed intravenously. It was also determined that in light of his Section 12 status he was to be housed in a locked unit at Massachusetts General Hospital. Your Honor ordered Mr. Mashali committed to a Bureau of Prisons facility to undergo a complete psychiatric/competency evaluation. Mr. Mashali was to be transported to the designated institution directly from Massachusetts General Hospital. As of today's date, it is our understanding that the U.S. Marshals Service is coordinating with the Bureau of Prisons to secure a placement as soon as possible.

The purpose of this memorandum is to advise the Court that the Probation Office is in receipt of a letter from Mr. Mashali's attending psychiatrist, Dr. Wininger, identifying specifics regarding his condition. This letter has been provided to the Court and all parties for review. We feel that it is important to highlight for the Court that presently Mr. Mashali is not housed in a locked psychiatric unit at MGH. Due to his physical issues he is housed in a medical unit that is not locked. The letter also notes, that Mr. Mashali is malingering and his recent behavioral event appears to have been triggered by a discussion that he was going to be discharged. It is also identified that Mr. Mashali is eating and drinking on his own and is taking one psychotropic medication. The Probation Office is providing this information in the event the Court feels that this may warrant more immediate action.

*/s/Jessica Turkington*
Jessica Turkington
U.S. Probation Officer