**Murphy & Lupan, P.A.**

5 COMMONWEALTH ROAD
NATICK, MASSACHUSETTS 01760-1526
PH: 508.650.9252   Fx: 508.650.9846

2017 DEC 28 PM 1: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 21, 2017

<u>**CERTIFIED MAIL** 7017 0660 0000 7156 6134</u>
<u>*RETURN RECEIPT REQUESTED*</u>
*and FIRST CLASS MAIL*

Robert M. Farrell, Clerk
U.S. District Court
1 Courthouse Way
Boston, MA  02210

   Re: <u>Mortgagee's Foreclosure Under Power of Sale:</u>
     **Mortgage from Noha Elkadry Mashali, Trustee of the**
     **Dover Pines Revocable Trust secured by 153 Pine Street,**
     **Dover, MA dated December 14, 2011 and recorded**
     **with Norfolk County Registry of Deeds, Book 29458, Page 488**

Dear Mr. Farrell:

  In accordance with the provisions of G.L. c. 244, Section 14, you are hereby notified of the foreclosure sale of the above-referenced property at ***11:00 a.m. on January 26, 2018,*** all in accordance with the attached legal notice of Mortgagee's Notice of Sale of Real Estate.

               Sincerely,

               Michael J. Murphy

MJM:pc
Enclosure
cc: John Shea, 1st Vice President

AN ASSOCIATION OF LEGAL PROFESSIONALS

# MORTGAGEE'S NOTICE OF SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Noha Elkadry Mashali, Trustee of the Dover Pines Revocable Trust u/d/t dated December 14, 2011 to Needham Bank, dated December 14, 2011, and recorded with the Norfolk County Registry of Deeds in Book 29458, Page 488, of which mortgage the undersigned is the present holder, for breach of the conditions of said mortgage and for the purpose of foreclosing the same will be sold at Public Auction at 11:00 a.m. on the 26th day of January, 2018, at the mortgaged premises described below, being known as 153 Pine Street, Dover, Massachusetts, all and singular the premises described in said mortgage, to wit:

Those certain parcels of land shown as Lot D-3-A and Parcel A on a plan of land entitled "Plan of Land in Dover, MA, Brookrun Development Corp., Applicant, 66 North Street, Medfield, MA 02052, Scale 1" = 40' Date August 21, 1997", by Desimone & Associates, 33 Cottage Street, Medway, MA, which plan is recorded in Norfolk County Registry of Deeds in Plan Book 462, Plan 905 of 1998, and to which plan reference is made for a more particular description.

Lot D-3-A contains 90,950 s.f. of land according to said plan, and Parcel A contains 801 s.f. of land according to said plan.

The Mortgagee reserves the right to postpone the sale to a later date by public proclamation at the time and date appointed for the sale and to further postpone at any adjourned sale date by public proclamation at the time and date appointed for the adjourned sale date. The Mortgagee further reserves the right to open the bidding at the time, date and place appointed for sale, and if no bids are received, or the bids received are deemed unacceptable to Mortgagee, to postpone the sale to a later date by public proclamation.

Said premises will be sold subject to and with the benefit of all restrictions, easements, improvements, outstanding tax titles, mortgages, liens, rights of tenants and parties in possession, unpaid taxes, municipal liens and other public taxes, assessments or liens, having priority over the mortgage described herein, if any.

In the event that the successful bidder at the foreclosure sale shall default in purchasing the within described property according to the terms of this Notice of Sale and/or the terms of the Memorandum of Sale executed at the time of the foreclosure, the Mortgagee reserves the right to sell the property by Foreclosure Deed to the second highest bidder provided that the second highest bidder shall deposit with Mortgagee's attorneys the amount of the required deposit as set forth herein within three (3) business days after written notice of default of the previous highest bidder and title shall be conveyed to said second highest bidder within twenty (20) days of said written notice.

TERMS OF SALE: Twenty Five Thousand Dollars ($25,000.00) will be required to bid and be paid in cash or by certified check at the time and place of sale as earnest money. An additional deposit necessary to bring the total deposit to ten percent (10%) of the

winning bid shall be paid within five (5) business days of the sale. The balance is to be paid in cash or by certified check within forty five (45) days of the date of the sale at the offices of Murphy & Lupan, P.A., 5 Commonwealth Road, Natick, Massachusetts 01760. The description of the premises contained in said mortgage shall control in the event of any typographical error in this publication.

Other terms, if any, to be announced at the time and place of sale.

                              NEEDHAM BANK
                              Present holder of said mortgage,
                              By its attorney,

                              Michael J. Murphy
                              Murphy & Lupan, P.A.
                              5 Commonwealth Road
                              Natick, MA  01760
                              Tel:  (508) 650-9252