UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 14CR 10067 RWZ |
| FATHALLA MASHALI,<br>　　　　Defendant. | |

### PROPOSED ORDER TO REMOVE RESTRAINT ON AMERITRADE ACCOUNT OF NOHA ELKADRY MASHALI

IT IS HEREBY ORDERED that the restraint on the Ameritrade Account (#XXXX2100) of Noha Elkadry Mashali be removed to allow for her access to this account.

Dated: April 6, 2018

So ordered,

_____
Zobel, J.