UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>FATHALLA MASHALI,   )<br>       Defendant.   ) | Criminal No. 14-10067-RWZ |

### ASSENTED TO MOTION TO CONTINUE HEARING TO A DATE ON OR AFTER SEPTEMBER 25, 2018

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts respectfully requests an extension in the above-captioned matter to any date on or after September 25, 2018. The Parties, including U.S. Bank National Association, have actively engaged in settlement discussions and are very close to a settlement. Undersigned counsel for the United States is away on business travel until September 24, 2018, and accordingly requests that the hearing be postponed. Accordingly, the Parties respectfully request that the hearing to adjudicate the Parties interest be rescheduled on or after September 25, 2018.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney,

By:   */s/ Doreen M. Rachal*
DOREEN M. RACHAL, B.B.O. #667837
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
doreen.rachal@usdoj.gov

Dated: September 18, 2018

**CERTIFICATE OF SERVICE**

      I, Doreen M. Rachal, Assistant United State Attorney, certify that the Joint Motion To Continue Hearing To A Date On Or After September 25, 2018, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Doreen M. Rachal*
                                                DOREEN M. RACHAL
Dated: September 18, 2018                Assistant United States Attorney