```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
     v.                      )    CRIMINAL NO. 14-CR-10067-RWZ
                             )
FATHALLA MASHALI             )
```

**MOTION TO BE APPOINTED AS COUNSEL UNDER
AMENDED GENERAL ORDER 20-20
FOR DEFENDANT SEEKING RECONSIDERATION OF 09/17/2020 ORDER
DENYING COMPASSIONATE RELEASE**

Undersigned counsel respectfully asks to be appointed as counsel for Defendant Fathalla Mashali for the purpose of litigating the Motion for Reconsideration filed on his behalf by his wife on or about January 15, 2021. The grounds for this motion are as follows:

1. Lawyers at the Federal Public Defender Office have reviewed Mr. Mashali's case and have referred the case to undersigned counsel for the purpose of seeking appointment under paragraphs 7(b) and 8 of General Order 20-20, as amended on May 8, 2020.

2. Mr. Mashali filed an emergency motion for compassionate release in June 2020 on the basis of his heightened vulnerability to the COVID-19 virus. On September 17, 2020, this Court denied the motion, citing, *inter alia*, the unique

    capability of the medical facility where Mashali is housed to guard against and treat the virus.

3. On or about December 16, 2020, that facility (FMC-Devens) began to experience a sizeable outbreak of the virus. Undersigned counsel has been tracking the daily reports of positive cases at Devens. *See* https://www.bop.gov/coronavirus/. The number of infected inmates hit 319 on or about January 11, 2021. The number dipped to 95 between that date and January 13, but then rose again. Today the Bureau of Prisons (BOP) is reporting 108 positive cases among inmates and 16 among staff. On information and belief based on undersigned counsel's work in another case, many of the infected inmates are housed in at least one of the facility's most secure units housing those at greatest risk of serious complications from the virus.

4. That information seems consistent with the BOP's press releases concerning the five inmates that have been killed by the virus since December 24, 2020. *See attached*, available at https://www.bop.gov/resources/press_releases.jsp. The deceased ranged in age from 65 to 84, and each one suffered from "long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more

severe COVID-19 disease." Notably, each of these men was transported to a local hospital for treatment, even though Devens itself is a medical facility.

5. At the time of this Court's Order on Mr. Mashali's motion for compassionate release, there were no reported cases at the prison. The ongoing outbreak at Devens and the five recent deaths constitute a material change in circumstances entitling Mr. Mashali to seek reconsideration.

6. Mr. Mashali was previously represented by retained counsel. He now appears to be indigent. A financial affidavit (CJA Form 23) will be obtained from Mr. Mashali as soon as is feasible. Unfortunately, since FMC-Devens is on lockdown due to the virus, communication with Mr. Mashali is slow or impossible.

7. Undersigned counsel is currently a member in good standing of the Bar of this Court who has volunteered to assist in compassionate release cases. Undersigned counsel has previously served as a member of the CJA panel for the First Circuit Court of Appeals and has substantial experience in this Court, including three other COVID-19 compassionate release matters as well as motions pursuant to Johnson v. United States, 135 S. Ct. 2551 (2015), among others. She has

also litigated similar, COVID-19 related motions in state court.

8. Pursuant to Section V of the CJA Plan, in "exceptional circumstances" an attorney who is not a member of the panel may be appointed to represent an indigent client in this Court:

> In exceptional circumstances, a judicial officer shall have the discretion to appoint an attorney not on the CJA Panel, or a CJA Panel member other than the duty attorney, in order to serve the interests of justice, judicial economy, continuity in representation, or if there is some other compelling circumstance warranting such appointment.

CJA Plan (Nov. 14, 2013), Section V.B. at 8.  Undersigned counsel submits that the large volume of compassionate release cases potentially implicated by the COVID-19 pandemic constitutes exceptional circumstances, and that counsel's prior experience qualifies her for appointment under this provision.

Respectfully Submitted,
**FATHALLA MASHALI**
By his attorney,

*/s/ Michelle Menken*
Michelle Menken, BBO No. 644537
The Law Office of Michelle Menken
321 Walnut Street, No. 413
Newton, MA  02460
617-795-0459
mm@menkenesq.com

Certificate of Service

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) on January 19, 2021.

