# United States District Court
# For District of Massachusetts

| | |
|---|---|
| United States of America, | Criminal No. 14-10067-RWZ |
| v. | |
| Fathalla Mashali, | MOTION FOR RECONSIDERATION |
| Defendant | FOR HOME CONFINEMENT |
| | BASED ON THE CARES ACT |

*FILED IN CLERK'S OFFICE 2021 JAN 19 PM 1: 45 U.S. DISTRICT COURT DISTRICT OF MASS.*

Defendant, Fathalla M. Mashali, federal registration number 96065-38 respectfully requests the honorable Judge Zobel, regarding the order issued September 17, 2020 denying the emergency request for compassionate release and home confinement, to consider the following information and change of circumstances, in reconsidering granting home confinement.

The defendant accepts responsibility and plead guilty to the many counts of medical fraud, mail fraud and money laundering. He is currently serving his 96 month sentence at Federal Medical Facility at Devens. The defendant has completed over 50 percent of his sentence. He is at this time scheduled to be released January 27, 2024. He qualifies for home confinement as an elderly inmate August 2022.

The pandemic is currently increasing in rate and numbers significantly more than the summer months. The cases in FMC Devens have significantly increased and there are at this time over 29 cases of COVID-19. Due to increasing rates of COVID 19 in Devens including in Mashali's unit. Based on the research completed by the National Commission on COVID-19 and Criminal Justice, Interim Commission Report, October 2020, inmates are twice as likely to die of COVID-19 than the general population.

The defendant is immunocompromised. Although he has not been infected as of now due to the increase of cases at FMC Devens, the chance of exposure is high. The defendant, due to his immunocompromised status, does not qualify to take the newly released vaccine. If he gets exposed to the virus, although he is in a medical facility, his chance of survival is low due to his lowered immune system. Over 370,000 people have passed away despite being in good medical settings.

This motion for reconsideration requests home confinement for the remainder of the defendant's sentence. It is understood that he will continue to be under the

jurisdiction of the bureau of prison. The defendant agrees to wear a GPS monitor and abide by any rules the BOP directs.

A request sent to the warden of FMC to consider home confinement was not considered because "aliens are not considered for home confinement". We respectfully suggest although immigrants have less rights due to their immigration status, their lives are just as valuable. The defendant plans on appealing his immigration status on the bases of undue hardship due to his medical condition and because his family is residing and has always resided in the United States and his four children were born in the United States. The defendant acknowledges his mistake for not becoming a Naturalized United States citizenship despite qualifying for it and after honorably serving as a captain in the US Army Reserve. The defendant respectfully requests he be granted home confinement while he petitions the immigration to change his status and is allowed to stay in the United States. This process will be started soon.

Based on this information, this motion written on behalf of Fathalla Mashali by Noha Mashali and submitted by Fathalla Mashali on the bases of self representation, respectfully requests the honorable Judge Zobel to reconsider granting home confinement based on the change of circumstances.

Dated:                                              Respectfully submitted,
                                                    Fathalla Mashali

Signed under the penalties of perjury. The facts contained herein are accurate and true to the best of his knowledge.

submitted to :
The Honorable Judge Rya W. Zobel
United States District Judge
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

Counsel for the United States
Abraham R. George
United States Attorney's Office
John Joseph Moakley US Courthouse
1 Courthouseway
Boston MA 02210