# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 14-10067-RWZ |
| FATHALLA MASHALI | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

The United States of America, by and through Assistant U.S. Attorney Abraham R. George, hereby respectfully moves the Court to seal the Government's Opposition to the defendant's Motion for Reconsideration for Home Confinement Based on the Cares Act. As grounds for this motion, the government states that public filing of the Government's Opposition might disclose confidential personal medical information.

Dated: February 1, 2021

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Abraham R. George*
Abraham R. George
Assistant U.S. Attorney
617-748-3152
Abraham.George@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document will be mailed to the Defendant courtesy of FMC-Devens.

*/s/ Abraham R. George*

Abraham R. George
Assistant U.S. Attorney