No. 14-cr-10067-RWZ

United States District Court
for the District of Massachusetts

---

UNITED STATES OF AMERICA, *Plaintiff*

v.

FATHALLA MASHALI, *Defendant*

---

**DEFENDANT'S ASSENTED TO MOTION TO WITHDRAW
MOTION FOR RECONSIDERATION OF COMPASSIONATE RELEASE
WITHOUT PREJUDICE**

---

Now comes Defendant Fathalla Mashali, by and through undersigned counsel, and moves to withdraw his motion for reconsideration (ECF Dkt #446) without prejudice. The grounds for this motion are as follows:

1. On June 16, 2020, Mashali filed an emergency motion for compassionate release on the basis of his heightened vulnerability to COVID-19. This Court denied the motion on September 17, 2020.

2. On January 20, 2021, Mashali's wife, Noha Elkadry Mashali (who has general power of attorney) filed a motion for reconsideration of the denial of compassionate release on her husband's behalf. This Court appointed undersigned counsel to litigate the motion on February 4, 2021.

3. Mashali and counsel have since conferred at length via email and telephone, and Mashali has indicated that he does not wish to pursue the motion for reconsideration at this time. Counsel has also conferred with Noha Elkadry Mashali and she is in accord.

4. Mashali wishes to reserve his right to pursue future release proceedings based on changed circumstances that might arise in the future, including, but not limited to, a further deterioration of his medical condition.

5. The Government assents to the withdrawal of this motion.

WHEREFORE, the motion should be withdrawn.

Respectfully submitted,

**FATHALLA MASHALI**

By his attorneys,

/s/ *Michelle Menken*

Michelle Menken, BBO# 644537
Diana Stroud, BBO# 698639
The Law Office of Michelle Menken
321 Walnut Street #413, Newton, MA 02460
617-795-0459
mm@menkenesq.com

## Certificate of Service

I hereby certify that on February 22, 2021 I electronically filed the foregoing document with the United States District Court by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: United States of America (Abraham R. George, Assistant US Attorney).

/s/ *Michelle Menken*
Michelle Menken