UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>) Criminal No. 14-10067-RWZ<br>FATHALLA MASHALI, )<br>Defendant. ) | |

## EMERGENCY MOTION FOR DISCHARGE OF MORTGAGE

The United States of America, by its attorney, Nathaniel R. Mendell, Acting United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the Clerk of the United States District Court for the District of Massachusetts, John Joseph Moakley Courthouse, Boston, Massachusetts, holder of a Mortgage from Noha Elkadry Mashali, Trustee of Dover Realty Trust, for the property located in Fort Lauderdale, in the County of Broward, State of Florida, identified as 2011 North Ocean Boulevard, 1401N, Fort Lauderdale, Florida, 33305, more fully described in the following deed:

> Unit No. N-1401, of VUE, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 39272, at Page 1793, of the Public Records of Broward County, Florida, and all amendments thereto; with title vested in Fathalla M. Mashali and Dr. Yusef M. Had-Darwish by virtue of Warranty Deed dated April 29, 2005 and recorded May 16, 2005 in O.R. Book 39648, Page 1174 and re-recorded February 14, 2006 in O.R. Book 41458, Page 1089, or the Public Records of Broward County, Florida (the "2011 N. Ocean Boulevard Property"),

to issue a Discharge of Mortgage.   This mortgage, dated June 9, 2014, was granted to the Clerk of the United States District Court, District of Massachusetts, to secure the Defendant's appearance bond.   See Docket Nos. 54, 65.   It was subsequently recorded in the official record books of the Broward County Commission, Instrument #112346616, OR Book 50853, Page 1639, on June 13, 2014.

As grounds for this motion, the government states that on March 15, 2017, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Fathalla Mashali (the "Defendant"), pled guilty to Counts One through Forty-Four of the Second Superseding Indictment, and on March 22, 2018, the Defendant was sentenced to 96 months incarceration. The mortgage between Noha Elkadry Mashali, Trustee of Dover Realty Trust, and the United States District Court, was used to secure a personal bond for Fathalla Mashali in the amount of $5,000,000. As the Court is aware, Fathalla Mashali has surrendered to the United States, and is currently serving the sentence imposed by the District Court. Thus, there is no longer a need for the mortgage to secure the Defendant's appearance.

Further, in accordance with the Final Order of Forfeiture issued by this Court on November 6, 2018 (*see* Docket No. 427), the United States Marshals Service disposed of the 2011 N. Ocean Boulevard Property in accordance with applicable law, selling it in November 2018 to Ron Arison and Zipora Arison. However, at that time, the mortgage granted to the Clerk of the United States District Court was not released.

The current owners of the 2011 N. Ocean Boulevard Property now wish to sell the property, and have a closing scheduled for the end of March, 2021, but are unable to do so due to the mortgage that is attached to the 2011 N. Ocean Boulevard Property. Therefore, the United States requests, on an emergency basis, that the District Court issue a Discharge of Mortgage, enabling the current owners of the 2011 N. Ocean Boulevard Property to sell the property.

WHEREFORE, the United States requests that the Court authorize the Discharge of Mortgage for the 2011 N. Ocean Boulevard Property.  A proposed Discharge of Mortgage is submitted herewith for consideration by the Court.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney,

By: /s/ Carol E. Head
CAROL E. HEAD
Assistant United States Attorney
1 Courthouse Way
Suite 9200
Boston, MA   02210
(617) 748-3100
Carol.Head@usdoj.gov

Dated: March 25, 2021