                                          /s/ *Michelle Menken*
                                          Michelle Menken



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
January 11, 2021

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FMC Devens

WASHINGTON, D.C.:  On Tuesday, December 29, 2020, inmate Willie Smith tested positive for COVID-19 at the Federal Medical Center (FMC) Devens in Ayer, Massachusetts.  On the same day, he was transported to a local hospital for further evaluation and treatment due to malaise, fatigue, and hypoxia.  On Saturday, January 9, 2021, Mr. Smith, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital staff.

Mr. Smith was a 73-year-old male who was sentenced in the District of Columbia to a Life sentence for Burglary, Armed Robbery, Armed Assault, Assault with A Deadly Weapon, and Possession of a Prohibited Weapon.  He had been in custody at FMC Devens since September 23, 2020.

FMC Devens is an administrative security facility that currently houses 742 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
January 8, 2021

Contact: Office of Public Affairs
202-514-6551

## Inmate Death at FMC Devens

WASHINGTON, D.C.: On Wednesday, December 16, 2020, inmate Stuart Manley tested positive for COVID-19 at the Federal Medical Center (FMC) Devens in Ayer, Massachusetts, and was immediately placed in medical isolation. On Sunday, December 27, 2020, he was transported to a local hospital for further evaluation and treatment due to acute hypoxia, shortness of breath, and mental status changes. On Tuesday, December 29, 2020, his condition worsened and he was placed on a ventilator. On Thursday, January 7, 2021, Mr. Manley, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital staff.

Mr. Manley was a 78-year-old male who was sentenced in the Northern District of Georgia to a 360-month sentence for Use of an Interstate Facility to Coerce or Entice a Juvenile to Engage in Sexual Activity. He had been in custody at FMC Devens since February 11, 2020.

FMC Devens is an administrative security facility that currently houses 739 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**
January 6, 2021

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FMC Devens

WASHINGTON, D.C.: On Wednesday, December 23, 2020, inmate James Graves tested positive for COVID-19 at the Federal Medical Center (FMC) Devens in Ayer, Massachusetts, and was immediately placed in medical isolation. On the same day, he was transported to a local hospital for further evaluation and treatment due to respiratory distress. On Sunday, December 27, 2020, his condition worsened and he was placed on a ventilator. On Wednesday, January 6, 2021, Mr. Graves, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital staff.

Mr. Graves was a 65-year-old male who was sentenced in the Middle District of Georgia to a Life sentence for Possession of a Firearm by a Convicted Felon. He had been in custody at FMC Devens since August 25, 2020.

FMC Devens is an administrative security facility that currently houses 739 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
December 29, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FMC Devens

WASHINGTON, D.C.: On Wednesday, December 16, 2020, inmate Charles Winters tested positive for COVID-19 at the Federal Medical Center (FMC) Devens in Ayer, Massachusetts, and was immediately placed in medical isolation. On Thursday, December 17, 2020, Mr. Winters was evaluated by institutional medical staff due to fatigue and hypotension. He was transported to a local hospital for further evaluation and treatment. On Tuesday, December 29, 2020, Mr. Winters, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital staff.

Mr. Winters was an 84 year-old male who was sentenced in the Eastern District of California to a life sentence for Kidnapping, Possession of a Firearm by a Felon, and Slave Trafficking. He had been in custody at FMC Devens since December 17, 2019.

FMC Devens is an administrative security facility that currently houses 751 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Federal Bureau of Prisons can be found at www.bop.gov.

###



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**FOR IMMEDIATE RELEASE**
December 24, 2020

Contact: Office of Public Affairs
202-514-6551

### Inmate Death at FMC Devens

WASHINGTON, D.C.:  On Saturday, December 12, 2020, inmate David Rowe tested positive for COVID-19 and was immediately placed in medical isolation at the Federal Medical Center (FMC) Devens in Ayer, Massachusetts.  On Wednesday, December 16, 2020, he was transported to a local hospital for further treatment and evaluation due to a fever and inability to maintain a sufficient oxygen level.  On Wednesday, December 23, 2020, Mr. Rowe, who had long-term, pre-existing medical conditions, which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital staff.

Mr. Rowe was a 73-year-old male who was sentenced in the District of Maryland to a 144-month sentence for Use of an Interstate Commerce Facility to Entice a Minor to Engage in Sexual Activity.  He had been in custody at FMC Devens since June 7, 2017.

FMC Devens is an administrative security facility that currently houses 749 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###